1029165  Bk: SD112  Pg: 897-898

Document # 1029165  Book SD112  Page 897 - 898
Filed at 2:22 PM on 6/8/2012  Fees: $ 11.00
Dori Noyes, Big Horn County  By WScott Deputy

# AFFIDAVIT OF Marvin Leslie Iverson

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 NOV 8 PM 2 22

STEPHAN HARRIS, CLERK
CASPER

| STATE OF WYOMING | ) | |
|---|---|---|
| | ) | ss |
| COUNTY OF BIG HORN | ) | |

Comes now, Marvin Leslie Iverson, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. That your Affiant is one of the People of these united States of America, being a creation of God and born in one of the several States.
2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as such pursuant to any process, law, code, or statute or any color thereof.
3. Your Affiant notices that in these united States of America, the authority of any and all governments reside in the People of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of the People.
4. Your Affiant at all times claims all and waives none of his God given secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments.
5. Your Affiant notices that pursuant to the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the united States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".
6. Your affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and any and all bonds required thereof.
7. Your Affiant notices that the only court authorized by the referenced Constitution to hear matters of the People is a court that conforms to and functions in accordance with Article III Section 2 of the referenced Constitution in which all officers of the court abide by their sworn and subscribed oaths of office and support and defend the Rights of the People, and are heard

1029165

only Trial by jury and in accordance with all aspects of due process of law.

8. Your Affiant notices that pursuant to this supreme Law of the Land and the God given Rights secured and guaranteed therein, this Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type.

9. Your Affiant further notices that pursuant to this Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected under color of law by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God, nor can Affiant be deprived of any of these Rights, privileges, and immunities except by lawful process in accordance with the Law, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.

Further, Affiant sayeth naught.

_Marvin Leslie Iverson_
Your Name

_Marvin Leslie Iverson_

Before me, _Calli Kelley_, a Notary Public duly authorized by the State of _Wyoming_, personally appeared Marvin Leslie Iverson, who has sworn to and subscribed in my presence, the foregoing document, on this _30_ th day of _May_ in the Year 2012.

[Notary Seal: CALLI KELLEY, NOTARY PUBLIC, COUNTY OF PARK, STATE OF WYOMING, MY COMMISSION EXPIRES MAY 7, 2016]

_Calli Kelley_
Notary Public

CERTIFIED COPY
STATE OF WYOMING  ) SS
COUNTY OF BIG HORN )

I, Dori Noyes, County Clerk in and for the County and State aforesaid, do hereby certify the foregoing instrument to be a true and complete copy of _Affidavit_ recorded in Book _SD112_ at page _897-898_ under Instrument No. _1029165_ as it appears of record in this office. In Testimony Whereof, I have hereunto set my Hand and the Seal of said County at Basin this _8_ day of _June_ 2012.

DORI NOYES
Big Horn County Clerk

_Annette Dillon_
Deputy Clerk