FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 NOV 27 PM 2 11

STEPHAN HARRIS, CLERK
CASPER

419 775 750 us
win-Leslie: Iverson
November 2012

**United States District Court**
**District Of Wyoming**
**United States of America, Plaintiff.**
**Case No. 12MJ175J**
**By: :Marvin: Iverson: Third party Respondent, live birth**
**Being, witness, postmaster.**

1. **Motion to dismiss charges; with Memorandum in support**
2. **Pursuant to and through rule 12(b) of the Federal rules of**
   **Criminal Procedure, Rule 32.1 and rule 12(b)(3) lack of**
   **Jurisdiction, I Move this court to dismiss all charges.**
3. **[Memorandum]** Declaration/[Affidavit] **in support**
4. I: Marvin-Leslie: Iverson, live birth being, third party
   respondent, for my motion state that the jurisdiction of
   the court is in error.
5. I, :Marvin-Leslie: Iverson a live birth being, comes now
   with first hand knowledge am over the age of 18 and of
   sound mind.
6. I, :Marvin-Leslie: Iverson a live birth being, comes now as
   a third party Respondent.
7. :Marvin-Leslie: Iverson a live birth being is not the real
   party of interest.
8. This is a notice to dismiss said violation, Pursuant to and
   Through Federal Rules of Criminal Procedure, 12(b), motion
   to dismiss.
9. This purported indictment shall be dismissed, Pursuant to
   and through Federal rules of Criminal Procedure, 12(b); no
   subject matter jurisdiction.
10. This purported indictment shall be stricken/dismissed,
    Pursuant to and through Federal rules of Criminal
    Procedure, 12 (b); no persona jurisdiction.
11. By the law of boxes, evidence 1 (one) says nothing.
12. By the law of spaces, evidence 1 (one) says nothing.
13. By the law of all cap names, Third Party respondent:
    :Marvin-Leslie: Iverson;  a live birth being is not the
    real party of interest.
14. According to Montana law, Corporations are not live Birth
    Beings. See evidence: 2.
15. According to public policy and the United States Code, all
    cap names are Corporations.

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.



16. Third-Party respondent: :Marvin-Leslie: Iverson, a live birth being is of the land not of this land.
17. I am a live birth being and a natural citizen of **Wyoming 1889** in its capacity as a republic.
18. The republic of Wyoming as one of the several states of the union.
19. I am a common man of the Sovereign People.
20. I am a national citizen of the republic.
21. The republic arising under the original jurisdiction of the de jure **Constitution for the united states of 1789.**
22. I explicitly reserve all of my rights.
23. I temporarily camp out in **Big Horn County**, **Wyoming.**
24. I am standing on dry land.
25. I am a man of the land not this land.
26. I do not live in the exterior borders of the state as per the **Buck act 1940.**
27. I am not a UNITED STATES citizen or citizen of, or franchise of, or subject to, any foreign or domestic corporation, municipal corporation, commercial entity or government operating in a commercial capacity.
28. I am not a UNITED STATES citizen see: the **Congressional act of 1871** and **USC Title 28, Part VI, chapter 176, sub chapter 176, subsection A, 3002 (15) "United States" means— (A) a Federal corporation;**
29. **The UNITED STATES OF AMERICA IS A CORPORATION; UNITED STATES OF AMERICA, INC. Non-profit Delaware Corporation Incorporation Date 4/19/89 File No. 2193946.**
30. I am not responsible for any debt other than my own.
31. I am not a commercial entity, artificial person or subject to the Uniform Commercial Code.
32. Pursuant to and through **USC TITLE 15 > CHAPTER 1 > § 17 "The labor of a human being is not a commodity or article of commerce."**
33. I am not subject to color of law or law merchant.
34. I am not a party of or subject to any maritime contract.
35. I deny that any maritime contract exists.
36. I reserve my right not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally.
37. I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement.
38. Definition of right: Blacks Law Dictionary: **Right**, n, 2. Something that is due to a person by just claim, legal guarantee, or moral principle <the right of liberty>.

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

39. A UNITED STATES citizen is defined as a vessel.

40. Definition of Vessel: USC **TITLE 18** > **PART I** > **CHAPTER 1** > **§ 9. Vessel of the United States defined** The **term "vessel of the United States"**, as used in this title, **means** a vessel belonging in whole or in part to the United States, or **any citizen thereof**, or any corporation created by or under the laws of the United States, or of any State, Territory, District, or possession thereof.

41. Pursuant to and through Federal rules of 12(b)3, this court has not proven Jurisdiction. On the basis of 12(b), the Respondent moves the court to dismiss all charges for the following reason.

## Notice

**42.** Respondent is acting in honor by noticing the court of the fact that he is not the ALL CAPS FICTION that the court is suing.

43. Respondent's appearance in this court is under duress.

44. Respondent does not consent to or request a hearing or trial in this court.

45. All recommendations/offers are rejected except for immediate dismissal of the charges and actions.

46. Respondent is not responsible for any debt other than his own.

47. Respondent is not a commercial entity, artificial person or subject to the Uniform Commercial Code. **USC** TITLE 15 > CHAPTER 1 > § 17 "**The labor of a human being is not a commodity or article of commerce.**"

48. Respondent is not subject to color of law or law merchant.

49. Respondent is not a party of or subject to any maritime contract and Respondent denies that any exists.

50. Further, Respondent is living in the dry land of Wyoming.

51. Respondent reserves the right not to be compelled to perform under any contract or commercial agreement that Respondent did not enter knowingly, voluntarily and intentionally.

52. Respondent does not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement.

**53. ADVISEMENT TO THE COURT**

54. The court and its officers unlawfully claim admiralty jurisdiction by the **UCC**.

55. The court is also the **UNITED STATES OF AMERICA** with conflict of interest, in a commercial capacity as a possession of the DISTRICT OF COLUMBIA,(the federal corporation).

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

56. This Court operates outside of its jurisdiction against
the Respondent, with conflict of interest.
57. This Court Operates under color of commission.
**58.** This court and its officers are liable with the PLAINTIFF
and the agent/pirate in their violations and do not have
judicial immunity.

**NOTICE OF INTENT**

59. PLAINTIFF is hereby given NOTICE of Intent to Seek,
Commence, Secure, Lien and Recover in toto, remedy for all
injury and damages.
60. PLAINTIFF is hereby given NOTICE that respondent will file
a QUO WARRANTO COMPLAINT and Criminally Prosecute all those
responsible under all applicable provisions and Mandates of
the Ordained Constitution for the Union of several States
of the United States of America, 1789, and Laws made in
pursuance thereof and title 18 1000, Title 1001 and Title
42 of the United States Code.

**RELIEF SOUGHT**

61. WHEREFORE, Pursuant to and through the Federal Rules of
Civil Procedure Rules 12(b), the Respondent, live birth
being, rightfully and respectfully moves the court to
dismiss the fraudulent charges.
62. Conclusion: According to Federal Rules of Criminal
Procedure, 12(b) the court has failed to state a bona-fide
offense and there is no bona-fide or proof of claim. Third
Party respondent: :Marvin-Leslie: Iverson, a live birth
being is not the real party of interest. This court and or
paperwork have no persona or subject matter jurisdiction
over the live birth being.
63. Third-Party respondent: :Marvin-Leslie: Iverson, a live
birth being reiterates point 1-62.
64. Third-Party respondent: :Marvin-Leslie: Iverson, a live
birth being re-numerates points 1-63.

**Definitions Memorandum:**

65. Law of spaces – there may be no more than one space
between words, periods, colons, and sentences.
66. Law of all cap names – any name in all caps is a
corporation.
67. Law of boxes – anything in a box does not exist, cannot be
read or seen.
68. Law of planes – anything on a different plane cannot be
seen or heard.
69. If, Third Party respondent: Marvin-Leslie: Iverson, a live
birth being, is summoned to court properly and in honor

Page **4** of **7**

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or
any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any
copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

appears, all parties shall be on the same plane, not in a box, shall be addressed with colons, hyphens and in upper and lower case, and all matters are for the now, there is not past, there is no future and this will be a common law court that invokes the judges, officers and all parties oaths of office.

70. Definitions Memorandum - Definition of each word used, which dictionary and year.

71. If Third Party respondent: :Marvin-Leslie: Iverson is summoned to court, and he appears so he stays in honor, the proceedings will be on paper only with a definitions memorandum for each word used.

72. Language - confusion - there are over 600 different interpretations to each word in the English Language so, for there to be full disclosure and comprehension, a definitions memorandum must be supplied.

73. All responses to Respondent will be in open and lower case, with the above laws of spaces, boxes and planes.

74. P. S. = Private Seal

75. 1 dollar stamp = postmaster/witness/banker.

76. Flag = Common Law Jurisdiction.

Respectfully submitted,

: Marvin-Leslie: Iverson : _____.

:Marvin-Leslie: Iverson: Third party Respondent, Live-birth-being, witness, postmaster, banker.

State of Wyoming

Private Seal

County of Big Horn

Jurat

On this the 26th day of November, in the year of the Lord 2012; Third Party respondent :Marvin-Leslie: Iverson a live birth being, duly presented to me his Declaration-certificate of Live Birth and was living and breathing in front of me and other adequate proof of identity, and so swore the above was the Truth to the best of his knowledge. In the State of Wyoming, County of Big Horn

Susan K Good

Notary.

My Commission Expires *May. 21. 2014.*

Seal

Evidence 1: Purported Indictment

Evidence 2: Montana ruling corporations are not people.

Evidence 3: Declaration of live-birth-being with Birth Certificate glued to the Declaration

SUSAN K. GOOD    NOTARY PUBLIC
COUNTY OF         STATE OF
BIG HORN          WYOMING
MY COMMISSION EXPIRES MAY 21, 2014

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

Evidence 4: Trade Name/Trade Mark/Copyright.
Evidence 5: Affidavit of supportive evidence.

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

**Certificate of Service**

I certify that a true and correct copy of the foregoing Third
party respondent's Motion to Dismiss is executed and delivered
in lawful manner to Stephanie I. Sprecher Assistant United
States Attorney District of Wyoming, P. O. Box 22211 Casper, WY
82602-5010 this _27ᵗʰ_ day of November, 2012, and to the United
States District Court 111 S. Walcott, Casper, WY 82601.
Respectfully Submitted,

: Marvin - Leslie; Iverson :

Third party respondent, :Marvin-Leslie: Iverson, Live Birth
Being, witness, postmaster, banker.
c/o 483 Lane 40 [PO Box 67]
Burlington, WY [82411]

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or
any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any
copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

FILED
U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT DISTRICT OF WYOMING

_____ For The District of Wyoming _2012 NOV 16  AM 10 41

STEPHAN HARRIS, CLERK
**NON-PUBLIC DOCUMENT** CASPER

UNITED STATES OF AMERICA,

### SUMMONS IN A CRIMINAL CASE

V.                              CASE NUMBER: 12CR245J

MARVIN IVERSON
P. O. Box 67
Burlington, WY 82411

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place:<br>Ewing T. Kerr Federal Courthouse<br>111 South Wolcott<br>Casper, WY 82601<br>Courtroom No. 1 | |
|---|---|
| Before:<br>R. Michael Shickich<br>United States Magistrate Judge | Date & Time:<br>November 27, 2012<br>3:00 p.m. |
| | |

To answer an Indictment charging you with a violation of 18 U.S.C. 1344 - Bank Fraud.

Stephan Harris, Clerk of Court                        November 16, 2012
Name and Title of Issuing Officer                      Date

Deany Fondren

By Deputy Clerk

cc: James H. Barrett, FPD

## PENALTY SUMMARY

**DEFENDANT NAME:**     MARVIN IVERSON

**DATE:**            November 13, 2012

**INTERPRETER NEEDED:**        _____ Yes    _✓_ No

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

_____ Cheyenne    _✓_ Casper    _____ Lander    _____ No Preference

**VICTIM:**        _✓_ Yes    _____ No

**SEAL CASE:**        _____ Yes    _✓_ No

**OFFENSE:**        18 U.S.C. § 1344
            Bank Fraud

**PENALTIES:**        0-30 Years Imprisonment
            $1,000,000 Fine
            3 Years Supervised Release
            $100 Special Assessment
            Class "B" Felony

**AGENT:**   Kent C. Smith/FBI        **AUSA:**   Stephanie I. Sprecher

**ESTIMATED TIME OF TRIAL:**   _✓_ 1-5 days    _____ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

_____ Yes        _✓_ No

**The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:**

_____ Yes        _____ No

Said checks were drawn on the Defendant's First Interstate Bank account, which, as the Defendant then well knew, was closed on April 19, 2012. The Defendant presented said checks to Big Horn Federal Savings Bank to pay off existing debts owed by the Defendant to Big Horn Federal Savings Bank. As a result, Big Horn Federal Savings Bank discharged the Defendant's debts. Big Horn Federal Savings Bank presented said checks to First Interstate Bank for payment. Said checks were not honored as they were drawn on a closed account. To date, the Defendant has refused to reimburse Big Horn Federal Savings Bank for said checks.

In violation of 18 U.S.C. § 1344.

A TRUE BILL:

FOREPERSON

CHRISTOPHER A. CROFTS
United States Attorney

-2-

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

IN THE UNITED STATES DISTRICT COURT 14 PM 3 54

FOR THE DISTRICT OF WYOMING STEPHAN HARRIS, CLERK
CASPER
12 CR 245

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | **18 U.S.C. § 1344** |
| | ) | (Bank Fraud) |
| v. | ) | |
| | ) | |
| **MARVIN IVERSON,** | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

From on or about April 9, 2012, and continuing through on or about September 24, 2012, in the District of Wyoming, the Defendant, **MARVIN IVERSON,** devised a scheme and artifice:

(a)    to defraud Big Horn Federal Savings Bank, a federally insured financial institution,

(b)    to obtain moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Big Horn Federal Savings Bank, a federally insured financial institution, by means of materially false or fraudulent pretenses, representations, or promises.

It was part of the scheme and artifice that the Defendant, on or about June 23, 2012, in the District of Wyoming, caused to be delivered to Big Horn Federal Savings Bank by certified mail check number 1170 in the amount of $17,698, and check number 1171 in the amount of $9,680.

*18*

GOOD FOR MONTANA THAT WAS A LITTLE PEICE OF LEGALESE THAT SHOULD NEVER HAVE HAPPENED SEE A U.S. SUPREME COURT CASE Rundell v. Delaware & Raritan Canal Co., 55 U.S. 80 (1852)

# Missoula, Montana, Votes Against Corporate Personhood: "Corporations Are Not Human Beings"

Submitted by mark karlin on Sat, 11/12/2011 - 8:24am.

**MARK KARLIN, EDITOR OF BUZZFLASH AT TRUTHOUT**

You might not think that Missoula, Montana, (population around 65,000) would be the place that a revolt against corporate personhood might start, but you'd be wrong.

In fact, this past Tuesday, 75 percent of the voters in Missoula supported a referendum declaring that "corporations are not human beings." It's part of a national movement to encourage states to support a constitutional amendment to deny to corporations the rights given to individual Americans. The campaign was launched after the 2010 US Supreme Court decision granting corporations the rights of free speech guaranteed to individuals, including campaign spending.

According to the Missoulian, Cynthia Wolken - the councilwoman who initiated the referendum - was hopeful that other cities would follow suit:

> "Basically, it affirmed what we were all seeing on the streets, which is the average Missoulian wanted to have their voice heard ... and they want their elected officials to fix the problem of corporate personhood," Wolken said. "So I hope this message is heard and we get started on fixing the problem."

> As she sees it, corporations have been given too much power, and as stated in the Missoula resolution, their "profits and survival are often in direct conflict with the essential needs and rights of human beings."

Every week, over the past few months, Truthout has been excerpting Thom Hartmann's prescient book, "Unequal Protection," on how corporate personhood mistakenly became embedded in court rulings. In the book - available in a revised and expanded edition from Truthout - Hartmann writes:

> For humans to take back control of our governments by undoing corporate personhood, we'll have to begin with the governments that are the closest and most accessible to us. It's almost impossible for you or me to go to Washington, D.C., and have a meeting with our senator or representative - most of us usually can't even get them on the phone unless we're a big contributor. But most of us can meet with our city council members or show up at their meetings. Lobbying within the local community is both easy and effective. Local politicians are the closest to - and generally the most responsive - to the people they represent.

> When enough local communities have passed ordinances that directly challenge corporate personhood, state legislatures will begin to notice. As with the issues of slavery, women's suffrage, and Prohibition (among others), when local communities take actions that are followed by states, eventually the federal government will get on board.

Missoula, the home of the University of Montana, is showing the way.
****



-Leslie Iverson.
[illegible] bur 2012

1. DECLARATION [AFFIDAVIT] EVIDENCE: Declaration of Live Birth Being.
2. I, was born on May 13, 1948, 10:52am.
3. Weight: 6 pounds 6 oz.
4. County of birth: Day.
5. State of birth: South Dakota.
6. Sex: male.
7. Mother's name :Della-Mae:
8. Father's name :Iver-Olaf:

---

## STATE OF SOUTH DAKOTA
### DEPARTMENT OF HEALTH

Document # 1026701  4/3/2012
Book SD111 Page 1022  Page 26 of 3
Big Horn County Clerk

### CERTIFICATE OF BIRTH

FILE NUMBER: 140-1948-730817

NAME: MARVIN LESLIE IVERSON

SEX: MALE

DATE OF BIRTH: 05/13/1948

FILE DATE: 05/24/1948

COUNTY OF BIRTH: DAY

MOTHER'S NAME
PRIOR TO FIRST MARRIAGE: DELLA-MAE GUSENIUS

FATHER: IVER OLAF IVERSON

This is a true certification of the official Vital Record
filed in the Department of Health as provided in
Chapter 34-25 of the SOUTH DAKOTA CODIFIED LAWS

ISSUED BY HAND COUNTY REGISTER OF DEEDS

Anthony C Nelson

05/25/2011



RA 419 715 750 US
Marvin-Leslie : Iverson,
November 2012

When Filed Return to:
:Marvin-Leslie: Iverson©.
483 Lane 40 [PO Box 67],
Burlington, WY [82411]

# PUBLICATION/NOTIFICATION:
## AFFIDAVIT OF TRADE NAME TRADEMARK & COPYRIGHT

In the matters for commerce. All commerce operates in truth, demand for truth is made by all party's for full disclosure who are you? Who do you represent and who is the real party of interest? Is the real party of interest the commonwealth for Britain, the British Crown, the Queen for England, the Holy See, Is the UNITED STATES flying the Queen's Banner/Flag? What country does the Flag in the United States and State Court Houses, the House and the Senate, State and Federal Government and the oval offices represent? Have you desecrated our Flag for Liberty, old Glory, the lawful Flag for the United States as defined by 4 USC §4?

**Verified Declaration in the Nature by affidavit for Truth in commerce by me :Marvin-Leslie: Iverson© Postmaster/banker/a live birth being/son of God. One of the People under Original Common Law Jurisdiction established in the Territory of Wyoming, the original Republic (dejure) geographical state/Territory of Wyoming, and constitution of 1889, and contracts within the united states of America, the Constitution, as contemplated in the preamble, 1776.**

For: whom it may concern: In the Matter for the use of the Fictions, Copyright, Trade Mark, and Trade Name known as;

**MARVIN LESLIE IVERSON™, MARVIN L. IVERSON, MARVIN IVERSON, M. L. IVERSON, M. LESLIE IVERSON, LESLIE IVERSON, *MARVIN LESLIE IVERSON™, MARVIN L. IVERSON, MARVIN IVERSON, M. L. IVERSON, M. LESLIE IVERSON, LESLIE IVERSON,* Marvin Leslie Iverson©, Marvin L. Iverson, Marvin Iverson, M. L. Iverson, M. Leslie Iverson, L. Iverson, Leslie Iverson, :Marvin-Leslie: Iverson©, :Marvin-L.: Iverson, :Marvin: Iverson, :M.-L.: Iverson, :M.-Leslie: Iverson, :L.: Iverson, :Leslie: Iverson, and/or any derivatives thereof: MAY NOW BE USED ONLY BY MYSELF, OR WITH MY PRIVATE PERMISSION, AS EVERY DERIVITIVE THEREOF IS NOW COPYRIGHTED AND TRADEMARKED WITHOUT FRANCHISE.**
Wyoming State)

*B: sHorn* ) Private Seal
~~S~~ ~~County)~~

**I, Me, My, Myself** : :Marvin-Leslie: Iverson©, 483 Lane 40 [PO Box 67], Burlington, Wyoming, Non **domestic Zip Exempt** (herein after Postmaster/Banker/Title Holder/Agent/Executor) the undersigned for one of We the People, Live Birth Being, part of the posterity, born upon the original land in one of the several counties within one of the several Union States, united for America, as the undersigned Posterity, Postmaster, Banker, Creditors, Claimants, Executor, and Secured Party, hereinafter **"I, Me, My, Myself, Postmaster/Banker/Title Holder/Agent/Executor,"** "do hereby solemnly declare, say, and state:

1. **I, Me, My, Myself,** the Postmaster/Banker/Title Holder/Agent/Executor/Live birth Being, am competent for stating the matters set forth herewith.

2. **I, Me, My, Myself,** the Postmaster/Banker/Title Holder/Agent/Executor/Live Birth Being, have first hand personal knowledge concerning the facts stated herein.

3. Shall the facts stated herein bear witness which are true, correct, complete, certain, not misleading, admissible as absolute evidence, and if stating **I, Me, My, Myself,** as the Postmaster/Banker/Title Holder/Agent/Executor, shall so state.

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.



**PLAIN STATEMENT OF FACTS**

**A matter must be expressed for being resolved. In commerce truth is sovereign. Truth is expressed in the form for as Affidavit, Equality in the Law is Paramount.**

**An Affidavit not rebutted stands as Truth in commerce, An Affidavit not rebutted, after thirty (30) days, becomes the judgment in commerce, A truth Affidavit, under commercial law, can only be satisfied: by truth Affidavit rebuttal, by payment, by resolution, or by Common Law Rules, a trial by jury (by 12 people who are sovereign to the Foreign UNITED STATES GOVERNMENT).**

**I, Me, My, Myself,** Postmaster/Banker/Title Holder/Agent/Executor/Live Birth Being, am expressing truth with this Verified Publication/Declaration in the Nature for an Affidavit of Truth in Commerce Presented by me: **:Marvin-Leslie: Iverson©, 483 Lane 40 [PO Box 67], Burlington, Wyoming, Non domestic Zip Exempt,** a live birth being, the Postmaster/Banker/Secured Party/Executor, one for We the People under Original Common Law Jurisdiction for the Wyoming **Republic** and united states contracts, the constitutions and **COPYRIGHT** of the Christian appellation as written above.

**WHEREAS,** the public record is the highest evidence form, I, Me, My, Myself Postmaster/Banker/Title Holder/Agent/Executor, am hereby timely creating public record by Publication/Declaration with this Verified Publication/Declaration in the Nature for Truth Affidavit for ownership on Trademark and Copyright in Commerce Presented by me: **:Marvin-Leslie: Iverson©, 483 Lane 40 [PO Box 67], Burlington, Wyoming, Non domestic Zip Exempt.**

1. **Fact:** The corporate fiction **MARVIN LESLIE IVERSON™**, and/or any/all derivatives Thereof, **483 Lane 40 [PO Box 67], Burlington, Wyoming, Non domestic Zip Exempt**. (and all derivatives thereof) is color of law, fiction without form or substance, and any resemblance to any natural born body, of flesh and blood, living or dead is entirely intentional in commercial-fraud by Genocide acts for We the People for Wyoming state and The Republic of WYOMING by the alleged Government officials and Agents for the Commercial Corporation and Commercial Courts for the disfranchising purpose, We the People for **WYOMING** from our Life, Liberty, Property and Pursuit of Happiness, among other Rights, are not Goyim for their corporate self enrichment using their **LEGISLATION, OUTSIDE THE LAW AUTHORITY** and our courts by original jurisdiction.

2. **Fact:** I have placed a **Trade mark** on the Fiction known as **MARVIN LESLIE IVERSON™**, and/or any derivatives Thereof, **483 Lane 40 [PO Box 67], Burlington, Wyoming, Non domestic Zip Exempt,** Copyright and **(Trade mark/fiction)** of my name or any possible derivatives now belong completely to me and to no Foreign Commerce Source. Complete ownership of my name remains my personal private property and cannot be used without me, or my prior written consent, or permission and if then only under the terms set out and establish in this contract.

3. **Fact:** I have placed a **Trade Name** on the Fiction known as **MARVIN LESLIE IVERSON™**, and/or any derivatives Thereof, **483 Lane 40 [PO Box 67], Burlington, Wyoming, Non domestic Zip Exempt,** Copyright and **(trade mark/fiction)** of my name or any possible derivatives now belong completely to me and to no Foreign Commerce Source. Complete ownership of my name remains my personal private property and cannot be used without me, or my prior written consent, or permission and if then only under the terms set out and establish in this contract.

4. **Fact:** The Fiction is my perfected securities and registered by contract with me and recorded with the notary, as such for a life time and is my recorded fiction trademark by this declaration under original common law jurisdiction for one-hundred (100) years plus the life of my estate and Progeny and is My private property, as Title Holder/Agent/Executor, for My Estate protection, Life, and Liberty.

5. **Fact:** Using My Fiction on any document associated in any manner with My Estate or me, the holder in due course, Postmaster/Banker/Title Holder/Agent/Executor, Exempt from Levy, without my written prior consent is strictly forbidden and is chargeable against such user separately, segregatedly and each issuer in the amount, the sum certain for ten thousand ($10,000.00) dollars, gold or silver specie redeemable, in lawful coin for/of the United States per each use, by each user and per issuer, per fiction.

6. **Fact:** Using My Fiction for intended gains/injury/use for themselves, (the issuers or users) for others, for any of my Rights, my private property or any part about my Estate without full disclosure and my written consent prior to any use whatsoever is strictly forbidden and chargeable per each user and issuer, in the

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

amount of the sum certain of Ten Million ($10,000,000.00) dollars silver specie in lawful coinage for the United States per use, per person, using Corporate Fiction in any Deleterious situation against me or my life including any past, present or future unauthorized use nunc pro tunc.

7. **Fact:** Using My Fiction on any document associated in any manner with or against my Estate, me, my property, as such as the Postmaster/Banker/holder in due course, Title Holder/Agent/Executor, and will remain Exempt from Levy, without my written prior consent is all the evidence required for enforcing this agreement, this contract as evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract or any notice of this agreement. All should herewith advised that a Quantum Quo Warranto Complaint will be used against any trespasser of My Copyright or Trade mark/Trade Name.

8. Fact: **:Marvin-Leslie: Iverson©, MARVIN LESLIE IVERSON© and any derivatives there of,** is now Copyrighted any use of said names without written permission will result in an injury to me and the penalty will be as follows..

9. **Fact:** Using My Copyright: **:Marvin-Leslie: Iverson©, MARVIN LESLIE IVERSON© and any derivatives there of,** on any document associated in any manner with My Estate or me, the holder in due course, Postmaster/Banker/Title Holder/Agent/Executor, Exempt from Levy, without my written prior consent is strictly forbidden and is chargeable against such user separately, segregatedly and each issuer in the amount, the sum certain for ten thousand ($10,000.00) dollars, gold or silver specie redeemable, in lawful coin for/of the United States per each use, by each user and per issuer, per fiction.

10. **Fact:** Using My Copyrighted Name: **:Marvin-Leslie: Iverson©, MARVIN LESLIE IVERSON© and any derivatives there of,** for intended gains/injury/use for themselves, (the issuers or users) for others, for any of my Rights, my private property or any part about my Estate without full disclosure and my written consent prior to any use whatsoever is strictly forbidden and chargeable per each user and issuer, in the amount of the sum certain of Ten Million ($10,000,000.00) dollars silver specie in lawful coinage for the United States per use, per person, using Corporate Fiction in any Deleterious situation against me or my life including any past, present or future unauthorized use nunc pro tunc.

11. **Fact:** Using My Copyrighted Name: **:Marvin-Leslie: Iverson © and MARVIN LESLIE IVERSON© and any derivatives there of** on any document associated in any manner with or against my Estate, me, my property, as such as the Postmaster/Banker/holder in due course, Title Holder/Agent/Executor, and will remain Exempt from Levy, without my written prior consent is all the evidence required for enforcing this agreement, this contract as evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract or any notice of this agreement. All should herewith advised that a Quantum Quo Warranto Complaint will be used against any trespasser of My Copyright or Trademark.

12. **Me, My, Myself, the Postmaster/Banker/Title Holder/Agent/Executor,** am not an expert in the law, however I do know right from wrong, if there is any human being that is being unjustly damaged by any statements herein, if he/she will inform me by facts, I will sincerely make every effort and amend may ways.

**I hereby and herein reserve the right for amending and make amendment for this document as necessary in order that the truth may be ascertained and proceeding justly determined.**

  **If any living soul has information that will controvert and overcome this Proclamation/Declaration/Contract, since this is a commercial matter, please advise me IN WRITING by DECLARATION/AFFIDAVIT FORM within ten (10) days from the recording hereof, providing me with your counter Declaration/affidavit, proving with particularity by Stating all requisite actual evidentiary fact by Declaration is substantially and materially false sufficiently for changing materially my or the fictions' status and factual declaration.**

Your silence stands as consent, and tacit approval, for the factual declarations here being established as fact and as a law matter, this affidavit by Declaration will stand as final Judgment in the matter; and for the sum certain herein stated and will be in full force and effect against all parties, due and payable and **enforceable**

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

**by law. The criminal penalties for commercial fraud is determined by Quantum, Quo Warranto Complaint, and subject to 4 times damages according to the Clayton Act,** the monetary value is established by me and upon my death my Progeny for violation against my rights, for infringement against my rights, the Constitutions in the sum certain amount as stated herein for dollars specie gold and or silver coin lawful money for the United States as defined by Article 1, Section 10 under the Constitution, by We the People for the united states of America and will be due and payable on the eleventh day or any day there after as use occurs after filing by Me, in the public records for the **county of Wyoming, State of Wyoming,** under this declaration. This is my contract and I alone determine damages from infringement. Upon my Death my Progeny will determine infringement.

The Undersigned, **I, Me, My, Myself, the Postmaster/Banker/Title Holder/Agent/Executor,** holder in due course for original, do herewith declare, state and say that I, Postmaster/Banker/Title Holder/Agent/Executor, issue this with sincere intent in truth, that I, me, the undersigned Postmaster/Banker/Title Holder/Agent/Executor, am competent by stating the matters set forth herein, that the contents are true, correct, complete, and certain admissible as evidence, reasonable, not misleading and by My best knowledge, by me the undersigned 483 Lane 40 [PO Box 67], Burlington, Wyoming [84660].

Notice for the agent is notice for the principal and Notice to the principal is notice for the agent applies under this notice. Equality in the law is Paramount.

Notice for the county clerk for the county of Big Horn, WYOMING state and record: Court for original Jurisdiction, is notice for all.

:Marvin-Leslie: Iverson : _____

:Marvin-Leslie: Iverson © Postmaster, Banker, Agent, Secured Party, Executor (Principal, Creditor, Holder in Due course).

Temporary Mailing Location

483 Lane 40 [PO Box 67],

Burlington, Wyoming  (non domestic zip code exempt)

In the State of Wyoming

County of Wyoming

WITNESS BY JURAT                                                    *Big Horn.*

**Before me,** the undersigned, a Notary Public, in and for WYOMING state, ~~SALT LAKE~~ county, hereby certifies that : :Marvin-Leslie: Iverson© appeared before **me,** and provided sufficient identification and or known to me, did sign and verify and swear the foregoing documents on the __26th__ day of the __November__ Month, 2012, and that for the record, in the office of the Wyoming county Recorders Office, a certified copy of this trademark and copyright Publication/notice is viewable for the records, and if needs be, :Marvin-Leslie: Iverson 's agent with his written permission can call on the county Recorders Office to obtain "certified copies" of this document should the need arise.

WITNESS my hand and official seal.

_Susan K. Good_____

Notary Public.

My Commission Expires: __May 21. 2014.__

(SEAL)

> SUSAN K. GOOD          NOTARY PUBLIC
> COUNTY OF                      STATE OF
> BIG HORN                        WYOMING
> MY COMMISSION EXPIRES MAY 21, 2014

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.



1. DECLARATION [AFFIDAVIT] MAILING: Declaration Proof of Mailing.
2. These services are done on behalf of :Marvin-Leslie: Iverson.
3. It is hereby certified that on this 26th day of November, 2012, I, :Marvin-Leslie: Iverson authorize the mailing of these documents by registered mail to Recipient: :Marvin-Leslie: Iverson 483 Lane 40 [PO Box 67], Burlington, WY [82411]
    a. Publication/Notification: Affidavit of Trade Name Trademark & Copyright
    b. Motion to Dismiss Charges
    c. Indictment
    d. Montana Case document
    e. Declaration of Live Birth Being
    f. DECLARATION [AFFIDAVIT] EVIDENCE: Supportive evidence to the Memorandum in support
    g. DECLARATION [AFFIDAVIT] MAILING: Declaration Proof of Mailing
    h. Third party Respondent's Declaration and Notice of Rescission of Signatures
4. By registered mail number *RA 419 715 750 US*
5. By placing the same in postpaid envelope, properly addressed to Recipient at the said address and depositing the same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Wyoming.
6. I, :Marvin-Leslie: Iverson a live birth being, certify that these Documents have been witnessed on this 26th day of November, 2012, and all the Documents being sent out are true and correct to the best of my knowledge.
Respectfully Submitted,
*:Marvin-Leslie:Iverson:*
:Marvin-Leslie: Iverson: Live-birth-being, witness, postmaster, banker.
State of Wyoming
Private Seal
County of Big Horn
Jurat
On this the *26th* day of November, in the year of the Lord

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

in front of me and other adequate proof of identity, and so swore the above was the Truth to the best of his knowledge. In the State of Wyoming, County of Big Horn

Notary.
My Commission Expires May 21. 2014.
Seal



2



1. DECLARATION [AFFIDAVIT] EVIDENCE: Supportive evidence to the Memorandum in support.
2. No **Jurisdiction**
3. Respondent is not subject to any admiralty/maritime contract. Also see **UCC 1-308/1-207**. Furthermore, **USC TITLE 15 > CHAPTER 1 > § 17 "The labor of a human being is not a commodity or article of commerce."** Wherefore no court can proceed in REM against a human being.
4. Only Federal courts have constitutional jurisdiction in admiralty and maritime proceedings. See the **Judiciary Act of 1789** and also **Article III of the Constitution for the United States, 1789**
5. There is no federal common law. See Erie Railroad v. Tompkins, 1938
6. **Citizenship and sovereign immunity**
7. Respondent is not a 14th **Amendment** citizen for a remedy was provided by **15 United States Statute at Large, July 27, 1868** also known as "Expatriation Statute". Wherefore the Respondent claims the remedy and is a natural Citizen of **WYOMING 1836** in its capacity as one of the several states of the union, is a common man of the Sovereign People, which incidentally makes the Respondent a national Citizen of the republic, arising under the original jurisdiction of the de jure **Constitution for the United States of 1789,** and Respondent explicitly reserve all rights.
8. The PLAINTIFF, (UNITED STATES OF AMERICA) by the **UCC** has made it selves a commercial foreign entity and possession of the municipal corporation, the DISTRICT OF COLUMBIA (see **Congressional act of 1871**)also known as the UNITED STATES defined as the Federal corporation, (see **28 USC 3002(15)**).
9. **Foreign Sovereign Immunities Act (FSIA) of 1976.** See USC **TITLE 28 > PART IV > CHAPTER 97> § 1604**, "**Immunity of a foreign state from jurisdiction.**
10. **Subject to existing international agreements to which the United States is a party at the time of enactment**

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

of this Act a foreign state shall be immune from the jurisdiction of the courts of the United States and of the States except as provided in sections 1605 to 1607 of this chapter."

11. "The state citizen is immune from any and all government attacks and procedure, absent contract." see, Dred Scott vs. Sanford, 60 U.S. (19 How.) 393 or as the Supreme Court has stated clearly, "...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." CRUDEN vs. NEALE, 2 N.C. 338 2 S.E. 70

12. And further the court and its officers will be violating the 11 Amendment of the Constitution for the united states, 1789.

13. And further the court and its officers would be in violation of many federal and state laws including fraud, deprivation of rights, conspiracy to deprive rights, extortion, piracy and etc...

14. "Jurisdiction of court may be challenged at any stage of the proceeding, and also may be challenged after conviction and execution of judgment by way of writ of habeas corpus."

15. [U.S. v. Anderson, 60 F.Supp. 649 (D.C.Wash. 1945)].

16. No jurisdiction within State land

17. Pursuant to and through the UCC, the State converted itself into a commercial entity and also a federal state (as opposed to one of the several states of the union) and possession of the UNITED STATES the commercial entity (as opposed to the United States of 1789) also known as the municipal corporation, the DISTRICT OF COLUMBIA. Wherefore the STATE OF WYOMING in its commercial capacity can only lawfully operate within the exterior boundaries of WYOMING.

18. USC TITLE 4 > CHAPTER 4 > § 110. Same; definitions; (d) The term "State" includes any Territory or possession of the United States; (e) The term "Federal area" means any lands or premises held or acquired by or for the use of the United States or any department, establishment, or agency, of the United States; and any Federal area, or any part

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

thereof, which is <u>located within the exterior
boundaries of any State</u>, shall be deemed to be a
Federal area located within such State.

19. Wherefore the PLAINTIFF the **UNITED STATES DISTRICT
COURT** in its commercial capacity has unlawfully
operated within the land of WYOMING 1836 in its
original capacity as one of the several states of the
union.

20. Legal note: "**within the exterior boundaries of any
State**" is a legal fiction created by the **Buck act 1940**
which resulted in a "Federal area" which covered all
the several states like a clear plastic overlay. The
Buck act did not create any jurisdiction within the
land of any state. Jurisdiction lays only "**within the
exterior boundaries of any State**" (the overlay).

21. **No existing contract**

22. Plaintiff has not provided evidence of any contract
that the Respondent is in breach of, or any proof of
ratification of commencement.

23. **The Respondent is <u>not</u> a citizen of, or franchise of,
or subject to, any foreign or domestic corporation,
municipal corporation, commercial entity or government
operating in a commercial capacity.**
    a. **Congressional act of 1871** and **USC Title 28, Part
    VI, chapter 176, sub chapter 176, subsection A,
    3002 (15) "United States" means—(A) a Federal
    corporation;**

24. Also see **UNITED STATES OF AMERICA, INC.
Non-profit Delaware Corporation
Incorporation Date 4/19/89 File No. 2193946**

25. **No legal proceeding can commence in the commission of
a crime.**

26. Because no contract exists, the charging
instrument/citation is a fraudulent document and
subject to rescission. See **UCC 3-202.  NEGOTIATION
SUBJECT TO RESCISSION.**
**(a)  Negotiation is effective even if obtained (i)
from an infant, a corporation exceeding its powers, or
a person without capacity, (ii) <u>by fraud, duress, or
mistake, or (iii) in breach of duty or as part of an
illegal transaction.</u>**

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document
or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission.
Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

**27.** And further, the PLAINTIFF and it agents started this action in the commission of crimes and is in violation of the following laws and has caused injury as valued.

**28. FRAUD AND FALSE STATEMENTS**
**TITLE 18 > PART I > CHAPTER 47 > § 1001. Statements or entries generally; (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.**

**29.** And because the Respondents' rights are being deprived under color of law and force of arms, the PLAINTIFF and its agents is violation of

**30. USC TITLE 18 > PART I > CHAPTER 13 > § 242 Deprivation of rights under color of law**

**31.** And because it is a conspiracy to deprive the Respondent of rights, the PLAINTIFF and its agents are violation of

**32. USC** TITLE 18 > PART I > CHAPTER 13 > § 241
**Conspiracy against rights; If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse,**

#### Page **4** of **10**

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

or an attempt to kill, they shall be fined under this
title **or imprisoned for any term of years or for life,
or both, or may be sentenced to death.**

33. Further the PLAINTIFF and its agents have disclosed,
used and compelled the disclosure of the Respondents
social security number in violation of **USC TITLE 42 >
CHAPTER 7 > SUBCHAPTER II > § 408. Penalties**
   a. **(8) discloses, uses, or compels the disclosure of
      the social security number of any person in
      violation of the laws of the United States; shall
      be guilty of a felony and upon conviction thereof
      shall be fined under title 18 or imprisoned for not
      more than five years, or both.**

34. The PLAINTIFF and its agents and the court will only
allow the defendant to represented by licensed
attorneys for the **WYOMING BAR ASSOCIATION**, the
PLAINTIFF and the Bar and the court is in violation of
**USC TITLE 15 > CHAPTER 1 > § 2 Monopolizing trade a
felony; penalty; Every person who shall monopolize, or
attempt to monopolize, or combine or conspire with any
other person or persons, to monopolize any part of the
trade or commerce among the several States, or with
foreign nations, shall be deemed guilty of a felony...**

35. Because the Respondent is a natural citizen of
**WYOMING 1836** and because the PLAINTIFF and its agents
have no jurisdiction concerning the Respondent, and
further has held the Respondent captive and for ransom
(bonds), the PLAINTIFF and its agents are guilty of
international kidnapping. See **USC TITLE 18 > PART I >
CHAPTER 55 > § 1201 Kidnapping; I Whoever unlawfully
seizes, confines, inveigles, decoys, kidnaps, abducts,
or carries away and holds for ransom or reward or
otherwise any person, except in the case of a minor by
the parent thereof, when—**

1. **the person is willfully transported in interstate or
foreign commerce, regardless of whether the person was
alive when transported across a State boundary, or the
offender travels in interstate or foreign commerce or
uses the mail or any means, facility, or
instrumentality of interstate or foreign commerce in**

### Page 5 of 10

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document
or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission.
Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

committing or in furtherance of the commission of the offense;

2. any such **act against the person is done within the special maritime and territorial jurisdiction of the United States**;

3. any such act against the person is done within the special aircraft jurisdiction of the United States as defined in section **46501** of title **49**;

4. the person is a foreign official, **an internationally protected person,** or an official guest as those terms are defined in section **1116 (b)** of this title; or

5. the person is among those officers and employees described in section **1114** of this title and any such act against the person is done while the person is engaged in, or on account of, the performance of official duties, shall be punished by imprisonment **for any term of years or for life** and, if the death of any person results, shall be punished by death or life imprisonment.

**36.** Let it be known that the PLAINTIFF and its agents in its use of motor vehicles are operating under special admiralty jurisdiction. See **USC TITLE 18 > PART I > CHAPTER 1 > § 13 Laws of States adopted for areas within Federal jurisdiction "Any limitation on the right or privilege to operate a motor vehicle imposed under this subsection shall apply only to the special maritime and territorial jurisdiction of the United States."**

37. Because there is no maritime contract with the Respondent and because the PLAINTIFF and its agents operate under color of commission. And because they claim maritime/admiralty jurisdiction in their regulation and use of motor vehicles/vessels against the Respondent and other human beings, in their armed plunder of property, taking captive, demanding ransom and etc… Then they are also guilty of Piracy on dry land. See **USC TITLE 18 > PART I > CHAPTER 81 > § 1661 Robbery ashore "…imprisoned for life." USC TITLE 18 > PART I > CHAPTER 81 > § 1652. Citizens as pirates Whoever, being a citizen of the United States, commits any murder or robbery, or any act of hostility against**

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

the United States, or against any citizen thereof, on
the high seas, <u>under color of any commission</u> from any
foreign prince, <u>or state, or on pretense of authority</u>
<u>from any person, is a pirate, and shall be imprisoned</u>
<u>for life.</u>

38. Fitting out motor vehicles/vessels for piracy.

**39. USC <u>TITLE 18</u> > <u>PART I</u> > <u>CHAPTER 81</u> > § 1654 Arming or**
**serving on privateers**

**40.** Whoever, being a citizen of the United States,
without the limits thereof, fits out and arms, or
attempts to fit out and arm or is concerned in
furnishing, fitting out, or arming any private vessel
of war or privateer, with intent that such vessel
shall be employed to cruise or commit hostilities upon
the citizens of the United States or their property;
or Whoever takes the command of or enters on board of
any such vessel with such intent; or Whoever purchases
any interest in any such vessel with a view to share
in the profits thereof—Shall be fined under this title
or imprisoned not more than ten years, or both.

**Constitutional violation**

41. It is without question that these actions against the
Respondent are a violation of liberties protected by
the **Constitution for the United States, 1789.** But in
addition, the act of the State in its capacity as one
of the several states of the union, to convert itself
into a commercial entity and make itself subject to
the foreign corporation (the DISTRICT OF COLUMBIA) by
way of the ambiguous contract the **UCC,** and at a loss
of its sovereignty, is a violation of… **Article one,**
**Section 10 of the Constitution for the United States,**
**1789 No State shall enter into any** Treaty, Alliance,
**or** Confederation; **grant** Letters of Marque and
Reprisal; **coin** Money; **emit Bills of** Credit; **make any**
**Thing but** gold **and** silver Coin **a** Tender **in Payment of**
Debts; **pass any** Bill of Attainder, **ex post facto Law,**
**or** Law impairing the Obligation of Contracts, **or grant**
**any Title of Nobility.**

**42.** The PLAINTIFF, by making the citizens and all other
human beings subject to the hidden, ambiguous,
fraudulent contract the **UCC,** has violated the

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document
or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission.
Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

**Thirteenth Amendment Section 1. Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.**

43. US v Will, 449 US 200,216, 101 S Ct, 471, 66 LEd2nd 392, 406 (1980) Cohens V Virginia, 19 US (6 Wheat) 264, 404, 5LEd 257 (1821): "When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason."

**44. USC TITLE 18 > PART I > CHAPTER 115 > § 2381 Treason**

**45. Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall… be incapable of holding any office under the United States.**

46. U.S. v. Lee, 106 U.S. 196, 220 1 S. Ct. 240, 261, 27 L. Ed 171 (1882) "No man in this country is so high that he is above the law. No officer of the law may set that law at defiance, with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law are bound to obey it." Ableman v. Booth, 21 Howard 506 (1859) "No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence."; Stump v. Sparkman, id., 435 U.S. 349 Some Respondents urge that any act "of a judicial nature" entitles the Judge to absolute judicial immunity. But in a jurisdictional vacuum (that is, absence of all jurisdiction) the second prong necessary to absolute judicial immunity is missing. A judge is not immune for tortious acts committed in a purely Administrative, non-judicial capacity; Chandler v. Judicial Council of the 10th Circuit, 398 U.S. 74, 90 S. Ct. 1648, 26 L. Ed. 2d 100Justice Douglas, in his dissenting opinion at page 140 said, "If (federal judges) break the law, they can be prosecuted."

#### Page **8** of **10**

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

Justice Black, in his dissenting opinion at page 141) said, "Judges, like other people, can be tried, convicted and punished for crimes... The judicial power shall extend to all cases, in law and equity, arising under this Constitution"; Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938) A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from Criminal action for his acts.

47. The court and the officers are operating in a commercial capacity, they will not be immune from suit. See: Clearfield Doctrine "Governments descend to the Level of a mere private corporation, and take on the characteristics of a mere private citizen...where private corporate commercial paper" [Federal Reserve Notes] "and securities" [checks] "is concerned. ... For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." –
Clearfield Trust Co. v. United States 318 U.S. 363-371 (1942)

48. Also see: Colten v. Kentucky (1972)407 U.S. 104@122. 92 S.Ct. 1953; Dissent by Douglas "If the nation comes down from its position of sovereignty and enters the domain of commerce, it submits itself to the same laws that govern individuals therein. It assumes the position of an ordinary citizen and it cannot recede from the fulfillment of its obligations;" 74 Fed. Rep. 145, following 91 U.S. 398.

## Definitions Memorandum:

1. Law of spaces – there may be no more than one space between words, periods, colons, and sentences.
2. Law of all cap names – any name in all caps is a corporation.
3. Law of boxes – anything in a box does not exist, cannot be read or seen.
4. Law of planes – anything on a different plane cannot be seen or heard.
5. If, Third Party respondent: Marvin-Leslie: Iverson, a live birth being, is summoned to court properly and in honor appears, all parties shall be on the same plane,

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.

not in a box, shall be addressed with colons, hyphens and in upper and lower case, and all matters are for the now, there is not past, there is no future and this will be a common law court that invokes the judges, officers and all parties oaths of office.

6. Definitions Memorandum - Definition of each word used, which dictionary and year.

7. If Third Party respondent: :Marvin-Leslie: Iverson is summoned to court, and he appears so he stays in honor, the proceedings will be on paper only with a definitions memorandum for each word used.

8. Language - confusion - there are over 600 different interpretations to each word in the English Language so, for there to be full disclosure and comprehension, a definitions memorandum must be supplied.

9. All responses to Respondent will be in open and lower case, with the above laws of spaces, boxes and planes.

10. P. S. = Private Seal

11. 1 dollar stamp = postmaster/witness/banker.

12. Flag = Common Law Jurisdiction.

Respectfully submitted,

*:Marvin-Leslie:Iverson:* _____.

:Marvin-Leslie: Iverson: Live-birth-being, witness, postmaster, banker.

State of Wyoming

Private Seal

County of Big Horn

Jurat

On this the _26th_ day of November, in the year of the Lord 2012; Third Party respondent :Marvin-Leslie: Iverson a live birth being, duly presented to me his Declaration-certificate of Live Birth and was living and breathing in front of me and other adequate proof of identity, and so swore the above was the Truth to the best of his knowledge. In the State of Wyoming, County of Big Horn.

*Susan K. Good* _____.

Notary.

My Commission Expires: *May 21, 2014*.

Seal

```
SUSAN K. GOOD        NOTARY PUBLIC
COUNTY OF            STATE OF
BIG HORN             WYOMING
MY COMMISSION EXPIRES MAY 21, 2014
```

Page 10 of 10

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.