

FILED
U.S. DISTRICT COURT
RA 419 775 750 US DISTRICT OF WYOMING
Marvin-Leslie: Iverson,
26 November 2012   2012 NOV 27 PM 2 10

**United States District Court**
**District Of Wyoming**

STEPHAN HARRIS, CLERK
CASPER

**United States of America, Plaintiff.**

**Case No. 12MJ175J**

**By: :Marvin: Iverson: Third party Respondent, live birth Being, witness, postmaster.**

1. Third party Respondent's Declaration and Notice of Rescission of Signatures

2. **Third party Respondent** rescinds his signature on "WAIVER OF PRELIMINARY HEARING" dated 10th day of October, 2012. See Maxwell v. Fairbanks Capital Corporation, 281 B.R. 101, (2002) and U.C.C. 3(202).

3. **Third party Respondent** rescinds his signature on "WAIVER OF DEFENDANT'S RIGHTS TO BE REPRESENTED BY COUNSEL EITHER RETAINED OR APPOINTED" dated 10th day of October, 2012. See Maxwell v. Fairbanks Capital Corporation, 281 B.R. 101, (2002) and U.C.C. 3(202).

4. **Third party Respondent** preserves all rights to a Pretrial Hearing and to be represented by counsel if he so chooses.

5. **Third party Respondent** had no full knowledge his rights and did not have the sufficient awareness of the procedures of the court to be in a position to comprehend the consequences of his actions as shown by Brady v. U.S., 397 U.S., 742 at 748: "Waivers of Constitutional Rights must not only be done voluntarily, they must be knowingly intelligent acts done with sufficient awareness of the relevant circumstances and consequences."

6. **Third party Respondent** was under duress of further incarceration and was coerced into signing these two documents to avoid prolonged detainment.  He hereby reclaims these rights and claims the rights described in Shapiro v. Thompson, 394 U.S., 618: "The mere chilling of a Constitutional right by a penalty on its exercise is patently unconstitutional."

7. "WAIVER OF PRELIMINARY HEARING" dated 10th day of OCTOBER, 2012, is rescinded.

8. **Third party Respondent** has limited knowledge of Federal Rules of Procedure and therefore had no way of knowing his rights under those rules. **Third party Respondent** rescinds

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.



his waiving of the preliminary hearing and claims rights to the preliminary hearing as is his right in Federal Rules of Criminal Procedure 5.1.

**9.** "WAIVER OF DEFENDANT'S RIGHTS TO BE REPRESENTED BY COUNSEL EITHER RETAINED OR APPOINTED" dated 10th day of October, 2012, is rescinded.

**10.** The lack of full disclosure and representations of future violations of Third party Respondent's rights vitiate both the "WAIVER OF PRELIMINARY HEARING" dated 10th day of OCTOBER, 2012, and the "WAIVER OF DEFENDANT'S RIGHTS TO BE REPRESENTED BY COUNSEL EITHER RETAINED OR APPOINTED" dated 10th day of October, 2012. Third party Respondent declares both documents NULL and VOID.

Respectfully Submitted,

*:Marvin -Leslie:Iverson:*
_____.

:Marvin-Leslie: Iverson: Live-birth-being, witness, postmaster, banker.
State of Wyoming
Private Seal
County of Big Horn
Jurat
On this the 26th day of November, in the year of the Lord 2012; Third Party respondent :Marvin-Leslie: Iverson a live birth being, duly presented to me this Third party Respondent's Declaration and Notice of Rescission of Signatures and was living and breathing in front of me and other adequate proof of identity, and so swore the above was the Truth to the best of his knowledge. In the State of Wyoming, County of Big Horn

*Susan K Good*
_____
Notary.
My Commission Expires May 21. 2014.
Seal



**Certificate of Service**

I certify that a true and correct copy of the foregoing
DECLARATION and Notice of Rescission of Signatures is executed
and delivered in lawful manner to Stephanie I. Sprecher c/o U
S District Court 111 S. Walcott, Casper, WY 82601-2534 this
27的 day of November, 2012, and to the United States District
Court 111 S. Walcott, Casper, WY 82601.
Respectfully Submitted,

:Marvin-leslie; Iverson:

:Marvin-Leslie: Iverson: Third party Respondent, Live birth
Being, witness, postmaster, banker.

This document or any part of this document is copyrighted by: :Marvin-Leslie: Iverson© Postmaster-Banker. This document or
any part thereof may not be used, reproduced or sent to anyone without :Marvin-Leslie: Iverson's© written permission. Any
copyright infringement will be a $1,000,000.00 USD fine paid in Gold and/or Silver.