# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 12CR245F   Date 12CR245J |
| | Time 3:08 - 3:10 p.m.; 3:22 - 3:30 p.m. |
| VS | ☑ Indictment   ☐ Information |
| | ☐ Complaint   ☐ Other |
| MARVIN IVERSON | ☑ IA   ☑ ARR   ☐ Det |
| **DEFENDANT** | ☐ Prelim   ☐ Rule 5 |
| | Offense  18 USC 1344 - Bank Fraud |
| **Before the Honorable,** R. Michael Shickich | |

| Deany Fondren | Jamie Hendrich | Kate Williamson | Stephanie Sprecher | Dylan Schauer |
|---|---|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** | **Asst. U.S. Attorney** | **Marshal** |

**INTERPRETER** N/A

**Appeared:**   ☑ Voluntarily   ☐ In-Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given
☑ Attorney appearing   (Dan Blythe present in courtroom for standby counsel Jim Barrett) *
   ☐ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

*Defendant adamantly rejected assistance of counsel. No assistance provided.

**Initial Appearance:**   Date _____   (Comments) _____

**Arraignment:**   Held 11/27/2012   Set For _____   Waived _____

☐ Defendant waives reading of indictment
☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**Defendant Enters a Plea of:**
☑ Not guilty to count(s)  1  of an  Indictment
☐ Guilty to count(s) _____ of an _____

| **Not Guilty Plea** | **Guilty Plea** |
|---|---|
| ☐ Court orders discovery per rule 16 FRCrP | ☐ Court is satisfied there is factual basis for a plea of guilty |
| ☐ Court orders access to Grand Jury Transcripts | ☐ Defendant referred to probation for presentence investigation |
| ☐ Motions to be filed in ___ days or | ☐ Defendant advised on consequence of a plea of guilty |
| On / Before _____ | ☐ Plea agreement filed |
| ☐ Trial date set for ___ at ___ | ☐ Sentencing set for ___ at ___ |
| In _____ | In _____ |
| ☐ Speedy trial expires on _____ | ☐ Plea conditionally accepted |

**Other:**
The defendant stated he was in Court by special appearance as this court does not have jurisdiction, therefore he refused to enter a plea until he resolves that matter. The Court entered a plea of not guilty pursuant to Rule 11(a)(4).

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

Bail Review / Detention Hearing: **Held**_____ **Set For**_____ **Waived**_____

Bond Is: ☐ Defendant is detained and committed to the custody of the U. S. Marshal

☐ Set at $_____ ☐ Cash ☐ Surety ☐ Unsecured
☐ Continued on the same terms and conditions

**Terms and Conditions:**

☐ Obey all laws, Federal, State and Local
☐ Seek/Maintain employment
☐ 3rd party custody of _____
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing
☐ Do not obtain passport
☐ Surrender passport to _____

☐ Maintain current residence
☐ Report to Pretrial Services as directed
☐ Travel restricted to _____
☐ Abide by the following curfew _____
☐ Not use or possess controlled substances/drugs
☐ Avoid all contact with _____
☐ Post property or sum of money
☐ Undergo medical/psychiatric treatment/exam

**Other:**
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Preliminary Hearing:**     **Held**_____   **Set For**_____   **Waived**_____
Witnesses     _____
              _____

Outcome:       ☐ Bound over to District Court        ☐ Dismissed

**Removal Hearing:**     **Held**_____   **Set For**_____   **Waived**_____

**Identity Hearing:**     **Held**_____   **Set For**_____   **Waived**_____

Court orders defendant held to answer to U.S. District Court, District of _____
☐ Bond to transfer          Defendant to report on or before _____
☐ Warrant of removal and final commitment to issue

**Other:**
The Court admonished Mr. Iverson that failure to participate in the court proceeding by refusal to approach the podium may be construed as contempt.  After a brief recess, the defendant agreed to address the Court from the podium.  Defendant's requests to confer with his "assistant" Mr. Wayne Young were denied by the Court after the Court questioned Mr. Young and ascertained he is not a licensed attorney.   Mr. Young continued to advise the defendant from the gallery;  the Court admonished Mr. Young that he may be found in contempt of court should his conduct continue.

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court