:Marvin of the House of :Iverson
c/o 483 Lane 40 [P.O Box 67]
Burlington, WY [82411]

```
                    FILED
              U.S. DISTRICT COURT
              DISTRICT OF WYOMING

              2013 JAN 2 PM 3 25

              STEPHAN HARRIS, CLERK
                     CASPER
```

UNITED STATES DISTRICT COURT
For the District of Wyoming

| UNITED STATES OF AMERICA | Case Number: 1:12-cr-00245-ABJ, |
|---|---|
|  | Case 1:12-cr-00245-ABJ, |
| Plaintiff, | Case Number: 12-CR-245-01-J, |
|  | Criminal No. 12-CR-245-J, |
| vs | CRIMINAL Case No 12MJ175-J, |
|  | CRIMINAL CASE NO 12CR245-J, |
| MARVIN IVERSON, | Case Number: 12CR245-J, |
|  | CASE NUMBER: 12CR245J, |
| Defendant. | Case Number: 12CR245J, |
|  | Case No. 12CR245J, |
|  | Case No. 12CR245F, |
|  | Date 12CR245J, |
|  | No. 12CR 245-J, |
|  | No. 12CR 145-J, |
|  | No. 12CR 24 -J, |
|  | No. 12CR 14 -J, |
|  | Case 1:12-mj-00175-ABJ, |
|  | case number: 1:12-mj-00175-ABJ, |
|  | CASE#: 1:12-mj-00175-ABJ-1, |
|  | CASE #: 1:12-mj-00175-ABJ-1, |
|  | CASE #: 1:12-cr-00245-ABJ-1, |
|  | Case Number: 12MJ175-J, |
|  | CASE NUMBER: 12MJ175-J, |
|  | CASE NUMBER: 12Mj175-J, |
|  | Case Number: 12MJ175·J, |
|  | CASE NUMBER: 12MJ175·J, |
|  | CASE NUMBER: 12Mj175·J, |
|  | Case Number: 12Mj175·J, |
|  | Case Number: 12Mj175-J, |
|  | Case Number: 12mj175-J, |
|  | Case Number: 12MJ175J, |
|  | Case No. 12MJ175J, |
|  | Case No. 12MJ175-J, |
|  | No. 12MJ175-J, |
|  | No. 12Mj175-J, |
|  | No. 12MJ 175-J, |
|  | No. 12Mj 175-J, |

Page 1 of 3                                  01/02/2013 A.D.
NOTICE: WITHDRAW OF ALL FILINGS AND SIGNATURES

|  | DOCKET NUMBERS Magistrate 12MJ175-J, Case No. 1:2mj-175-j, <br><br>NOTICE: WITHDRAW OF ALL FILINGS & SIGNATURES <br><br>JUDGE:   Alan B. Johnson |
|---|---|

:M-L;l,

### NOTICE OF WITHDRAW OF ALL FILINGS & SIGNATURES

Pursuant to and Through Federal Rules of Civil Procedure 41(a) :Marvin of the House of :Iverson sends notice of withdraw of all filings and signatures on every document from his arrest to present on this the 2nd day of January, A.D. 2013.

*Marvin Leslie Iverson*
:Marvin of the HOUSE of :Iverson.

Jurat

State of Wyoming
County of NATRONA                .

Marvin of the House of Iverson who is known to me or made himself known to me did so swear the above was true to the best of his Knowledge on this the 2nd day of January, 2013.

[WILLIAM M. SPICER – NOTARY PUBLIC
COUNTY OF NATRONA    STATE OF WYOMING
MY COMMISSION EXPIRES JULY 20, 2013]

*William M Spicer*
Notary
My Commission Expires JULY 20 2013

Certificate of Service

I certify that two copies of the foregoing Notice: Withdraw Of All Filings & Signatures are hereby executed and filed with the US District Court of Wyoming 111 South Wolcott Casper, WY 82601-2534 and a true and correct copy of the foregoing is delivered in lawful manner to Stephanie I. Sprecher US ATTORNEY'S OFFICE 100 East B Street, Suite 2211 PO Box 22211, Casper, WY 82602 this 2nd day of January, 2013.

All Rights Reserved,

:Marvin-Leslie: Iverson.