PS 8
(8/88)

ORIGINAL

## United States District Court

for

## Wyoming

U. S. A. vs. Marvin Iverson

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 FEB 6 PM 4 43

Docket No. 12CR-245-J

STEPHAN HARRIS, CLERK
CHEYENNE

Petition for Action on Conditions of Pretrial Release

COMES NOW, Greg Lewis, Pretrial Services Officer, presenting an official report upon the conduct of defendant, Marvin Iverson, who was placed under pretrial release supervision by the Honorable R. Michael Shickich, U.S. Magistrate Judge, sitting in the court at Casper, Wyoming, on October 10, 2012. Among the conditions of bail were the terms as follows:

The defendant shall report to the U.S. Probation/Pretrial Services Office as directed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On October 17, 2012, the defendant's reporting instructions were reviewed with him. He was directed to call this officer weekly to report any updates or changes and to submit a monthly report by the 5th day of each month.

The defendant initially called as directed and submitted monthly reports for October and November 2012. The defendant has failed to call for his weekly update since January 2, 2013, and did not submit a monthly report for December 2012. This officer has attempted to contact the defendant by phone, leaving messages that have gone unreturned. This officer also attempted to make contact with the defendant at his home on January 27, and 28, 2013. The defendant's daughter answered the door at his residence on January 27, 2013, and reported the defendant was not home at the time. She was provided with this officer's card and asked to have the defendant contact this officer when he returned home. The defendant's daughter was contacted again on January 28, 2013, at the defendant's residence as no call was received from the defendant. She reported not seeing the defendant the previous night and reported she did not know how to get in contact with him. She was asked to have the defendant contact this officer.

On January 29, 2013, a letter was sent to the defendant informing him of his failure to report as directed. He was directed to contact this officer by phone or in person by February 4, 2013. The defendant did not report as directed.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST SO THAT HE MAY BE BROUGHT BEFORE THE COURT TO SHOW CAUSE WHY HIS BOND SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Considered and ordered this 6th day of February 2013, and ordered filed and made a part of the records in the above case.

_/s/ Phil Caldwell for_
Greg Lewis, U.S. Probation Officer
Place: Casper, Wyoming
Date: February 6, 2013

_/s/ Alan B. Johnson_
Alan B. Johnson
U.S. District Court Judge

Approved by:

_/s/ Phil Caldwell for_
Michael Akers
Supervising U.S. Probation Officer