FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR 21 2013

Stephan Harris, Clerk
Casper

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 12-CR-245-J |
| ) | |
| Plaintiff, ) | 18 U.S.C. § 1344 |
| ) | (Bank Fraud) |
| v. ) | |
| ) | |
| MARVIN IVERSON, ) | |
| ) | |
| Defendant. ) | |

### S U P E R S E D I N G  I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

From on or about April 9, 2012, and continuing through on or about September 24, 2012, in the District of Wyoming, the Defendant, **MARVIN IVERSON,** devised a scheme and artifice:

  (a) to defraud Big Horn Federal Savings Bank, and JPMorgan Chase Bank, federally insured financial institutions,

  (b) to obtain moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Big Horn Federal Savings Bank and JPMorgan Chase Bank, federally insured financial institutions, by means of materially false or fraudulent pretenses, representations, or promises.

It was part of the scheme and artifice that the Defendant, on or about June 23, 2012, in the District of Wyoming, caused to be delivered to Big Horn Federal Savings Bank by certified mail check number 1170 in the amount of $17,698, and check number 1171 in the amount of $9,680, said

checks having been drawn on the Defendant's First Interstate Bank account, which, as the Defendant then well knew, was closed on April 19, 2012. The Defendant presented said checks to Big Horn Federal Savings Bank to pay off existing debts owed by the Defendant to Big Horn Federal Savings Bank. As a result, Big Horn Federal Savings Bank discharged the Defendant's debts. Big Horn Federal Savings Bank presented said checks to First Interstate Bank for payment. Said checks were not honored as they were drawn on a closed account.

It was also part of the scheme and artifice that the Defendant, between on or about August 18, 2012 and on or about August 31, 2012, in the District of Wyoming and elsewhere, caused to be delivered to JPMorgan Chase Bank check number 1123 in the amount of $369,300, said check having been drawn on the Defendant's First Interstate Bank account, which, as the Defendant then well knew, was closed on April 19, 2012. The Defendant presented said check to JPMorgan Chase Bank to pay off an existing mortgage debt owed by Coriann Morgan to JPMorgan Chase Bank.

In violation of 18 U.S.C. § 1344.

A TRUE BILL:

_____
FOREPERSON

_____
CHRISTOPHER A. CROFTS
United States Attorney

## PENALTY SUMMARY

                                                                               **Criminal No. 12-CR-245-J**

**DEFENDANT NAME:**    MARVIN IVERSON

**DATE:**    March 18, 2013

**INTERPRETER NEEDED:**    \_\_\_\_ Yes    ✓ No

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

\_\_\_\_ Cheyenne    ✓ Casper    \_\_\_\_ Lander    \_\_\_\_ No Preference

**VICTIM:**    ✓ Yes    \_\_\_\_ No

**SEAL CASE:**    \_\_\_\_ Yes    ✓ No

**OFFENSE:**    18 U.S.C. § 1344
Bank Fraud

**PENALTIES:**    0-30 Years Imprisonment
$1,000,000 Fine
3 Years Supervised Release
$100 Special Assessment
Class "B" Felony

**AGENT:**  Kent C. Smith/FBI    **AUSA:**  Stephanie I. Sprecher

**ESTIMATED TIME OF TRIAL:**  ✓ 1-5 days    \_\_\_\_ more than 5 days

THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:

    ✓ Yes    \_\_\_\_ No

**The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:**

    \_\_\_\_ Yes    \_\_\_\_ No