*12 CR 245 J*

13 January 2014                    Proof of Delivery  7011 1570 0000 1400 9002

MAYOR OF BURLINGTON, WYOMING: WADE AAGARD:
P.O. BOX 38,
BURLINGTON, WYOMING [82411]. (307) 762-3502

MAYOR OF GERING, NEBRASKA: EDWIN MAYO:
425 18TH STREET,
GERING, NE [69341].  (308) 436-5093

BIG HORN CO.: DORI NOYES   CLERK OF THE DISTRICT COURT, FIFTH JUDICIAL
DISTRICT PO BOX 670,  BASIN, WY [82410].  (307) 568-2381

HONORABLE ALAN B. JOHNSON:
2120 CAPITOL AVENUE   2ND FLOOR,
CHEYENNE, WY [82001-3658].  (307) 433-2120

CLERK OF THE US DISTRICT COURT FOR WYOMING,
STEPHAN HARRIS: 2120 CAPITOL AVENUE   2ND FLOOR,
CHEYENNE, WY [82001-3658].  (307) 433-2120

COURT ADMINISTRATOR: JOANN ODENDAHL:
2301 CAPITOL AVENUE,
CHEYENNE, WY [82002].   VOICE: (307) 777-7678

OFFICE OF GOVERNOR MATT MEAD:
200 WEST 24TH STREET,
CHEYENNE, WY  [82002-0010]. (307) 777-7434

ATTORNEY GENERAL OF WYOMING: PETER K. MICHAEL:
ATTORNEY GENERAL'S OFFICE: 123 CAPITOL BUILDING  200 W. 24TH STREET,
CHEYENNE, WY [82002].   (307) 777-7841

ASSISTANT DIRECTOR PATRICIA MILLER,
SCOTTS BLUFF COUNTY ADULT DETENTION CENTER
P O BOX 130
GERING, NE [69341].

DIRECTOR RON JOHNS,
SCOTTS BLUFF ADULT DETENTION CENTER:
P O BOX 130
GERING, NE [69341].

SCOTTS BLUFF ADULT DETENTION CENTER:
P O BOX 130
GERING, NE [69341].

The Director of Medicine and, All Medical Doctors, Nurse Practitioners, Nurses, Physicians Assistants,
Guards, who have been working at the Scotts Bluff County Adult Detention Center since :Marvin:

1

Iverson's involuntary "processing" until his "Release" (those Guards, Nurses and personal that he has informed of his needs and The Medical Personal that work there that are responsible for said needs) from Scotts Bluff County Adult Detention Center.

Attention Medical Director and Ron Johns
P. O. Box 130,
Gering, NE 69341

Attention: It is the Medical Director's responsibility and Ron Johns, responsibility to get copies of this letter to the Guards and Medical personnel so inferred above.

Here and for the record:

I, Linda Iverson, (hereafter known as Linda, wife of :Marvin: Iverson), and LeAnn Andrew, (hereafter known as relative of :Marvin: Iverson) are personally holding, WADE AAGARD, MAYOR OF BURLINGTON, WYOMING, EDWIN MAYO, MAYOR OF GERING, NEBRASKA, DORI NOYES, CLERK OF THE DISTRICT COURT, BIG HORN CO., ALAN B. JOHNSON, JUDGE, CHEYENNE, WYOMING, STEPHAN HARRIS, CLERK OF THE US DISTRICT COURT FOR WYOMING, CHEYENNE, WYOMING, JOANN ADENDAHL, COURT ADMINISTRATOR FOR THE US DISTRICT COURT, CHEYENNE, WYOMING, MATT MEAD, GOVERNOR OF WYOMING, CHEYENNE, WYOMING, PETER K. MICHAEL, ATTORNEY GENERAL OF WYOMING, THE ATTORNEY GENERALS OFFICE OF CHEYENNE, WYOMING, THE SCOTTS BLUFF COUNTY ADULT DETENTION CENTER, GERING, NEBRASKA, PATRICIA MILLER, ASSISTANT DIRECTOR OF THE SCOTTS BLUFF ADULT DETENTION CENTER, GERING, NEBASKA, AND RON JOHNS THE DIRECTOR OF THE SCOTTS BLUFF COUNTY ADULT DETENTION CENTER, GERING, NEBRASKA, The Director of Medicine and, All Medical Doctors, Nurse Practitioners, Nurses, Physicians Assistants, Guards, who have been working at the Scotts Bluff County Adult Detention Center since :Marvin: Iverson's involuntary "processing" until his "Release" (those Guards, Nurses and personal that he has informed of his needs and The Medical Personal that work there that are responsible for said needs)  responsible for the care of :Marvin: Iverson.
I, Linda, have read on the facility's web page that your mission is to:  "Provide our detainees, professionals and public with a safe, secure and well-managed facility. Our detainees will be treated with respect, human dignity and will be offered programs to foster reintegration to society. We will continuously strive to make a difference in the lives of those we serve as governed by the applicable standards."

I, Linda, and LeAnn, having also read in the inmate's handbook: (found on-line Up dated: 7/28/2008) find that Scotts Bluff County Adult Detention Center personally does not seem to follow rules which are stated. These are some of the rules that appear to be in violation. Within twenty four (24) hours of intake to the facility, every inmate is made aware of SBCDC's rules, prohibited acts, range of possible consequences for rule violations and disciplinary procedures through the orientation process. [:Marvin: Iverson, herein after :Marvin: has told me he has not read any SBCDC's rules or the inmate handbook, nor has been given said opportunity.]

**Introduction:** ...Our detainees will be treated with respect, human dignity, and will be offered programs to foster reintegration into society. We will continuously strive to make a difference in the lives of those we serve... (pg 3)

Within twenty four (24) hours of intake to the facility, every inmate is made aware of SBCDC's rules... (¶3 pg 3)

2

The following rules and information are intended to aid and inform you of what is expected of you and what is available to you while in custody at the SBCDC. (¶5 pg 3)

**Orientation Rules:** 9. You must maintain good personal hygiene and shower daily (pg 4)

15. Detainee Request forms are available on the med cart. (pg 5)

19. If you have a medical emergency, notify a staff member. All other health concerns may be brought to the attention of medical staff or the medical liaison through a request form. (pg 5)

**Your Rights:** Shall employ the necessary practices and measures to guarantee all detainees confined in the facility are granted their rights as defined by the Constitution of the United States... (¶1 pg 5)

**Food Grievances:** Detainee's grievances regarding the Food Service Program are put on a Detainee request form,... (¶1 pg 20)

2. ...same food as detainees in General Population, unless otherwise prescribed by the Primary Care Physician for a medical condition... (pg 20-21)

**Medical Services:** Inmates housed in SBCDC have the right to receive medical services necessary to maintain physical health. (¶1 pg 21)

**<u>Medical emergencies are to be reported at once to the nearest staff member.</u>**

**Please use your stay here at the Scotts Bluff County Detention Center wisely. You have been given opportunities to improve yourself and your situation and we expect you to use them (closing statement pg22)**

ONE RULE IS THAT ALL DETAINEES WILL HAVE THE SAME MEDICAL CARE INSIDE YOUR FACILITY AS THEY WOULD RECEIVE OUTSIDE THE FACILITY.

SCOTTS BLUFF COUNTY ADULT DETENTION CENTER was informed that :Marvin: is Diabetic, has Congestive Heart Failure (CHF), is Asthmatic, and highly susceptible to pneumonia.

:Marvin: has been reporting his condition of a slow heart rate and chest pain. A slow heart rate with Congestive Heart Failure allows build up of fluids in the lungs, feet, legs and other body tissues and organs.   A enlarged heart and one that is not functioning at 100 percent causes many system malfunctions.

:Marvin: has been reporting that he is not being fed properly. :Marvin: has been reporting that his medications are not being given to him either properly or at all. Diabetes is a disease that involves the blood sugar, the pancreas and the pancreas' ability to process sugar. Diabetics need a low carbohydrate diet and low sugar diet. Diabetics need to eat 5 small meals a day. They need to check their sugar levels often and they need to be provided the proper doses of insulin either orally or by injection as needed. Food intake is a very important control factor of Diabetes.

:Marvin: has been reporting that because of the lack of medication, improper medication and or administration of said medication that he is feeling very sick.

:Marvin: has been reporting that he, :Marvin:, has not properly been seen by a qualified Medical Doctor.

:Marvin: has been reporting that he is not allowed a shower a day, Soap, Shampoo, Towels and other items needed to maintain a hygienic body.

3

:Marvin: has been reporting that the facility is so cold he is miserable.

:Marvin: says he has asked for more blankets and these have been denied and even taken from him.

:Marvin: fears because of the improper nutrition (Not enough food often enough), the lack of the proper medications or the improper distribution of said medications that he will die at the SCOTTS BLUFF COUNTY ADULT DETENTION CENTER.

Pneumonia is more likely to happen to those with asthma, heart disease or diabetes. :Marvin: has, Asthma, CHF and Diabetes.

Asthma is a condition where the chest tightens, wheezing, shortness of breath, coughing. The lack of oxygen caused by these conditions inhibits the body to function in mind and it stresses the muscles of the heart causing it to over work.

:Marvin: says he has been short of breath (SOB) and has had chest pains and feels his lungs filling up with fluids but has not been treated by a medical professional when he says something.

:Marvin: believes SCOTTS BLUFF COUNTY ADULT DETENTION CENTER is not providing the proper nutrition that is required to maintain health for a diabetic. :Marvin: says he is starving and on many days is only given one meal a day.

Many of the medications that :Marvin: takes says to be taken with food. :Marvin: points this out to the PURPORTED MEDICAL PROFESSIONAL that distributes said medications. The PURPORTED MEDICAL PROFESSIONAL ignores :Marvin: Iverson's comments and just tells him to take the medication. :Marvin: feels this is injuring his body and feels sick after taking the medications without food. There are many reasons why medications say take with food whether it is to help with the intake of the medicine or to prevent stomach upset or lesions of the small bowel. :Marvin: has been experiencing extreme stomach pains but when he says something, he is ignored.

:Marvin: was never given "the inmate handbook", so was never to know that he had to fill out a request form for medical treatment or even warmer blankets!

:Marvin's: medications have not been given to him as prescribed by his home physician.

:Marvin's: lungs and legs have been filling with fluid, (:Marvin: has not been given the prescribed water pills that his home doctor has prescribed for him) I asked a medical person on the phone because I, Linda and my family are so concerned. This Medical Person said :Marvin: Iverson  was doing fine.

:Marvin: says he has been put on ½ of the food rations of the other inmates. :Marvin: Iverson states he is starving

:Marvin: says he is feeling diaphoretic (Cold, Clammy, faint) but,  when he says anything he is told to "stop complaining," he is fine and not sent to the medical facility.

:Marvin: was "processed" at your facility on Thanksgiving and by December 8th, 2013, he saw a medical provider once.

By December 14th :Marvin: finally got a change of clothes. :Marvin: was told his clothes were lost in the laundry….

:Marvin: has not been giving his heart medications as prescribed by his home physician.

4

23 Dec (Monday) :Marvin: reported that he had been having chest pains. (since :Marvin: has congestive heart failure (CHF), this is to be expected without his, :Marvin's: heart medications!) He was told "they" would get around to him! After that, I, Linda, talked to every receptionist and medical person on duty and told them all that "I was going to call an ambulance"!

:Marvin: finally got some medical attention. But, has not been given his heart medications as prescribed. I, Linda, GOT A PHONE CALL TO STOP PHONING, OR I, Linda WOULD BE IN TROUBLE!!!!  Oh, and :Marvin: was told the Dr. would be in Thursday to see him!

:Marvin: said something with the food is not agreeing with him (or not being given food with his medications) and that he has been writhing in pain. This issue has not been addressed.

I, Linda, have been concerned that my husband, :Marvin: may die at your SCOTTS BLUFF COUNTY ADULT DETENTION CENTER.

:Marvin: has told me repeatedly that he is afraid that he may die at the SCOTTS BLUFF COUNTY ADULT DETENTION CENTER.

I, Linda, have asked two receptionist and they both assured me that your facility, SCOTTS BLUFF COUNTY ADULT DETENTION CENTER will notify me when :Marvin: Iverson  dies in your facility.

After reading SCOTTS BLUFF COUNTY ADULT DETENTION CENTER handbook I, Linda, find that SCOTTS BLUFF COUNTY ADULT DETENTION CENTER personally does not follow rules which SCOTTS BLUFF COUNTY ADULT DETENTION CENTER states it does. THESE ARE THE FOLLOWING RULES THAT YOU ARE IN VIOLATION OF and or these are the major concerns of :Marvin: and the needs he has immediate attention for:

Mainly:

1.  Lack of nutrition,

2.  Lack of proper medications,

3.  Lack of CHF medications,

4.  Improper distribution of medications,

5.  Lack of food as needed for diabetics,

6.  Chest pains that have not been addressed,

7.  No water pills to help with the fluid overloads,

8.  No Attention to foot sores from the improper slippers,

9.  Lack of food with medications,

10. Lack of a shower on a regular basis,

11. Lack of soap and shampoo,

12. Lack of towels,

13. Lack of adequate blankets,

14. He reports he is freezing to death,

15. Lack of Proper fitting slippers,

16. Lack of a copy of the inmate handbook and SBCDC's rules so he may know his rights,

17. A copy of the U.S. Constitution and the Nebraska Constitution so he may know his rights.

One instance is that you are to provide clean clothing, towels, clothes, and sheets These were not returned to :Marvin: with his laundry and he has had to wait for these items because he was told they were lost and he would have to wait till the next laundry day.

Because of the lost Items, :Marvin: was not able to take a shower.

:Marvin: was given too small slippers to wear. :Marvin: pointed this out and was told that was all they had.

:Marvin: is diabetic and has sores on his feet. This can have serious if not life threatening consequences to a diabetic. :Marvin's: feet were not looked at nor treated.

:Marvin: today, was having chest pain. :Marvin: told the floor guard and or pill dispenser person and requested medical treatment. :Marvin: was not allowed to see a medical professional. No Electro Cardio Gram (EKG) was done, No chest x-ray to see if :Marvin: is getting Pneumonia or fluid on his lungs. No medical attention was given to :Marvin: today.

:Marvin: has medication for his CHF and has not been given said medication since entering your facility.

:Marvin: was in SCOTTS BLUFF COUNTY ADULT DETENTION CENTER for over a week before he ever saw a medical professional and, :Marvin: felt the person did not give him a proper check-up or seem to know what the medical professional was doing.

I, Linda Iverson, and I, LeAnn Andrew, do hold you, WADE AAGARD, MAYOR OF BURLINGTON, WYOMING, EDWIN MAYO, MAYOR OF GERING, NEBRASKA, DORI NOYES, CLERK OF THE DISTRICT COURT, BIG HORN CO., ALAN B. JOHNSON, JUDGE, CHEYENNE, WYOMING, STEPHAN HARRIS, CLERK OF THE US DISTRICT COURT FOR WYOMING, CHEYENNE, WYOMING, JOANN ADENDAHL, COURT ADMINISTRATOR FOR THE US DISTRICT COURT, CHEYENNE, WYOMING, MATT MEAD, GOVERNOR OF WYOMING, CHEYENNE, WYOMING, PETER K. MICHAEL, ATTORNEY GENERAL OF WYOMING, THE ATTORNEY GENERALS OFFICE, CHEYENNE, WYOMING, THE SCOTTS BLUFF COUNTY ADULT DETENTION CENTER, GERING, NEBRASKA, PATRICIA MILLER THE ASSISTANT DIRECTOR OF SCOTTS BLUFF ADULT DETENTION CENTER, GERING, NEBRASKA, AND RON JOHNS THE DIRECTOR OF THE SCOTTS BLUFF COUNTY ADULT DETENTION CENTER, GERING, NEBRASKA, The Director of Medicine and, All Medical Doctors, Nurse Practitioners, Nurses, Physicians Assistants, Guards, who have been working at the Scotts Bluff County Adult Detention Center since :Marvin: Iverson's involuntary "processing" until his "Release" (those Guards, Nurses and personal that he has informed of his needs and The Medical Personal that work there that are responsible for said needs) personally responsible for the care of :Marvin: Iverson.

6

This is here and for the record.

Attention :Marvin: Iverson took care of and settled all of the allegations. He paid off his debts and or continued making payments to the creditors. There is no injury. He is being held at SCOTTS BLUFF COUNTY ADULT DETENTION CENTER without any original proof of claim.

I, Linda Iverson, would also like to know why :Marvin: is in Nebraska. :Marvin: was picked up (Kidnapped) in Wyoming where the purported charges are. Why would you move :Marvin: to Nebraska away from his venue and jurisdiction and recourse? Is this supposed to be a special medical facility? If not, knowing :Marvin's: medical history and complaints, why was he not sent to a proper facility? Why are you flying :Marvin: Iverson all over the place? Why did you take him out of Wyoming?

I am requesting a copy of all medications, the dates and times they were given, a copy of all x-rays and EKG's and other medical tests that have been done on :Marvin: since his "Processing" (Kidnapping). I would like to get a medical opinion about :Marvin's: concerns, :Marvin's: medical condition and if the lack of proper medications, nutrition and the aforementioned concerns may have a permanent effect on :Marvin's: health. I would also like a full report of the medical nutritionist/doctor/physician assistant/nurse practitioner/nurse that decided to cut :Marvin's: nutrition in half, his or her recommendations for :Marvin's. nutrition intake as a diabetic and how your facility complied. An explanation why :Marvin: was not given food with his medications is also requested.

This is here and for the record from Linda Iverson, wife of :Marvin: Iverson, and from LeAnn Andrew relative of :Marvin: Iverson.

[Linda Jean Iverson]
|Linda Iverson |
PO Box 67
Burlington, Wyoming |82411|

[LeAnn Ranel Andrew]
|LeAnn Andrew]
PO Box 67 483 Lane 40
Burlington, Wyoming |82411|

Witnessed by
Susan K Good

SUSAN K. GOOD          NOTARY PUBLIC
COUNTY OF                      STATE OF
BIG HORN                         WYOMING
MY COMMISSION EXPIRES MAY 21, 2014

7