PO Box 67
Burlington, Wyoming

7011 1570 0000 1400 9002

CLERK OF THE US DISTRICT COURT
FOR WYOMING, STEPHAN HARRIS:
2120 CAPITOL AVENUE 2ND FLOOR
CHEYENNE, WYOMING [82001-3658]

820013658

U.S. POSTAGE PAID
GREYBULL, WY 82426
JAN 17, '14
AMOUNT $6.31
00077052-01