Stephanie I. Sprecher
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602-5010
307-261-5434

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Criminal No. 12-CR-245-J** |
| | ) | |
| **MARVIN L. IVERSON**, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE TRIAL DATE**

The United States of America, by and through Assistant United States Attorney Stephanie I. Sprecher, respectfully moves the court for an order continuing the trial date of February 3, 2014. In support of its motion, the government offers the following.

FBI Agent Kent Smith attempted to serve a trial subpoena for the appearance of Margy Littlejohn in this matter. SA Smith was unable to serve the subpoena on Ms. Littlejohn but did contact Timmie Littlejohn via telephone who stated that he and his wife Margy were traveling on the east coast and then traveling to Louisiana to board a cruise ship on February 1, 2014. Ms. Littlejohn will not return from her cruise until February 9, 2014, and the earliest

Ms. Littlejohn would be available to testify would be February 11, 2014.  Ms. Littlejohn's ticket for the cruise is prepaid and nonrefundable.  Ms. Littlejohn is an essential witness for the government in this matter.  The Defendant executed money instruments that were notarized and witnessed by Ms. Littlejohn.  Ms. Littlejohn will provide testimony that identifies the Defendant as the author of the instruments in question.

The Defendant is *Pro Se* in this matter and has not been contacted by the government about the continuance of trial.

The government respectfully asks the court to consider 18 U.S.C. § 3161(h)(3)(A)(B) and grant a continuance until the presence of this essential witness can be secured.  Accordingly, the United States further requests that any period of delay resulting from the absence of this essential witness be excluded in computing speedy trial.

**WHEREFORE**, the government respectfully requests this court to find, for all of the above reasons, that the ends of justice served by the granting of a reasonable continuance in this matter outweigh the best interest of the public and the Defendant in a speedy trial.

**DATED** this 23rd day of January, 2014.

    Respectfully submitted,

    CHRISTOPHER A. CROFTS
    United States Attorney

By:   */s/ Stephanie I. Sprecher*
    STEPHANIE I. SPRECHER
    Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2014, a true and correct copy of the foregoing **Motion to Continue Trial Date** was served upon counsel of record via CM/ECF or the Court's Electronic Filing System and via US Mail to:

Marvin L. Iverson
C/O Scotts Bluff County Adult Detention Center
P.O. Box 130
Gering, NE 69341

                                             /s/Lisa Wait
                                            UNITED STATES ATTORNEY'S OFFICE