FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 JAN 27  PM 12 45
Case 1:12-cr-00245-ABJ
STEPHAN HARRIS, CLERK
CHEYENNE

AFFIDAVIT, JURAT OF LINDA IVERSON AND LEANN ANDREW.

CRITICAL ATTENTION MEDICAL UPDATE          Letter number 2.

January 24, 2014

   MAYOR OF BURLINGTON, WYOMING: WADE AAGARD:   CMR # 7011 1570 0000 1400 9880
   P.O. BOX 38,
   BURLINGTON, WYOMING [82411].  (307) 762-3502

   MAYOR OF GERING, NEBRASKA: EDWIN MAYO:  CMR# 7011 1590 0000 1400 9903
   425 18TH STREET,
   GERING, NE [69341].  (308) 436-5093

   BIG HORN CO.: DORI NOYES, CLERK OF THE DISTRICT COURT, FIFTH JUDICIAL
   DISTRICT:                              CMR# 7011 1570 0000 1400 8937
   P.O. BOX 670,
   BASIN, WY [82410].  (307) 568-2381

   HONORABLE ALAN B. JOHNSON:             CMR# 7011 1570 0000 1400 9873
   2120 CAPITOL AVENUE  2ND FLOOR,
   CHEYENNE, WY [82001-3658].  (307) 433-2120

   CLERK OF THE US DISTRICT COURT FOR WYOMING, STEPHAN HARRIS:
   2120 CAPITOL AVENUE  2ND FLOOR,        CMR# 7011 1570 0000 1400 9910
   CHEYENNE, WY [82001-3658].  (307) 433-2120

   COURT ADMINISTRATOR: JOANN ODENDAHL:   CMR# 7011 1570 0000 1400 9934
   2301 CAPITOL AVENUE,
   CHEYENNE, WY [82002].   VOICE: (307) 777-7678

   OFFICE OF GOVERNOR MATT MEAD:          CMR# 7011 1570 0000 1400 9996
   200 WEST 24TH STREET,
   CHEYENNE, WY [82002-0010].  (307) 777-7434

   ATTORNEY GENERAL OF WYOMING: PETER K. MICHAEL: CMR# 7011 1570 0000 1400 8098
   ATTORNEY GENERAL'S OFFICE: 123 CAPITOL BUILDING  200 W. 24TH STREET,
   CHEYENNE, WY [82002].   (307) 777-7841

   ASSISTANT DIRECTOR PATRICIA MILLER:    CMR# 7011 1570 0000 1400 8104
   SCOTTS BLUFF COUNTY ADULT DETENTION CENTER
   P O BOX 130,
   GERING, NE [69341].

1

DIRECTOR RON JOHNS:                                       CMR# 7011 1570 0000 1400 9927
SCOTTS BLUFF COUNTY ADULT DETENTION CENTER:
P O BOX 130,
GERING, NE [69341].

SCOTTS BLUFF COUNTY ADULT DETENTION CENTER:   CMR# 7011 1570 0000 1400 9989
P O BOX 130,
GERING, NE [69341].

ATTENTION MEDICAL DIRECTOR AND RON JOHNS: CMR# 7011 1570 0000 1400 8111
P. O. BOX 130,
GERING, NE [69341].

SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: CMR# 7011 1570 0000 1400 9897
MICHAEL J MARKER, VICE CHAIRMAN
90549 SUGAR FACTORY ROAD
SCOTTSBLUFF, NE [69361]. (308) 631-5320

SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: CMR# 7011 1570 0000 1400 9941
STEVE STRATTON
30502 HIGHWAY 92
LYMAN, NE [69352]. (307) 532-1645

SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: CMR# 7011 1570 0000 1400 9958
SHERRY BLAHA
2015 COUNTRY CLUB ROAD
GERING, NE [69341]. (308) 436-2544

SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: CMR# 7011 1570 0000 1400 9965
KEN MEYER
1602 AVE P
SCOTTSBLUFF, NE [69361]. (308) 633-4663

SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: CMR# 7011 1570 0000 1400 9972
MARK J MASTERSON, CHAIRMAN
2410 4TH AVE
SCOTTSBLUFF, NE [69361]. (308) 436-6600

Attention: It is the Medical Director's responsibility and Ron Johns, responsibility to get copies of this letter to the Guards and Medical personnel so inferred above.

The Director of Medicine and, All Medical Doctors, Nurse Practitioners, Nurses, Physicians Assistants, Guards, who have been working at the Scotts Bluff County Adult Detention Center since :Marvin: Iverson's involuntary "processing" and until :Marvin's: "Release", (those Guards, Nurses and personal that he has informed of his needs and The Medical Personal that work there that are responsible for said needs) from Scotts Bluff County Adult Detention Center you are also being held responsible for :Marvin's health, well being and care.

We, Linda Iverson and LeAnn Andrew are over the age of 21 and of sound mind do state the following is true to the best of our knowledge.

January 23, 2014

I, Linda Iverson, (hereafter known as Linda, wife of :Marvin: Iverson), and I, LeAnn Andrew, (hereafter known as relative of :Marvin: Iverson) are personally holding WADE AAGARD, MAYOR OF BURLINGTON, WYOMING, EDWIN MAYO, MAYOR OF GERING, NEBRASKA, DORI NOYES, CLERK OF THE DISTRICT COURT, BIG HORN CO., ALAN B. JOHNSON, JUDGE CHEYENNE, WYOMING, STEPHAN HARRIS, CLERK OF THE US DISTRICT COURT FOR WYOMING, CHEYENNE, WYOMING, JOANN ODENDAHL, COURT ADMINISTRATOR FOR THE US DISTRICT COURT, CHEYENNE, WYOMING, MATT MEAD, GOVERNOR OF WYOMING, CHEYENNE, WYOMING, PETER K. MICHAEL, ATTORNEY GENERAL OF WYOMING, THE ATTORNEY GENERALS OFFICE OF CHEYENNE, WYOMING, SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: MARK J MASTERSON, CHAIRMAN, SCOTTS BLUFF, NEBRASKA, SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: MICHAEL J MARKER, VICE CHAIRMAN, SCOTTS BLUFF, NEBRASKA, SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: STEVE STRATTON, LYMAN, NEBRASKA, SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: SHERRY BLAHA, GERING, NEBRASKA, SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: KEN MEYER, SCOTTS BLUFF, NEBRASKA, THE SCOTTS BLUFF COUNTY ADULT DETENTION CENTER, GERING, NEBRASKA, PATRICIA MILLER, ASSISTANT DIRECTOR OF THE SCOTTS BLUFF COUNTY ADULT DETENTION CENTER, GERING, NEBRASKA, AND RON JOHNS THE DIRECTOR OF THE SCOTTS BLUFF COUNTY ADULT DETENTION CENTER, The Director of Medicine and, All Medical Doctors, Nurse Practitioners, Nurses, Physicians Assistants, Guards, who have been working at the Scotts Bluff County Adult Detention Center since :Marvin: Iverson's involuntary "processing" until his "Release" (those Guards, Nurses and personal that he has informed of his needs and The Medical Personal that work there that are responsible for said needs) responsible for the care of :Marvin: Iverson.

Thank-you Senator Mike Enzi, for your prompt response and help. You have at least requested :Marvin's: Medical records for your preview at this time. Unfortunately his medical needs have escalated.

On January 15th, 2014, :Marvin: was taken to the Regional West Medical Center for medical tests. Unfortunately the drugs at the hospital prescribed by Doctor Creed Wait are too expensive for the Scotts Bluff County Adult Detention Center.

1. :Marvin: is still not being given food with his medications.
2. Because the inmates at the Scotts Bluff County Adult Detention Center were trying to help :Marvin: he was placed in solitary. (He is now out of solitary again and his pod mates and others do try to help him.)
3. :Marvin: woke up the night after coming from the hospital back to the detention center, with a numb side of his face. It was more than 6 hours before :Marvin: was able to see a Doctor after alerting the guard about his numb face. No CAT Scan, MRI nor other diagnostics were done to address this problem. (:Marvin: was not taken to the hospital after :Marvin: told them he thought he had a stroke.)
4. When :Marvin: was picked up (arrested, kidnapped) he could walk just fine. Now he says he has to use a chair to get up and move. :Marvin: scoots the chair in front of him. (This is since his face went numb). (Even though :Marvin: had told the guard it was an medical emergency.) Neither the

Doctors nor staff have addressed this problem nor has any of the hired personnel at the facility tried to help :Marvin: with his ambulatory concerns.
5. :Marvin: is now in renal failure do to the wrong medication or wrong dose of medication. Please see medical report from Regional West Medical Center.
6. :Marvin: does not believe he, :Marvin:, will survive this Scotts Bluff County Adult Detention Center and that he, :Marvin:, is not getting the medical attention he needs to survive.
7. :Marvin: is not getting the medications the Medical Doctor prescribed from his home town nor the medications the Medical Doctor at the Hospital prescribed for :Marvin:.
8. The inflammation of the small intestine was diagnosed by the Medical Doctor at the Hospital (this is why :Marvin: was wreathing in pain since his incarceration (kidnapping). You will have to ask the Medical Doctor at the Hospital if this inflammation is due to the lack of proper medication or the improper distribution of medications (Take with food on label of medication and :Marvin: not given food with medication).
9. Please see the first letter enclosed with this letter. Below is a detail of the last few days. As a family, we love our father and husband we do not want to see him die at this Scotts Bluff County Adult Detention Center.
10. :Marvin: and we, his family, believe :Marvin: has had a stroke at Scotts Bluff County Adult Detention Center.
11. :Marvin: and we, his family, believe this stroke was due to the insufficient medical care of the Scotts Bluff County Adult Detention Center.
12. :Marvin: and we, his family, believe this stroke may be due to the lack of immediate medical attention by the guard (When :Marvin: told him he needed something for his low sugar before he had the stroke that night) do to :Marvin's: low blood sugar and other lack of proper medicine, or proper doses.
13. Your facility says: **Medical emergencies are to be reported at once to the nearest staff member.** This has not been done for :Marvin: since he has been at Scotts Bluff County Adult Detention Center.

A quick scenario of :Marvin's: care since the first letter (Enclosed).

:Marvin: was to phone home Wed 15 Jan and did not. I, Linda, phoned at 4:17 pm. to Scotts Bluff County Adult Detention Center.
Tara the receptionist at Scotts Bluff County Adult Detention Center said Marvin was still there and still alive, and the phones were working ok. I, Linda, told Tara that Marvin had not phoned as he said he would she gave no response.
The next day, Thursday Jan. 16, LeAnn, my daughter phoned the Scotts Bluff County Adult Detention Center and was told that Marvin was still there, still alive, but the Detention Center had some problems with the phones.
7:22 pm. 16 January, :Marvin: finally phoned.
The Scotts Bluff County Adult Detention Center did not tell us, his family, that :Marvin: was in the hospital.
:Marvin: had been in the regional hospital for 2 days for medical tests.
* He has congestive heart failure, and the rest side of the heart was not resting!
* He is in stage 3 kidney failure!
* His small intestine was inflamed just below the stomach!
Dr. Wait took him off Metformin.
Dr. Wait put him on Sucralfate to coat his stomach and told :Marvin: the strict schedule for taking the Sucralfate, then he qualified his instructions by saying, "but, you will have to take the meds as the detention, medical nurse gets around to it..."

Marvin was actually taken to the hospital before breakfast Wed. 15 Jan.

4

:Marvin: was taken in chains even though he could hardly walk and stand, but they did give him a jacket to wear!
I have no detailed information about how :Marvin was treated, fed or helped at the hospital. Since he did not complain about his treatment at the hospital I assume he was treated well at Hospital.

The rest of this story is at the Scotts Bluff County Adult Detention Center.

Before returning to the Scotts Bluff County Adult Detention Center from the hospital, :Marvin: was given tons of sugary drinks to try to get his blood sugar up!
Then later, as he was put back into the detention center, :Marvin was beginning to feel weak, shaking and diaphoretic with lack of sugar (Sugar Crash), :Marvin told the floor guard he needed sugar ASAP.
The floor guard told :Marvin: he already had something. :Marvin: said, I need something now! The floor guard did not alert the medical team nor have his blood sugar checked nor get him anything for his low blood sugar.
The sugar help never came.
:Marvin: woke up at 11:30 pm and his face was numb he asked for emergency services thinking he had a stroke, which help didn't come until more than 6 hours later.
His cellmate helped find some hot chocolate and oatmeal packets for Marvin to borrow, to see if that would help.


Friday 17 Jan 2014
When :Marvin: woke up on January 17th, he could not walk, and again asked for emergency services.
:Marvin: is pushing a chair around to move.
:Marvin: will need a wheel chair to make any long journey in the detention center, such as meals and to the phone.
When :Marvin finally saw the Medical Doctor, 6 hours after his second request for emergency help,
the hospital doctor said that too much Metformin caused the stage 3 kidney failure. (Question? Who prescribed the Metformin in the first place and by what doses?)
A pill dispatcher told Marvin that the Dr.'s (Hospital) prescribed meds were too expensive, so the detention center gal (Nurse, Nurse Practitioner, Doctor?) is changing the medications and doses to ones the Detention Center can afford.
The Hospital Doctor said the Coumadin for the heart is killing :Marvin:, so the Dr. from the hospital prescribed a new med. BUT it is more expensive!
Marvin's blood sugar has been too low for 3 days, the detention center has not attempted to raise said low sugar nor seems to be concerned with this problem.

NOTICE: When :Marvin: went to the hospital, the prison guards actually told the inmates that :Marvin: had died!
When :Marvin: returned 2 days later, some of the inmates began to cry!
They really like "Pops" as they call :Marvin: in this pod. The inmates have been trying to help :Marvin: as much as possible and this seemed to make the guards angry. So they put :Marvin: in solitary confinement again.

Jan 20, 2014
:Marvin: has been isolated and now and no one is keeping an eye on him. :Marvin: went 27 hrs. without any medication. (:Marvin: believes he was given no meds because the guards, nurses doctors and other personnel at Scotts Bluff County Detention Center are mad at :Marvin: or incompetent) :Marvin: was told that he was placed in solitary so they could keep better track of him, but just the opposite has happened with even less contact with anyone.

If his face had not gone numb the other night, :Marvin: believes he would of passed away that night. The Scotts Bluff County Detention Center is not keeping :Marvin's: sugar in check. :Marvin's: health is in greater danger because of the kidney failure and stroke.
On several occasions :Marvin: has felt like he was passing out (diaphoretic) out because of his low blood sugar level and requested something to eat to raise his blood sugar levels and his requests have been denied.

Here and for the record:

Mainly:

1. Lack of nutrition: (:Marvin: is still not getting enough food)

2. Lack of proper medications: (Doctor Wait at Regional West Medical Center prescribed specific medications that the Scotts Bluff County Detention Center says they will not provide.)

3. Lack of CHF medications: (Doctor Wait at Regional West Medical Center prescribed specific medications that the Scotts Bluff County Detention Center says they will not provide.)

4. Improper distribution of medications: (:Marvin: is not getting his blood sugar checked often. Daily is not acceptable for a diabetic that is having problems.) :Marvin: is not receiving the medications that his Home Doctor prescribed nor the Medications Doctor Wait at Regional West Medical Center prescribed nor are they being given at the proper times as prescribed.

5. Lack of food as needed for diabetics. :Marvin: is not getting several meals a day. :Marvin's: Blood sugar is still too low. When you do not get the proper insulin, food or sugar your blood sugar goes low.

6. No water pills to help with the fluid overloads: :Marvin: still has fluid overloads and back pain.

7. Lack of food with medications: :Marvin: is still not being given food with his medications.

8. :Marvin: is not being given the basic needs. They refuse to let him buy anything because his inmate number that we put money into is incorrect and they won't give us the proper one.

9. Lack of towels: (We do not know, his medical needs have taken all of our attention.)

10. Lack of adequate blankets: not been addressed.

11. He says he is freezing to death: He is still cold.

12. Lack of Proper fitting slippers: (We do not know, his medical needs have taken all of our attention.)

13. Lack of a copy of the inmate handbook and SBCDC's rules so he may know his rights: Not known.

14. A copy of the U.S. Constitution and the Nebraska Constitution so he may know his rights. Not known.

I, Linda Iverson, and I. LeAnn Andrew, do hold you, WADE AAGARD, MAYOR OF BURLINGTON, WYOMING, EDWIN MAYO, MAYOR OF GERING, NEBRASKA, DORI NOYES, CLERK OF THE DISTRICT COURT, BIG HORN CO., ALAN B. JOHNSON, JUDGE, CHEYENNE, WYOMING, STEPHAN HARRIS, CLERK OF THE US DISTRICT COURT FOR WYOMING, CHEYENNE, WYOMING, JOANN ODENDAHL, COURT ADMINISTRATOR FOR THE US DISTRICT COURT, CHEYENNE, WYOMING, MATT MEAD, GOVERNOR OF WYOMING,

CHEYENNE, WYOMING, PETER K. MICHAEL, ATTORNEY GENERAL OF WYOMING, THE ATTORNEY GENERALS OFFICE OF CHEYENNE, WYOMING, SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: MARK J MASTERSON, CHAIRMAN, SCOTTS BLUFF, NEBRASKA, SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: MICHAEL J MARKER, VICE CHAIRMAN, SCOTTS BLUFF, NEBRASKA, SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: STEVE STRATTON, LYMAN, NEBRASKA, SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: SHERRY BLAHA, GERING, NEBRASKA, SCOTTS BLUFF COUNTY BOARD OF COMMISSIONERS: KEN MEYER, SCOTTS BLUFF, NEBRASKA, THE SCOTTS BLUFF COUNTY ADULT DETENTION CENTER, PATRICIA MILLER THE ASSISTANT DIRECTOR OF SCOTTS BLUFF COUNTY ADULT DETENTION CENTER, AND RON JOHNS THE DIRECTOR OF THE SCOTTS BLUFF COUNTY ADULT DETENTION CENTER, The Director of Medicine and, All Medical Doctors, Nurse Practitioners, Nurses, Physicians Assistants, Guards, who have been working at the Scotts Bluff County Adult Detention Center since :Marvin: Iverson's involuntary "processing" until his "Release" (those Guards, Nurses and personal that he has informed of his needs and The Medical Personal that work there that are responsible for said needs) personally responsible for the care of :Marvin: Iverson.

This is here and for the record.

Attention :Marvin: Iverson took care of and settled all of the allegations in the original indictment. He paid off his debts and settled with or continued making payments to the creditors as agreed. There is no injury. He is being held at SCOTTS BLUFF COUNTY ADULT DETENTION CENTER without any original proof of claim.

I, Linda Iverson, and I, LeAnn Andrew, would also like to know why :Marvin: is in Nebraska. :Marvin: was picked up (Kidnapped) in Wyoming where the purported charges are. Why would you move :Marvin: to Nebraska away from his venue and jurisdiction and recourse? Is this supposed to be a special medical facility? If not, knowing :Marvin's: medical history and complaints, why was he not sent to a proper facility? Why are you transporting :Marvin: Iverson all over the place? Why did you take him out of Wyoming?

We are requesting a copy of all medications, the dates and times they were given, a copy of all x-rays and EKG's and other medical tests that have been done on :Marvin: since his "Processing" (Kidnapping). I would like to get a medical opinion about :Marvin's: concerns, :Marvin's: medical condition and if the lack of proper medications, nutrition and the aforementioned concerns may have a permanent effect on :Marvin's: health. I would also like a full report of the medical nutritionist/doctor/physician assistant/nurse practitioner/nurse that decided to cut :Marvin's: nutrition in half, his or her recommendations for :Marvin's: nutrition intake as a diabetic and how your facility complied. An explanation why :Marvin: was not given food with his medications is also requested.

This is here and for the record from Linda Iverson, wife of :Marvin: Iverson, and from LeAnn Andrew relative of :Marvin: Iverson.

_[signature: Linda Jean Iverson]_   _[signature: LeAnn Andrew]_

[Linda Iverson ]   [LeAnn Andrew]
PO Box 67   PO Box 67 483 Lane 40
Burlington, Wyoming [82411]   Burlington, Wyoming [82411]

Jurat

State of Wyoming
County of Big Horn

On this the 24th, day of January in Big Horn County, Wyoming, Linda Iverson and LeAnn Andrew known to me or who made themselves known to me did so swear the above statements were true to the best of their knowledge.

_[signature: Denise Ellim]_
Notary
Seal   My commission expires. 8-3-15

8

ReadyPost
Document Mailer

From: Linda Iverson
PO Box 67
Burlington,
Wyoming

CERTIFIED MAIL
7011 1570 0000 1400 9910

To: Clerk of the US District Court for Wyoming
Stephen Harris
2120 Capitol Ave, 2nd Floor
Cheyenne,
Wyoming

UNITED STATES POSTAGE
$ 006.97°
PITNEY BOWES
02 1P
0001808639
MAILED FROM ZIP CODE 82411
JAN 24 2014