Stephanie I. Sprecher
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY   82601
(307) 261-5434

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **Criminal No.   12-CR-245-J** |
| | ) | |
| v. | ) | |
| **MARVIN IVERSON,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO RULE 807, FED. R. EVID.

The United States hereby submits its notice of intent to offer evidence pursuant to Rule 807 Fed.R.Evid., at the time of trial in the above-entitled matter as follows:

1. Capital One Bank USA, N.A. records in the name of Marvin Iverson along with a certification of the Capital One Bank USA, N.A. records pursuant to Rules 901 and 902, Fed.R.Evid.

2. First Interstate Bank records in the name of Marvin Iverson along with certifications of the First Interstate Bank records pursuant to Rules 901 and 902, Fed.R.Evid.

     3.     Wells Fargo Bank records in the name of Marvin Iverson along with a certification of the Wells Fargo Bank records pursuant to Rules 901 and 902, Fed.R.Evid.

     4.     First National Bank of Omaha records in the name of Marvin Iverson along with a certification of the First National Bank of Omaha records pursuant to Rules 901 and 902, Fed.R.Evid.

     5.     JPMorgan Chase Bank records in the name of Corriann Morgan and Marvin Iverson along with a certification of the JPMorgan Chase Bank records pursuant to Rules 901 and 902, Fed.R.Evid.

All of the above records have been previously supplied to the Defendant and the Defendant's stand-by counsel in discovery.

Respectfully submitted this 28th day of January 2014.

                                            CHRISTOPHER A. CROFTS
                                            United States Attorney


                                        By: */s/ Stephanie I. Sprecher*
                                            STEPHANIE I. SPRECHER
                                            Assistant United States Attorney

# CERTIFICATE OF SERVICE

The undersigned certifies that on the day 28th of January 2014, a true and correct copy of the foregoing document was served upon Counsel of Record via CM/ECF or Court's Electronic Filing System and via US Mail to:

Marvin L. Iverson
C/O Scotts Bluff County Adult Detention Center
P.O. Box 130
Gering, NE 69341
    .

                                             */s/ Lisa Wait*
                                             UNITED STATES ATTORNEY'S OFFICE