

:C.-S.-S.-C.-P.-S.-G.-DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE-FLAG.

!Marvin-Leslie-Iverson.

:Russell-Jay-Gould.

**FILED**
**U.S. DISTRICT COURT**
**DISTRICT OF WYOMING**
**2014 JAN 29 PM 12 53**
**STEPHAN HARRIS, CLERK**
**CHEYENNE**

In this DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-FEDERAL-COURT-VENUE with the WYOMING-TERRITORY IS within these DUTY-CORRECTIONS by this QUO-WARRANTO-COMPLAINT-DOCUMENT.

:MARVIN-LESLIE: IVERSON.[:BIG-HORN-COUNTY, STATE OF THE WYOMING:] AS THE DAMAGE-PARTY: :Russell-Jay: Gould.:FEDERAL-POSTAL-JUDGE-CLAIMANT-WHISTLE-BLOWER: 1:166-North-63rd-STREET, -Milwaukee, -Wisconsin-53218. For the CLAIMANT of the CORRECT-PARSE-SYNTAX-GRAMMAR IS with the SYNTAXING-IDENTIFICATION of the VASSALEES'-FRAUD-PARSE-SYNTAX-GRAMMAR-DOCUMENTS WITH THIS STOPPING &: CORRECTING BY THIS FEDERAL-POSTAL-JUDGE-CLAIMANT-WHISTLE-BLOWER.

:CLAIMANT-PLAINTIFF:
CONTEST-~VS.:
KENT C. SMITH
CHRISTOPHER A. CROFTS
:VASSALEES:

:CORPORATION-CASE-NUMBER-~RE 881 080 238 US.
For the **CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR** of this **QUO-WARRANTO-COMPLAINT-DOCUMENT ARE** with the DAMAGE-CLAIM against the VASSALEES'-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-PLEADINGS by the FRAUDULENT-GRAMMAR-EVIDENCE against the CLAIMANTS/DAMAGE-PARTY.
For this CLAIMANT'S-DAMAGING-EVIDENCE: 'INDICTMENT-DOCUMENT' of this BONDED-FEDERAL-POSTAL-COURT-VENUE-STATION **IS** with the THREE-TIMES-DAMAGES-PAYMENT-CLAIM with the CLAYTON-ACT(1914) FRAUDULENT-PARSE-SYNTAX-GRAMMAR: TITLE-~18: D.-C.-C.-S.-~1001: and: FRAUDULENT-PARSE-SYNTAX-GRAMMAR: TITLE-~15: D.-C.-C.-S.-~1692-E, PENALTY-FINES: TITLE-~15: D.-C.-C.-S.-~78ff $25-million-fine: CONSPIRACY: TITLE-~18: D.-C.-C.-S.-~241, and: PERJURY: TITLE-~18: D.-C.-C.-S.-~1621, VACATING-LAWS by the FRAUDULENT-COLORING-SYNTAX-GRAMMAR: TITLE-~18: D.-C.-C.-S.-~242:.

1=adverb, 2=verb, 3=adjective, 4=pronoun, dpv=dangling-participle-verb-fraud.
For the TERMS of this C.-S.-S.-C.-P.-S.-G.-NOW-TIME-STATION-COURT-VENUE-DOCUMENT:
:VASSALEE-(WORD-MEANING) VASSAL=SERVANT of this DOCUMENT-CONTRACT, EE=PLOYEE.
:C.-S.-S.-C.-P.-S.-G.= :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR.
:D.-C.-C.-R. = For the DOCUMENT-CONTRACT-CLAIM-RULES of THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE.
:D.-C.-C.-S. = For the DOCUMENT-CONTRACT-CLAIMS-SECTION for the PARSE-SYNTAX-GRAMMAR-COMMUNICATION-WORD-CORRECTIONS of the FRAUDULENT-SYNTAX-GRAMMAR-*UNITED STATES TITLES* and: *UNITED STATES CODES* ARE with the SYNTAX-GRAMMAR-CORRECTIONS by this DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE.
:DOCUMENT-STATION = For the COURT-VENUE-DOCKETING of the DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-PERSONS ARE with the CORPORATION-CLAIM between the TWO-OR-MORE-PERSONS with the COURT-VENUE-DOCUMENT-PORTING-STAMP by the COURT-VENUE-STATION-CLERK.
:DOCUMENT-STATE = For the CORPORATION of the TWO-OR-MORE-PERSONS ARE with the PORTING-CLAIM WITHIN A COURT-VENUE-PORT-CLERK by the DOCUMENT-VESSEL.
:NOW-TIME-TENSE - :C.-S.-S.-C.-P.-S.-G.
:CONJUNCTION: 'and' = ALSO, COMMAND, 'or' = OPTION, EITHER, CHOICE.
:FRAUDULENT = :SPECT, FICTION, MODIFICATION, OPINION, *PRESUMPTION, ASSUMPTION, APARTHEID, ILLUSION, MYSTIC, PHANTOM, FRAUD* and: *MISLEADING*.
:LODIAL =[ARTICLE] For the SPECIFIC - A, AN, THE, this, THE, THAT, ONE, EACH. [ARTICLE]
:POSITION - For, OF, WITH, BY, IN, AS, ON, WITHIN, AGAINST, THROUGH, THRU, EITHER, BEYOND, INTO.[PREPOSITION]
:VASSALEE = For the SERVANT-EMPLOYEE of this DOCUMENT-CONTRACT-COMPLAINT-FEDERAL-POSTAL-COURT-VENUE.
:VESSEL = For the MARITIME :ORIGINAL-LOCATION.
:VOLITION - For the CLAIMANT'S-KNOWLEDGE of the FACTS ARE with the CAUSE-CLAIM of the MOTION-THINKING with the POSITION of the C.-S.-S.-C.-P.-S.-G.-NOW-TIME-VESSEL-COURT-VENUE-DOCUMENTS.
:VERB-SYNTAX: IS-SINGULAR-SYNTAX-TENSE, ARE PLURAL-SYNTAX-TENSE, THINKING-MOTION.
:FRAUD: FRAUDULENT, FICTION, FRAUDULENT, LIE, PERJURY, FALSE, *MISLEADING*.
~A For the TITLE-~28: D.-C.-C.-S.-~1331 of the COMPLIANCE-CLERK'S-DUTIES ARE with the DOCKING of the DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE-COMPLAINT with this FEDERAL-POSTAL-CORPORATION-CASE-NUMBER of this DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE with the TITLE-~28: D.-C.-C.-S.-~1361 of the C.-S.-S.-C.-P.-S.-G. AND: D.-C.-F.-P.-V.-F.-C.-V.-CLERK.

FOR THE COPYCLAIM-COPYRIGHT-DATE- 4- JULY- 1775-THROUGH-THIS-NOW-DATE BY THE CLAIMANT-FACTUAL-FEDERAL-POSTAL-JUDGES: David-Wynn: Miller &: POSTMASTER-GENERAL: Russell-Jay: Gould AND: CLAIMANTS-HEREIN IS WITH THE DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE OF THE CORPORATION-TREATY.

1

~B For this **FEDERAL-POSTAL-JUDGE-WHISTLE-BLOWER: Russell-Jay: Gould's-KNOWLEDGE-AMICUS-CURIAE-CLAIM** of this **DOCUMENT-EVIDENCE IS** with the **DAMAGE-CLAIM** of the **VASSALEES'-EVIDENCE** with the **FRAUDULENT-PARSE-SYNTAX-GRAMMAR-"INDICTMENT"-OPINIONS** against the DAMAGE-PARTY: **MARVIN-LESLIE: IVERSON** by the VASSALEES'-KNOWLEDGE of an ITALIZIED-STYLES-VOID-MEANINGS, FUTURE-TENSE-WORD-PRESUMPTIONS, GUESSING-PAST-TIME-OPINIONS, and: FRAUDULENT-PARSE-SYNTAX-GRAMMAR-PERCEPTION-FRONTWARDS AND: BACKWARDS-FRAUDULENT-SYNTAX-BONDED-EVIDENCE **AND** FOR THE WITNESSING-SECURITY AS THE **FALSE-CLAIMS-ACT-WHISTLE-BLOWER:~TITLE-~31: D.-C.-C.-S.-~3729-THRU-~3733** by this CLAIMANT-FEDERAL-POSTAL-JUDGE-WHISTLE-BLOWER: Russell-Jay: Gould's-KNOWLEDGE.

~C For this **CONSTITUTIONAL-DOCUMENT** of this **COURT-VENUE-DOCUMENT'S-LOCAL-RULES ARE** with the **C.-S.-S.-C.-P.-S.-G.-STATION-COURT-VENUE-CLAIMS** of this **DOCUMENT-STATE** with the FEDERAL-JUDGE: Russell-Jay: Gould's-OATH-DOCKING-NUMBERS: 12-104-JTM-KANSAS/3:12-ms-00009-NEVADA/FEDERAL-POSTAL-REGISTRATION-CORPORATION-NUMBER: RR 294 568 221 US BY THE DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-FEDERAL-COURT-VENUE-QUO-WARRANTO-COMPLAINT.

:**DOCUMENT-CLAIM-~1**: For the **C.-S.-S.-C.-P.-S.-G.** of the CORRECT-SYNTAX-GRAMMAR-FACTS **ARE** with the **FACT-AS-FACT-CLAIM** by the **C.-S.-S.-C.-P.-S.-G.-DOCUMENT-VESSEL**.

:**DOCUMENT-CLAIM-~2**: For the **JUDGE'S-DUTY** of the FACTS **ARE** with the **C.-S.-S.-C.-P.-S.-G.-CLAIMS** of the CORRECT-SYNTAX-GRAMMAR-FACTS with the NOW-TIME-EVIDENCE-CONTINUANCE by the DOCUMENT-COURT-VENUE-PERSONS.

:**DOCUMENT-CLAIM-~3**: For the CLAIMANTS of the CORRECT-FACTS **ARE** with the CLAIMS of the SPEECH, WRITINGS, FAITHS, PRESS, DOCUMENT-PORTING with the GRIEVANCES IN A **C.-S.-S.-C.-P.-S.-G.-ORIGINAL-COURT-VENUE**.

:**DOCUMENT-CLAIM-~4**: For this **CORPORATION-CASE** of this **COURT-VENUE-STATION-DOCUMENT ARE** with the **C.-S.-S.-C.-P.-S.-G.-CLAIMS** by the PERSON'S-FACTUAL-VOLITION.

:**DOCUMENT-CLAIM-~5**: For this **COURT-VENUE'S-CONSTITUTION of** the FACTS **ARE** with the KNOWLEDGE-CLAIMS by the HEREIN-PERSON'S-**C.-S.-S.-C.-P.-S.-G.**

:**DOCUMENT-CLAIM-~6**: For the CLAIM of the **C.-S.-S.-C.-P.-S.-G.-CAPTURE-WARRANT** OR: **C.-S.-S.-C.-P.-S.-G.-SEARCH-WARRANT IS** with an AUTOGRAPH of the **C.-S.-S.-C.-P.-S.-G.-JUDGE** with the **C.-S.-S.-C.-P.-S.-G.-OATH** by the **C.-S.-S.-C.-P.-S.-G.-AUTHORITY-DUTY**.

:**DOCUMENT-CLAIM-~7**: For the **WITNESSING-DUTY** of the **WITNESS'S-TESTIMONY IS** with the **C.-S.-S.-C.-P.-S.-G.-CLAIM** by the WITNESSING-PERSONAL-SELF.

:**DOCUMENT-CLAIM-~8**: For the WITNESS'S-KNOWLEDGE of the **C.-S.-S.-C.-P.-S.-G.-FACTS ARE** with the CLAIMS of the WITNESSES, COUNSELS and: EVIDENCE-FACTS.

:**DOCUMENT-CLAIM-~9**: For the **TWELVE-(12)PERSON-JURY'S-KNOWLEDGE** by the **C.-S.-S.-C.-P.-S.-G.-CLAIMS ARE** with the SAME-PLAIN-CLAIMS by the **C.-S.-S.-C.-P.-S.-G.-TRIAL**.

:**DOCUMENT-CLAIM-~10**: For the TERMS of the CONVICTION-PERSON'S-PUNISHMENT **ARE** with the **C.-S.-S.-C.-P.-S.-G.-CLAIMS** of the BAIL-TERM-CONDITIONS, FINANCIAL-TERM-FINES and/OR: JAILING-TERMS with this **C.-S.-S.-C.-P.-S.-G.-DOCUMENT-COURT-VENUE**.

:**DOCUMENT-CLAIM-~11**: For the COURT-VENUE-DOCUMENT-FIDUCIARIES of the FACTS **ARE** with the DUTY-CLAIM OR: ELECTION-CLAIM by A **C.-S.-S.-C.-P.-S.-G.-OATH** with this CORPORATION-DOCUMENT by the **C.-S.-S.-C.-P.-S.-G.**.

:**DOCUMENT-CLAIM-~12**: For this **VESSEL-DOCUMENT** of the DOCUMENT-CONTRACT-PERSONS-HEREIN **ARE** with the **TITLE-~15: D.-C.-C.-S.-~1635-A: CLOSURE-CLAIM** of the **THREE-DAY-RESCISSION-VOLITION** with the DOCUMENT, CONSTITUTION, TREATY, CO-OPERATION, DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-STATES-CORPORATION, COMPACT, and: PERSONS'-**C.-S.-S.-C.-P.-S.-G.-TRUST-DOCUMENTS**.

:**DOCUMENT-CLAIM-~13**: For the JUDGE'S-KNOWLEDGE of THESE PAID-DOCKETING and: FILING of the QUO-WARRANTO-COMPLAINT and with the CONSTITUIONAL-TERMS **ARE with** this DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE-CLERK-CLAIM of the **FOURTY-FIVE-DAY-TRUST-LAW-FAULT-DOCUMENT-CONTRACT-CLAIM** AFTER the FAILURE of the **TWENTY-ONE-DAY-CORRESPONDENCE-BACK** WITHIN the DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE-CLERK S'-OFFICE with the **C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE** by the VASSALEES with the THREE-DAY-GRACE-RECISSION-TIME-LIMIT-PERIOD and with the **TWENTY-ONE-DAY-CORRESPONDENCE-BACK** by the **C.-S.-S.-C.-P.-S.-G.-JUDGE'S-OATH** and: **KNOWLEDGE** with this **C.-S.-S.-C.-P.-S.-G.-CORRESPONDENCE**.

FOR THE COPYCLAIM-COPYRIGHT-DATE- 4-JULY- 1775-THROUGH-THIS-NOW-DATE BY THE CLAIMANT-FACTUAL-FEDERAL-POSTAL-JUDGES David-Wynn Miller & POSTMASTER-GENERAL Russell-Jay: Gould AND CLAIMANTS-HEREIN IS WITH THE DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE OF THE CORPORATION-TREATY.

For the CAUSES of this **QUO-WARRANTO-COMPLAINT**:
~1 For the **C.-S.-S.-C.-P.-S.-G.**-CORRECTIONS of THESE FRAUDULENT-PARSE-SYNTAX-GRAMMAR-COMMUNICATION-VASSALEES'-DOCUMENTS **ARE** with the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DAMAGE-CLAIMS of the VASSALEE'S-WRONG-WORD-MEANINGS-EVIDENCE-HEREIN-BONDED with the THREE-TIMES-EQUITY-DAMAGES of the CLAYTON-ANTITRUST-ACT(1914) with the **VOID-SYNTAX-GRAMMAR-FALSE AMD: MISLEADING-STATEMENT-OPINIONS** by the VASSALEES.
~2 For this CLAIMANT'S-KNOWLEDGE of the **C.-S.-S.-C.-P.-S.-G.**-EVIDENCE-FACTS **IS** with the CORRECT-VOLITION-CLAIM of this SUMMARY-CORRECTION-AUTHORITY: **TITLE-~42: D.-C.-C.-S.-~1986** against the WRONG-PARSE-SYNTAX-GRAMMAR-COMMUNICATIONS with the VASSALEE'S-DOCUMENT-'**INDICTMENT**'-WRITTEN-EVIDENCE and: VASSALEES'-OPINION-DOCMENTS.
~3 For this CLAIMANT'S-**C.-S.-S.-C.-P.-S.-G.**-CORRESPONDENCE **IS** with the **C.-S.-S.-C.-P.-S.-G.**-CORRESPONDENCE-PLEADING-CLAIMS by the FACTS with the **VASSALEES**: '*UNITED STATES of AMERICA-(SYNTAX-VERB-FICTION) (sic)*'.
~4 For the VASSALEE'S-WRITTEN-VOLITIONS of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-EVIDENCE-BONDED-DOCUMENTS **ARE** with the PHYSICAL-EVIDENCE-DAMAGE-CLAIMS of the 'FRAUDULENT-PARSE-SYNTAX-GRAMMAR-'**INDICTMENT**' with the **TITLE-~42: D.-C.-C.-S.-~1986**: KNOWLEDGE of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-CAPTURE-ORDER against the CLAIMANT by the SHERIFF-DEPARTMENT &: DISTRICT-ATTORNEY.
~5 For the CLAIMANT'S-DOCUMENTS of the **C.-S.-S.-C.-P.-S.-G.** **ARE** with the NOW-TIME-FACTS of the POSITIONAL-LODIAL-FACT-PHRASES, LODIAL-[(ARTICLE)] and: VERBS: **IS=SINGLAR**, and: **ARE=PLURAL**, with the SINGLE-IDEA-NOW-TIME-CONTENT-SENTENCE of the FACTS with the DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSSEL-COURT-VENUE by the CLAIMANT'S-DOCUMENT-CLOSURE-VOLITION.
~6 For this FEDERAL-POSTAL-JUDGE-WHISTLE-BLOWER: Russell-Jay: Gould's-KNOWLEDGE of the **TITLE-~42: D.-C.-C.-S.-~1986** with the STOPPING of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-'**INDICTMENT**'-FICTION-EVIDENCE with the VASSALEE-PROSECUTING-ATTORNEY-FRAUDULENT-SYNTAX-GRAMMAR-ERRORS **IS** with the CORRECTION-CLAIMS of the LAWS, RULES, REGULATION, CODES and: INVESTIGATION-STATEMENTS with THESE VASSALEES of the **TITLE-~31: D.-C.-C.-S.-3729-THROUGH-TITLE-~31: D.-C.-C.-S.-3733: 'FALSE-CLAIMS-ANTITRUST-ACT'** with the CORRECT-IDENTIFICATION-NUMBERING-KEY-CODE of the PARSE-SYNTAX-GRAMMAR-CORRECT-WORD-IDENTIFICATION with the VOIDING of the PERJURY, FRAUD and: MISLEADING-STATEMENTS, GUESSING, LYING, OPINIONS, ASSUMPTIONS, PRESUMPTIONS and: OBSTRUCTION-LAWS, CODES, REGULATIONS, RULES and: ORDINANCES WITHIN the VASSALEE'S-FRAUDULENT-SYNTAX-GRAMMAR-EVIDENCE.
~7 For the **C.-S.-S.-C.-P.-S.-G.**-SALVAGE-CLAIM: TITLE-~46: D.-C.-C.-S.-~781 **IS** with an ORIGINAL-AUTHORITY-VENUE-CLAIM of the D.-C.-F.-P.-V.-F.-C.-V.-EVIDENCE WITHIN the FRAUDULENT-COMMUNICATION-CLOSURE-EVIDENCE-DOCUMENTS.
~8 For the CLAIMANT'S-VOLITION-THINKING of the CONTROLLING-VESSEL-CARETAKER-DUTIES **IS** with the FREEDOM-DAMAGE by the VASSALEES'-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DOCUMENT.
~9 For the CLAIMANT'S-FACTUAL-EVIDENCE of the FRAUD-SYNTAX-GRAMMAR-DOCUMENTS **ARE** with the DAMAGE-CLAIM of the **C.-S.-S.-C.-P.-S.-G.**-VENUE-VENUE-TERRITORY with the **C.-S.-S.-C.-P.-S.-G.**-CORPORATION-CASE-VESSEL.
~10 For the **PREFIX-FUTURE-TIME: "TO", "PRE"** and: **SUFFIX-PAST-TIME: "ED", "FROM"** IS with the VIOLATION of the NOW-TIME-CLAIM.
~11 For the WORDS of an ADVERB-SYNTAX-GRAMMAR-MODIFICATIONS **ARE with** the USE of the SINGLE-[**PRE**]POSITION and: SINGLE-LODIAL-[ARTICLE] with the POSITION as an ADVERB-SYNTAX-GRAMMAR with the VOID of the POSITIONAL-LODIAL-FACT-PHRASE with the **SINGLE-WORD-MODIFIER** AS THE: **A, AS, AT, AM, BECAUSE, BEFORE, BEGIN, BUT, BY, CAN, COME, COULD, DO, DOES, FROM, HE, HER, I, IN, INTO, IT, JUST, OF, OVER, HAS, HIS, HER, HOW, JUST, MUCH, NO, NOT, PUT, RE, SO, SHE, SHOULD, SOME, SUCH, THAT, THAN, THE, THEY, THEIR, THEM, THEN, TO, THIS, THOSE, THROUGH, UNDER, USE, WANT, WAS, WE, WHEN, WHAT, WHERE, WITH, WITHOUT, WITHIN, WHO, WHOM, WOULD, YOU, YOUR,**' with the VERB-FRAUDULENT-LAW and:/OR: VERB-SYNTAX-FRAUDULENT-FACT by the VASSALEES.
~12 For the CLOSURE-FRAUD of the VASSALEE'S-WRONG-WORD-MEANINGS **ARE** with the CLOSURE-FRAUD of the SENTENCE-STRUCTURES with the VIOLATIONS-CLAIMS of the **TITLE-~18: D.-C.-C.-S.-~1001**: FRAUDULENT-PARSE-SYNTAX-GRAMMAR and: **TITLE-~15: D.-C.-C.-S.-~1692-~E** with the FALSE-WRITINGS and: MISLEADING-STATEMENTS of the FRAUD-PENALTY-FEE: **TITLE-**

FOR THE COPYCLAIM-COPYRIGHT-DATE: 4-JULY-~1775-THROUGH-THIS-NOW-DATE BY THE CLAIMANT-FACTUAL-FEDERAL-POSTAL-JUDGES: David-Wynn: Miller &: POSTMASTER-GENERAL Russell-Jay: Gould AND CLAIMANTS-HEREIN IS WITH THE DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE OF THE CORPORATION-TREATY.    3

~15: D.-C.-C.-S.-~78-~ff ($25-MILLION-DOLLARS-PENALTY-FINES) by the VASSALEES.

~13 For the CLAIMANT'S-KNOWLEDGE of the FACTS **ARE** with the DAMAGE-CLAIMS of the VOLITION-PERJURY and: ILL-WILLS with the **TITLE-~18: D.-C.-C.-S.-~1621** of the FRAUDS and: PERJURY of an OATHS, FRAUDULENT-DECISIONS, NOTIONS and: MOTIONS with this CORPORATION-CASE by the VASSALEES.

~14 For the CLAIMANT'S-KNOWLEDGE of the FACTS **ARE** with the CLAIM of the C.-S.-S.-C.-P.-S.-G.-DOCUMENT-CORRECTIONS with the DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE'S-FEDERAL-WYOMING-TERRITORY by this **FEDERAL-POSTAL-JUDGE-WHISTLE-BLOWER: Russell-Jay: Gould's-KNOWLEDGE-AMICUS-CURIAE-CLAIM.**

~15 For the SENTENCE-STRUCTURES-VIOLATIONS of the VASSALEES-PLEADINGS **ARE** with the PRESUMPTIONS, ASSUMPTIONS, OPINIONS, APARTHEID and: MODIFICATIONS of the WORDS with the POSITION WITHIN an ORIGINAL-FRAUDULENT-DOCUMENT-COURT-VENUE.

~16 For the BREACH of the CORPORATION-CASE, **ARE** with the DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE-CLAIMS of the CLAIMANT'S-AUTHORITY with the **TITLE-~42: D.-C.-C.-S.-~1986** of the CLAIMANT'S-PARSE-SYNTAX-GRAMMAR-KNOWLEDGE-CORRECTIONS.

~17 For an IDEA, ONE-THOUGHT and: ONE-AUTHORITY-VENUE with the ONE-NOW-TENSE-TIME **ARE** with the PLEADING-CLAIMS of the DOCUMENT-COURT-VENUE-CORPORATION with the SUMMARY-CORRECTION by the **FEDERAL-POSTAL-JUDGE-WHISTLE-BLOWER: Russell-Jay: Gould's-KNOWLEDGE-AMICUS-CURIAE-CLAIM.**

~18 For the FACTUAL-EVIDENCE of the VASSALEE'S-WRITINGS-SKILLS **ARE** with the CLAIMS of the VASSALEES'-DOCUMENTS with the FRAUD-SYNTAX-GRAMMAR-WRITING-LAW-TESTS and: VOID of the C.-S.-S.-C.-P.-S.-G.-SKILLS with the READING OR: WRITING-DAMAGE against the CLAIMANTS &: DAMAGE-PARTY with this CORPORATION-CASE of the C.-S.-S.-C.-P.-S.-G..

~19 For the **TITLE-~18: D.-C.-C.-S.-~641,** for the TAKING OR: STEALING of the GOVERNMENT-PROPERTY OR: MONEY **ARE** with an ADVERB-VERB-SYNTAX-GRAMMAR-FRAUD-VOUCHER, FRAUD-SYNTAX-GRAMMAR-WORK-VOUCHER, BOXING-SYNTAX-VOID, ITALIC-SYNTAX-WORD-VACATING-STYLES-DOCUMENTS of the SYNTAX-GRAMMAR-FRAUD-CLAIM with the CORPORATION-CASE by the PAY-VOUCHER-VASSALEE. (:FALSE-CLAIMS ARE For the EQUITY-PAYCHECK-MOTIVATION and: GRADIFICATION)

~20 For the SYNTAX-GRAMMAR-FRAUD of the PRONOUNS and: NOUN-VERBS = GERUND-NOUNS **ARE** with the MODIFICATION and: OPINION-CLAIMS of an ADJECTIVE-FRAUDULENT-USE-DEAD-NAME = PSEUDONYM with the MAIL-FRAUDS of the D.-C.-F.-P.-V.-F.-C.-V.-TITLE-~18: D.-C.-C.-S.-~1342 with each VASSALEES'-FACTUAL-EVIDENCE with the STOPPING and: CORRECTING-FACTS.

~21 For the NEGATIVE-WORD-VOLITIONS: **PREFIX-WORDS, NOT, WITHOUT, NO,** of the VASSALEES **ARE** with the DAMAGE-CLAIM AS the MODIFICATIONS-VOLITION with the VACATING-CLAIMS of the CORRECT-CORRESPONDENCE with the VASSALEES and: CLAIMANTS.

~22 For the **TITLE-~18: D.-C.-C.-S.-~1621: PERJURY** of an **OATH IS** with the LOSS of the VENUE with the ACTING, TAKING and: PRACTICING OR: CONDUCTING-CRIMINAL-ACTIONS by the VASSALEE, JUDGE, ATTORNEY, and: LAWYER OR: PERSON.

~23 For the DOCUMENT-RULES of the DOCUMENT-PERSONS **ARE** with the CLOSURE-CLAIM of the ONE-VENUE-SYNTAX-GRAMMAR-RULES with an AUTHORITY of the FACTUAL-FRAUDULENT-GRAMMAR-EVIDENCE with the FRAUDULENT-GRAMMAR-FORMAT by the VASSALEES.

~24 For the FRAUDULENT-USES of the FACTS **ARE** with the NEGATIVE-CLAIM of the PREFIXES: **A, AB, AC, AD, AF, AN, DE, DIS, EM, EN, EX, I, IM, IN, MAL, MIS, NE, NO, NON, NOR, O, OB, OC, OP, OF, PRA, PRE, PRI, PRO, PRU, RE, SI, SUB, TO, UN, OR** with the MODIFICATION of the FACT with an ADVERB OR: ADJECTIVE-MODIFICATION of the **C.-S.-S.-C.-P.-S.-G.-CLAIM** with the TITLE-~18: D.-C.-C.-S.-~1001 of the FICTITIOUS-GRAMMAR and: FRAUD-and:-MISLEADING-STATEMENTS: TITLE-~15: D.-C.-C.-S.-~1692-~E with the FACTUAL-CORRECTIONS by this CONTRACT-TREATY-**FEDERAL-POSTAL-JUDGE-WHISTLE-BLOWER: Russell-Jay: Gould's-KNOWLEDGE-AMICUS-CURIAE-CLAIM.**

~25 For the FRAUDULENT-USE of the SYNTAX-WORD-MODIFICATIONS **ARE** with the DAMAGE-CLAIMS of the FACTS with the GERUND-VERBS, PRONOUNS OR: ADJECTIVES with the PARTICIPATION of the PERJURY with an OATH of the SAFE-GUARDING with the DUTY and: KNOWLEDGE of the PORT-COURT-VENUE-MEMBERS.

~26 For the CLAIMANT-**FEDERAL-POSTAL-JUDGE-WHISTLE-BLOWER: Russell-Jay: Gould's-KNOWLEDGE-AMICUS-CURIAE-CLAIM** &: CLAIMANT-DAMAGE-PARTY of the FRAUDULENT-COMMUNICATIONS **ARE** with the DAMAGE-CLAIMS of the TITLE-COMPANY'S-EQUITY-BOND-CLOSING-ATTORNEY with the KNOWLEDGE by the FRAUDULENT-SYNTAX-DOCUMENTS.

~27 For the SYNTAX-COMMUNICATION-FRAUD-EVIDENCES of the EVIDENCE-FRAUDULENT-COMMUNICATION-ILLUSIONS **ARE** with the PERJURY-EVIDENCE and: MONEY-THEFT(PAY-CHECKS and: ATTORNEY-FEES-COURT-VENUE-ORDER-GRANTED) by an '**INDICTMENT-DOCUMENT**' with the FICTION-CRIMINAL-EQUITY-DAMAGE-CLAIM with the PUBLICATION of the TITLE-~15: D.-C.-C.-S.-1692-~e with the FRAUD and: MISLEADING-STATEMENT-DAMAGES: TITLE-~15: D.-C.-C.-S.-~78-~ff of the CRIMINAL-PENALTIES with the $25-MILLION-DOLLARS by the FALSE-CLAIMS-ACT: CORRECT-SYNTAX-GRAMMAR-TITLE-~31: D.-C.-C.-S.-~3729-To-TITLE-~31: D.-C.-C.-S.-~3733.
~28 For the TITLE-~42: D.-C.-C.-S.-~1985-~2, of the VOID-STRUCTURE-DOCUMENT-COURT-VENUE-DOCUMENT **ARE** with the MODIFICATION-VOID-SYNTAX-GRAMMAR-LAWS of the FRAUD-WORD-MEANING with the FRAUDULENT-WORD-TERMS of the FRAUDULENT-OPINION, MODIFICATION, PRESUMPTION, ASSUMPTION and: APARTHEID with the CORRECTION against the CLAIMANTS/DAMAGE-PARTY with the FRAUDULENT-SYNTAX-GRAMMAR-ERRORS by the VASSALEES'-"INDICTMENT"-DOCUMENT.
~29 For the TITLE-~42: D.-C.-C.-S.-~1985-~1, of the TWO-OR-MORE-FRAUDULENT-SYNTAX-FILINGS **ARE** with the FRAUDULENT-SYNTAX-CLAIMS of the VASSALEES'-CONSPIRACY with the CROSS-CLAIMS of the CRIMINAL-CODE: TITLE-~18: D.-C.-C.-S.-~241 with the CONSPIRACY-DAMAGE-CLAIM of the DOCUMENTING-VASSALEES with the CORPORATION-SUPPORT of the FRAUDULENT-COURT-VENUE-ORDERS with the PARTICIPATION of an ADVERB-VERB-SYNTAX-FRAUDULENT-GRAMMAR with the FRAUDULENT-PLEADINGS by the VASSALEES.
~30 For the CLAIMANT'S-KNOWLEDGE of the CLOSURE-DOCUMENT-CLAIMS-D.-C.-C.-~26-~e: CLOSURE-PORTING **ARE** with an AUTHORITY-CLAIM of the CLOSURE-EVIDENCE-FACTS-DAMAGES with the TITLE-~42: D.-C.-C.-S.-~1986: KNOWLEDGE of the C.-S.-S.-C.-P.-S.-G.-CORRECTION with the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DOCUMENTS by the VASSALEES.
~31 For the CLAIMANT'S-EVIDENCE of the FRAUDULENT-SYNTAX-GRAMMAR-ERRORS-DOCUMENTS **ARE** with the DAMAGE-CLAIM of the TITLE-~42: D.-C.-C.-S.-~1985-~3, with the DEPRIVATION-PLEADINGS of the EVIDENCE and: WITNESSES-PLEADING-BABBLING-FRAUD-INDICTMENT-DOCUMENT.
~32 For the DOCUMENT-COURT-VENUE-CORPORATION of the DOCUMENT-AUTHORITY-VENUE-LAW **ARE** with the CONSTITUTION-CLAIM of an OPERATIONAL-PARSE-SYNTAX-GRAMMAR-EVIDENCE with the C.-S.-S.-C.-P.-S.-G.-FACTS by the CLAIMANT/DAMAGE-PARTY.
~33 For the FALSE-CLAIMS-ACT of this DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE **ARE** with the DAMAGE-CLAIMS of the CONTRACTORS with the FRAUD-CONTRACT-PERFORANCES of the WRITTEN-CONTRACTS and: with the C.-S.-S.-C.-P.-S.-G.-CORRECTIONS by this COURT-VENUE.
~34 For the **HANDYCAPPING** of the CLAIMANT/VICTIM-DAMAGE-PARTY with the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-'INDICTMENT'-WRITING **ARE** with the *DISABILITY-ACT-VIOLATION-CLAIM* of the HANDYCAPPING-CAUSE with the FOREIGN-NOTIONS and: MOTIONS by the VASSALEES'-CLOSURE-CONTEMPT, APARTHEID, BIAS, and: CONTRACT-FRAUDULENT-SYNTAX-GRAMMAR-OPINIONS.
~35 For the VOLITION by the FALSIFICATION, CONCEALMENT and: COVER-UP **ARE** with the FACTUAL-EVIDENCE-CLAIMS and: CONFESSION of the TRICKS and: SCHEMES with the VASSALEES'-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-'INDICTMENT'-MEANING-DOCUMENTS with the PARTICIPATION-CONTINUATION-COSPIRACY by the VASSALEES.
~36 For the **FALSE-CLAIMS-ACT: TITLE-~31: DOCUMENT-CONTRACT-CLAIMS-SECTION-~3729-THROUGH-~3733(PARSE-SYNTAX-GRAMMAR-CORRECTIONS:**
~37 For the C.-S.-S.-C.-P.-S.-G.-FEDERAL-ATTORNEY-GENERAL-KNOWLEDGE of the D.-C.-F.-P.-V.-F.-C.-V. **ARE** with the EQUITY-CLAIM of the DOCUMENT-EVIDENCE-AUTHORITY-FILING with the THIRTY-FIVE-PERCENT-ROYALTY-PORTION-EQUITY-DAMAGES.
~38 For the PROSECUTING-ATTORNEY'S-GOVERNMENT-SPENDING-CONTRACTS of the FEDERAL-GOVERNMENT of an AMERICA-CORPORATION-TREASURY-(~2-~FEBRUARY-~2000) **ARE** with the CLOSURE-CLAIM of the FEDERAL-POSTAL-SERVICE-GOVERNMENT-GUISE with the COVERY of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-FALSE-CLAIMS-ACT.
~39 For the CLAIMANT'S-KNOWLEDGE of the EQUITY-LOSS **IS** with the DAMAGE-CLAIM by the WAGES-TIME-LOSS with the DAMAGING-STANDING in the COMMUNITY.

~40 For the FALSE-CLAIMS-ACT: (LINCOLN LAW); For the TITLE-~18: DOCUMENT-CONTRACT-CLAIMS-SECTION-~641 of this QUO-WARRANTO-COMPLAINT ARE with the CONTRACT-CLAIM of the LIABILITY with the PERSONS and:/OR: CORPORATION, CONSPIRACY, COMPANY, CO-OP of the FEDERAL-CONTRACTOR with the COURT-VENUES and: JUDGES-WAGE-PAYMENTS by the PORT-AUTHORITIES of the FEDERAL-POSTAL-SERVICE with the VOLITION of the FRAUDULENT-PARSE-SYNTAX-GRAMMAR and: FITICIOUS-GRAMMAR: TITLE-~18: D.-C.-C.-S.-~1001, TITLE-~15: D.-C.-C.-S.-~1692-E: FRAUD and: MISLEADING-SYNTAX-GRAMMAR-STATEMENTS, and: MONEY-PENALTIES: TITLE-~15: D.-C.-C.-S.-~78~FF with the FRAUDULENT-SYNTAX-GRAMMAR-COMMUNICATION-PENALTIES of the MAIL-FRAUD: TITLE-~18: D.-C.-C.-S.-~1341 with the MONEY-TORT by the DOCUMENT-COURT-VENUE-JUDGE and:/OR: BANKING-FRAUD-DOCUMENTS with the TITLE-~18: D.-C.-C.-S.-~242: [DE]PRIVATION of the RIGHTS with the COLORING of the LAWS with the PUBLICATION of the TITLE-~42: D.-C.-C.-S.-~1985-~1 with the CONSPIRACY of the PERSONS with the TITLE-~42: D.-C.-C.-S.-~1985-~2 of the OBSTRUCTING with the EVIDENCE and: WITNESSES by the TITLE-~18: D.-C.-C.-S.-~1001 with the FRAUDULENT-MODIFICATIONS of the PARSE-SYNTAX-GRAMMAR-COMMUNICATION-EVIDENCE with the TITLE-~42: D.-C.-C.-S.-~1985-~3 of the DEPRIVING with the WITNESSES and: EVIDENCE by the TITLE-~18: D.-C.-C.-S.-~1001 with the FRAUDULENT-MODIFICATION-SYNTAX-GRAMMAR-COMMUNICATIONS of the CAUSING with the PARTICIPATION of the TITLE-~18: D.-C.-C.-S.-~1961: RACKETEERING, with the TITLE-~18: D.-C.-C.-S.-~3 of the PARTICIPATING-CRIME and: CRIMINAL-VIOLATIONS and: TITLE-~18: D.-C.-C.-S.-~4: MISPRISON-FELONY of the DOCUMENT-EVIDENCE with the DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE by the GOVERNMENTAL-SUPPORT-PROGRAMS and: VASSALEES.

~41 For the DUTY-AUTHORITY-TREATY of the ATTORNEY-GENERAL'S-POWERS ARE with the C.-S.-S.-C.-P.-S.-G.-CONTRACT-DOCUMENTATION-CLAIM of the 'BILLS of the LADING' with the DOCUMENT-EVIDENCE of the MATERIAL-CRIMINAL-VIOLATIONS with this CORPORATION-CASE of this DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE.

~42 For the LAWS of the 'QUI TAM' ARE with the CONTRACT-DOCUMENT-CO-OPERATION-JOINING-CLAIM of the CLAIMANT'S-CITIZEN-SUING with the DOCUMENTION-EVIDENCE and: C.-S.-S.-C.-P.-S.-G.-DOCUMENT-QUO-WARRANTO-COMPLAINT-LAWSUIT of the UNITED-STATE-TERRITORY-ATTORNEY-GENERAL and: CLAIMANT'S-EVIDENCE-PROOF of the C.-S.-S.-C.-P.-S.-G.-CONTRACT-CRIMINAL-VIOLATION and: C.-S.-S.-C.-P.-S.-G.-CONTRACT-CRIMINAL-VOLITION with the FRAUD and: CONDITION of the MIND with the CONTRACT-DUTY: TITLE-~42: DOCUMENT-CONTRACT-CLAIMS-SECTION=(D.-C.-C.-S.)-~1986 of the KNOWLEDGE with the CRIMES of this DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE-LAWS with the STOPPING and: CORRECTING of the DOCUMENT-SYNTAX-GRAMMAR-EVIDENCE-PROOF-CRIMES with an ATTORNEY-GENERAL-CONTRACT-FILING-CLAIMS by the GOVERNMENT-CONTRACT-AUTHORITY.

~43 For the FALSE-CLAIMS-ACT of the LAWSUIT-CONSTRUCTION and: DIRECTION with the CLAIMANT'S-WITNESSING-PARSE-SYNTAX-GRAMMAR-EVIDENCE of the 30%-FINDERS-FEE and: WITNESSING-FEE against the FRAUDULENT-CONTRACT-BANKING-DOCUMENTS with this C.-S.-S.-C.-P.-S.-G.-CONTRACT.

~44 For an ORIGINAL-CLAIMS of the FALSE-CLAIMS-ACT ARE with the KNOWLEDGE of the LIABILITY-DAMAGE-CLAIM with the FRAUDULENT-MONITARY-GAINS of the FRAUDULENT-CONTRACT-PAYMENT with the FRAUDULENT-GOVERNMENT-GUISE with the FALSE-EQUITY-TRANSFER-CLAIM of the PAYMENT-OUT OR: FINANCIAL-GAIN-IN OR with the DUTY-KNOWLEDGE, OR: DUTY-CLAIM by the FRADULENT-SYNTAX-GRAMMAR-DOCUMENTS OR: FRAUDULENT-SYNTAX-GRAMMAR-STATEMENT by the CLAIMING-PERSON OR: with the CONTRACTING-PERSONS-CONSPIRING by the 'FALSE-CLAIMS-ACT' OR with the FRAUDULENT-CERTIFYING of the TYPE, KIND, OR: COST with the EQUITY-CONTRACT and with the CERTIFYING-PARSE-SYNTAX-GRAMMAR-CONTRACT-'FRAUD-GRAMMAR-KNOWLEDGE by the FEDERAL-POSTAL-AUTHORITY-GOVERNMENT.

~45 For the DUTY-FORCE of the FRAUDS ARE with the "C.-S.-S.-C.-P.-S.-G.-CLOSURE-COVER-ACT":~20-~MAY-~2009 of the DAMAGE-CLAIM with the CORPORATION-CASE of the FRAUDULANT-PARSE-SYNTAX-GRAMMAR with the FORCE-CLOSURE-ACT-(FERA) of the PUBLIC-SECURITY-LAW. For the CLAIMS of the AMENDMENTS ARE with the FEDERAL-POSTAL-SERVICE-FEDERAL-CRIMES-ACT-(FCA) by the AMENDMENTS(YEAR-~1986).

~46 For the GOVERNMENTS'-POSSESSIONS of the EQUITY-MONEY-LOSS **ARE** with the CORRRECTION-CLAIM of the C.-S.-S.-C.-P.-S.-G.-CONTRACT-DOCUMENTATION with the "QUI-TAM-LAWSUITS-CLAIM" of the VASSALEES-DEFENDANT-AUTOGRAPH-VIOLATION-LIABILITIES, RECKLESS-VOLITION with this CORPORATION-CASE of the C.-S.-S.-C.-P.-S.-G.-FACTS with an EVIDENCE-STANDARD of the CONTRACTING-DUTY-ELEMENTS with the VIOLATORS-LOST-POSITION by the THREE-TIMES-MONEY-DAMAGES and: CIVIL-FINES of the $5,000-THRU-THE-$10,000 with each FALSE-CLAIM, FRAUD and: MISLEADING-STATEMENTS: TITLE--15: DOCUMENT-CONTRACT-CLAIMS-SECTION--1692--E, of the PENALTY:TITLE--15: DOCUMENT-CONTRACT-CLAIMS-SECTION--78--FF with the $25-MILLION-FINE of the 30% with the COLLECTION-EQUITY-REWARDS of the BENEFIT with the OUT-TAM-CLAIMANT'S-PLAINTIFF'S-WITNESSING and: PERFORMANCE-WORK-CONSOLIDATION of the CERTIFIED-EVIDENCE and: C.-S.-S.-C.-P.-S.-G.-OPERATIONAL-LAWS with the BETWEEN: 15-TO-30%(PERCENT) of the EQUITY-FUNDS-COVERED with the DEFENDANTS'-NOW-TIME-FACTS of the PAYMENT with the SUCCESSFUL-CLAIMANT'S/PLAINTIFF'S-EXPENSES of the CORPORATION-CASE with the PLOYMENT-SECURITY of the C.-S.-S.-C.-P.-S.-G.-STATMENTS with the SPECIAL-DAMAGES, and: DOUBLE-BACK-PAY by the EVIDENCE-CONFESSION-DOCUMENT-WRONG-DOER-VASSALEES.
~47 For the CLAIMANT'S-KNOWLEDGE of the GOVERNMENTS'-CRIMINAL-MONEY-PAYMENTS(OUT) OR: CRIMINAL-MONEY-CONSPIRACY-COLLECTION-CLAIMS **IS** with the GOVERNMENTS'-DAMAGE-CLAIM against the WRONG-DOER'S-PERSON/VASSALEES-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DOCUMENT-CONTRACT with the FALSE OR: FRAUDULENT-CONTRACTS and: FALSE-CONTRACT-CLAIMS by the WRONGDOER-PERSON/VASSALEES.
~48 For the FALSE-CLAIMS-ACT of the C.-S.-S.-C.-P.-S.-G.-CHANGES **ARE** with the CORRECTION-CLAIM of the FALSE-PARSE-SYNTAX-GRAMMAR-STATEMENTS with an EQUITY-DAMAGE of the EQUITY-MATERIALS-TAKEN with the CONTRACT-KNOWLEDGE-CERTIFICATION by the WRONG-DOER'S-PERSONAL-CONFESSION-DOCUMENTS.
~49 For the SUPPORTING-TERMS of this DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE **ARE** with the DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE by this QUO-WARRANTO-COMPLAINT.
~1 For the D.-C.-C.-R.--4: For the **PROCESS** of the **SERVICE** ~a with the SUMMONS, ~b with the FORM, ~c with the SERVICE of the CLAIMS with the KNOWLEDGE of the VASSALEES, ~d with the **SUMMONS and: COMPLAINT** by the 21-DAYS-CORRESPONDENCE-BACK with the CLERK of the DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE, ~g with the JOINING-PROOF of the SERVICE with the CLERK of the COURT-VENUE, ~h with A COURT-VENUE-SCHEDULING-TIMES by the SERVICE, ~j WITHIN the TIME-LIMIT of the TWENTY-ONE-(21)-DAYS-JOINING-ANSWER-BACK-SERVICE with the COMPLAINT and: SUMMONS between the DAMAGE-PARTY, CLAIMANT and: VASSALEES.
~2 For the D.-C.-C.-R.--5 = with the **SERVICE**: ~a with the QUIREMENT; ~d with the CLAIMS of the FILING; ~e For the FILING of the COURT-VENUE-CLERK'S-KNOWLEDGE **IS** with the SERVICE-CLAIMS of the PERSON with an AGE of the GREATER-THAN-EIGHTEEN-YEARS(18)-YEARS with the MATTERS of the CORPORATION-CASE.
~3 For the D.-C.-C.-R.--6 = with the **TIME**: ~a with the COMPUTATION-FEDERAL-CASES-EVERY-DAY-CONTINUANCE with this C.-S.-S.-C.-P.-S.-G.-FEDERAL-COURT-VENUE; ~d For the COMPLAINTS and: STATEMENTS of this CORPORATION-CASE **ARE** with the SERVICE of the TWENTY-ONE-DAYS-CORRESPONDENCE-CLAIMS with the CLAIMANT, DAMAGE-PARTY and: VASSALEES.
~4 For the D.-C.-C.-R.--7 = with the **PLEADINGS**: ~a with the C.-S.-S.-C.-P.-S.-G.-PLEADINGS; ~b For the C.-S.-S.-C.-P.-S.-G.-COMPLAINT-CLAIMS **ARE** with the DAMAGES by the C.-S.-S.-C.-P.-S.-G.-CORRECTION-POSITION. NOTE: For the FRAUDULENT-CLAIMS **ARE** with the CLAIMANT'S-COMPLAINT by the SUING with the CORRECTIONS by the CLEAR-MEANINGS with the WORDS and: CLOSURES with the COMPLAINT against the FRAUDULENT-VASSALEE'S-PLEADINGS with the WRITING-CONFESSIONS by THEIR AUTOGRAPHS.
~5 For the D.-C.-C.-R.--8 = with the CLAIMS of the **PLEADINGS ARE**:~a with the CLAIMS of the DAMAGES by the COMPENSATION-FEES, MONEY, and: VALUE(PROPERTY-C.-S.-S.-C.-P.-S.-G.-CORRECTIONS; ~b with the C.-S.-S.-C.-P.-S.-G.-CLAIM; ~c with an OATH-CLAIM IN the C.-S.-S.-C.-P.-S.-G.-CLAIMS; ~d with the FAILURE of the CORRECT-FACTS = :PERJURY, FRAUD, LIES, FRAUDULENT, PRESUMPTIONS, ASSUMPTIONS, OPINIONS, MODIFICATIONS and: [A]PARTHEID; ~e with the PLEADINGS by the CONCISE-MEANINGS and: TERMS of the **ONE-THOUGHT IN EVERY SENTENCE** with the UP C.-S.-S.-C.-P.-S.-G.-FACT of ONE VERB with the THINKING IN EVERY SENTENCE-SYNTAX.
~6 For the D.-C.-C.-R.--9 = with the **PLEADINGS-SPECIAL** ~b with the CLAIMS of the FRAUDS **ARE** with the CONDITION, WILL and: VOLITION of the MIND; ~e with the DICISION of the FACT with the COMPLAINT by the C.-S.-S.-C.-P.-S.-G.-CLAIM, ~f with the NOW-TIME and: NOW-PLACE, ~g For the NOW-TIME-FACTS **ARE** IN the C.-S.-S.-C.-P.-S.-G.-DAMAGE-CLAIM by the CLAIMANT.

~7 For the D.-C.-C.-R.-~10: For the FORM of the PLEADINGS ARE with the CLAIMS of the CAPTIONS with the COMPLAINT of the CORRECT-FACTS, ~b with the NUMBERING of the SENTENCES OR: PARAGRAPHS and: PAGES; ~C with the BOXING: GLUEING, STITCHING OR: MECHANICAL-RIVETTING of the COMPLAINT.

~8 For the D.-C.-C.-R.-~11: For the FRIVOLOUS-FILINGS of the VASSALEE-PLEADINGS ARE with the DAMAGE-CLAIM of the SANCTION with the FRAUDULENT-SYNTAX-COMMUNICATION by the COURT-VENUE-VESSEL-DOCUMENT.

~9 For the LEGAL-NECESSARY-ELEMENT of the RAPE/FEAR ARE with the CLAIMS of the TORT IN an ORAL OR: WRITTEN-THREATING-PERSONAL-HARM with the TITLE--42: D.-C.-C.-S.--1985--3.

~10 For an AUTOGRAPH of the LEGAL-COURT-VENUE-C.-S.-S.-C.-P.-S.-G.-CORRECTIONS ARE with the C.-S.-S.-C.-P.-S.-G.-LAW-DOCUMENT of the FIVE-DAY-TIME-LIMIT OR: SANCTION-FEES.

~11 For the C.-S.-S.-C.-P.-S.-G.-SUMMARY-CORRECTIONS of the FRAUDULENT-COURT-VENUE-DOCUMENTS ARE with the CONFUSION-CLAIM: TITLE--28: CHAPTER--85: D.-C.-C.-S.--1359 by the VASSALEES.

~12 For the SUMMARY-CORRECTIONS of the DOCUMENT-CLAIM-LIST: DOCUMENT-CLAIMS--12--b:

~13 For the D.-C.-C.-R.-~12--b--7 of the JOINING ARE with the AUTHORITY-VENUE-CLAIMS of an AUTHORIZATION with the 'LAW of the FLAG-DOCUMENT'.

~14 For the D.-C.-C.-R.-~12--b--6 of the NOW-TIME-C.-S.-S.-C.-P.-S.-G.-PLEADINGS ARE with the C.-S.-S.-C.-P.-S.-G.-FACTUAL-CLAIMS by the C.-S.-S.-C.-P.-S.-G.-DOCUMENTS.

~15 For the D.-C.-C.-R.-~12--b--5 with the CORRECT-PROCESS/LIVERY of the CASE-DOCUMENTS ARE with the C.-S.-S.-C.-P.-S.-G.-CERTIFICATION of the COURT-VENUE-CLERK with the PROCESSING of the PAPERWORK with the C.-S.-S.-C.-P.-S.-G.-CLAIM of the PORT-COURT-VENUE.

~16 For the D.-C.-C.-R.-~12--b--4: CORRECT-SERVICES of the PAPERWORK ARE with an AUTOGRAPH-CANCELATION ON the FEDERAL-POSTAL-SERVICE-STAMP and: ENDORSEMENT with the TOP of the COVER-PAGE-BACK with the DOCKETING-PORT-STAMP of the PORT-COURT-VENUE.

~17 For the D.-C.-C.-R.-~12--b--3 of the C.-S.-S.-C.-P.-S.-G.-VENUE with this COURT-VENUE-FILING ARE with the C.-S.-S.-C.-P.-S.-G.-CLAIM by the PORT-COURT-VENUE-DOCUMENT-CONTRACT.

~18 For the 'LAW of the FLAG' ARE with the SANCTION-CLAIM against this FOREIGN-MODIFICATION with the COLOR, OBJECT OR: SHAPE by the FRAUDULENT-MODIFICATION-USAGE.

~19 For the TRAPS IN the TITLES, NAMES, DATES, CASE-NUMBERS, ITALIC-WORDS, BOXING, CHANGING-VECTORS and: TITLE-SITES ARE with the FRAUDULENT-GRAMMAR-FORMAT by the VASSALEES.

~20 For the D.-C.-C.-R.-~12--b--2: For the COURT-VENUE of this DOCUMENT-CORPORATION IS with the DOCUMENT-CLAIM by the C.-S.-S.-C.-P.-S.-G.-PORT-JOINING-COURT-VENUE-AUTHORITY-VENUE.

~21 For the D.-C.-C.-R.-~12--b--1: For the KNOWLEDGE of the C.-S.-S.-C.-P.-S.-G.-FACTS ARE with the CLAIMS of the FACTS with the CORPORATION-CASE by the DOCUMENT-TERMS.

~22 For the CAUSE of the D.-C.-C.-R.-~9--b, D.-C.-C.-R.-~12-b, D.-C.-C.-R.-~56-~d, and: D.-C.-C.-R.-~7 ARE with an OPERATIONAL-EQUAL-GUARANTEE of the TITLE--42: D.-C.-C.-S.--1985--2 with the CLAIMANT'S-C.-S.-S.-C.-P.-S.-G.-FACTS, WITNESSING and: EVIDENCE.

~23 For the TITLE--18: D.-C.-C.-S.--1621, :FRAUD-FACT and: PERJURY of an OATH IS with an USE of the COERCION with the VIOLATION of the TITLE--18: D.-C.-C.-S.--1359 with the RAPE of the CORRECT-FACTS with the PERSONS/VASSALEES of an ACTION with the TITLE--18: D.-C.-C.-S.--4 of the CORPORATION-CASE, with the PRISON of the FRAUDULENT-FELONY with the FRAUDULENT-SYNTAX-GRAMMAR(F.-S.-G.) and: FRAUDULENT-FACTS and: TITLE--18: D.-C.-C.-S.--3 IN the PARTICIPATION with the CRIMINAL-COMMUNICATION by the FRAUDULENT-SYNTAX-GRAMMAR-AUTHOR.

~24 For the DOCUMENT-CLAIMS, CIVIL-CLAIMS, OR: CRIMINAL-CLAIMS with the CASE ARE with the DAMAGE-CLAIM by the FRAUDULENT-FACT with an OATH of the F.-S.-G.-FIDUCIARY-OFFICER with the CLAIMS of the F.-S.-G./FRAUD-CONCLUSIONS.

~25 For the POINT-IN-TIME-OATH of the FIDUCIARY-OFFICE ARE with THEIR FIRST-DUTY of the CORPORATION with the SECOND-DUTY by an AUTOGRAPH.

~26 For the ADJECTIVES, PRONOUNS OR: VERB-PROCESS IN the F.-S.-G. ARE with the PARTICIPATION IN the MAIL-FRAUD: TITLE--18: D.-C.-C.-S.--1341.

~27 For the COMPLAINT-DECISION ON the PLEADINGS ARE with the COMPLAINT of the FACTS with the FIRST-Hand:-KNOWLEDGE of the F.-S.-G.

~28 For the D.-C.-C.-R.-~24 and: TITLE--28: D.-C.-C.-S.--2403 of the DOCUMENT-VESSEL ARE with the C.-S.-S.-C.-P.-S.-G.-CHALLENGE of the CORRECT-FACTS.

~29 For the TITLE--18: D.-C.-C.-S.--1621: For the CONDITION of the MINDS ARE with the WILLFUL-VOLITIONS-CLAIMS of the PAYMENTS with the WRONGFUL-ACTION by the PERJURY-OATH.

~30 For an OPERATIONAL-CLAIM of the FEDERAL-COURT-VENUE-BUILDING IS with an EQUAL-CLAIM of the NEUTRAL-FILING-LOCATION within the LOCAL-STATE-TERRITORY of the PERSONAL-GRIEVANCES with the STOPPING and: CORRECTING of the FARSE-SYNTAX-GRAMMAR-VIOLATIONS with the PAPER-VESSEL-WRITTEN-GRIEVENCE of the DAMAGES within the DOCUMENT-CONTRACT-FEDERAL-POSTAL-COURT-VENUE.

~31 For the PERSON'S-KNOWLEDGE of the DOCUMENT-BREACHES ARE with the DAMAGE-CLAIM of the DOCUMENT with the PAYING-fees by the DAMAGED-VESSEL: D.-C.-C.-R.-~9--b.

~32 For the D.-C.-C.-R.-~38-a: For the C.-S.-S.-C.-P.-S.-G.-TRIAL of the TWELVE-PERSON-JURY IS with the SUMMARY-CORRECTION-CLAIM by the DOCUMENT-COURT-VENUE.

FOR THE COPYCLAIM-COPYRIGHT-DATE:-4- JULY- 1775-THROUGH-THIS-NOW-DATE BY THE CLAIMANT-FACTUAL-FEDERAL-POSTAL-JUDGES: David-Wynn_Miller &: POSTMASTER-GENERAL: Russell-Jay: Gould AND: CLAIMANTS-HEREIN IS WITH THE DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE OF THE CORPORATION-TREATY.

~33 For the **D.-C.-C.-R.-~41-~a**: VOLUNTARY-TERMINATION of the FILE-COMPLAINT **IS** with the VOLUNTARY-WITHDRAW of the ORIGINAL-FILING-CASE-ERROR-CLAIMS.

~34 For the **D.-C.-C.-R.-~49**: For the FACTS of the CASES **ARE** with the CORRECT-FACTUAL-CLAIMS-EVIDENCE of the PORT-COURT-VENUE-FEDERAL-POSTAL-STATION-POSTAGE-STAMPS.

~35 For the **D.-C.-C.-R.-~50**: For the NEW-TRIAL of the CASE **IS** with the CLAIM of the C.-S.-S.-C.-P.-S.-G.-PLEADINGS.

~36 For the **D.-C.-C.-R.-~54**: For the CLAIMS of the SUMMARY-DICISION **ARE** with the C.-S.-S.-C.-P.-S.-G.-CORRECTIONS by the **FEDERAL-POSTAL-JUDGE-WHISTLE-BLOWER: Russell-Jay: Gould's-KNOWLEDGE-AMICUS-CURIAE-CLAIM.**

~37 For the **POSITIONS** of the **WORDS: For, OF, WITH, BY, IN, AS, ON, WITHIN, AGAINST, THROUGH, INTO ARE** with an AUTHORITY-VENUE of the POSITION-LODIAL-FACT-PHRASE in the NOW-TIME.

~38 For the **D.-C.-C.-R.-~55**: of the FAULT-DICISION **ARE** with the CORPORATION-CASE of the C.-S.-S.-C.-P.-S.-G., with the FORTY-FIVE-DAY-TRUST-LAW-TIME-LIMIT-PARTICIPATION of the C.-S.-S.-C.-P.-S.-G.-VASSALEES'-CORRESPONDENCE-BACK-PLEADING-FAILURE with the DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE.

~39 For the **D.-C.-C.-R.-~56**: For the SUMMARY-JUDGMENT by the C.-S.-S.-C.-P.-S.-G **ARE** with the **QUO-WARRANTO-COMPLAINT-DAMAGE-CLAIMS** by the **VASSALEES'-EVIDENCE**.

~40 For the **D.-C.-C.-R.-~57**: For the DECLARATORY-DICISIONS of the DAMAGES **ARE** with the CLAIMS of the PHYSICAL-EVIDENCE-DAMAGES with the C.-S.-S.-C.-P.-S.-G.-FACTUAL-EVIDENCE.

~41 For the **POLICY and: CUSTOM** of the VASSALEES-DOCUMENT-EVIDENCE **ARE** with the DAMAGE-CLAIMS against the CLAIMANT'S with the SUMMARY-CORRECTIONS of the VASSALEES'-SYNTAX-GRAMMAR-FRAUD-EVIDENCE ON this DATE-~12-~DECEMBER-~2013, with the C.-S.-S.-C.-P.-S.-G.-CORRECTIONS by this CONTRACT-TREATY-CONTRACT-PLENIPOTENTIARY-JUDGE/**FEDERAL-POSTAL-JUDGE-WHISTLE-BLOWER: Russell-Jay: Gould's-KNOWLEDGE-AMICUS-CURIAE-CLAIM.**

~42 For an AUTHORITY-VENUE of the DOCUMENT-FACTS **ARE** WITHIN the COURT-VENUE-DOCUMENT-CLAIMS of the CORRECT-LODIAL-[ARTICLE] with the CLAIMS of an AUTHORITY-VENUE with the CORRECT-POSITIONAL-LODIAL-FACT-PHRASE IN the NOW-TIME-TENSE with the LODIAL-[ARTICLE] of the NOW-TIME-TENSE-FACT-WORDS with the SENTENCE-SYNTAX of this CORPORATION-CASE.

~43 For the **TITLE-~42: D.-C.-C.-S.-~1986**: KNOWLEDGE of the DOCUMENT-DUTIES **ARE** with the CLAIM of the CORRECTION with the WRONG-SYNTAX-COMMUNICATIONS by the C.-S.-S.-C.-P.-S.-G.-DOCUMENT.

~44 For the **TITLE-~42: D.-C.-C.-S.-~1985-~3**: For the BIAS of the VESSEL-DOCUMENTS **ARE** with the PERSON-CLAIM of the DOCUMENT-STATE-TERRITORY with the CONSPIRING of the GUISE, with the VACATING, EITHER the DIRECTION of the PERSON OR: CLASS with the PERSON'S-EQUAL-GUARANTEE or an **EQUAL-DOCUMENT-CLAIM** with the HINDRANCE of the DOCUMENT-AUTHORITY OR: with the JUDGE/ATTORNEY/PERSONS IN the PERSON'S-CONSPIRACY with the THREATENING-PERSON by the VOTE with the GIVING of the PERSON-SUPPORT/ADVOCACY IN the LEGAL-MANNER, OR: with the DAMAGING of the PERSON/SELF OR: with the CONSPIRACY-SUPPORT with the C.-S.-S.-C.-P.-S.-G.-**TITLE-~42: D.-C.-C.-S.-~1985-~1**, with the ONE-OR-MORE-PERSONS' of the CIVIL-CONSPIRACY-DAMAGE with the PUBLICATIONS WITHIN the DOCUMENT-FEDERAL-POSTAL-COURT-VENUE.

~45 For an ACT of the **RACKETEERING ARE** with the OWNER'S-LODIAL-CLAIMS of the FINANCIAL-EQUITY-CLAIM with THEIR BUSINESS of the MEANS with the THREAT of the STRONGER-POWERING-FORCE.

~46 For the **TITLE-~42: D.-C.-C.-S.-~1985-~2** with the **OBSTRUCTING** of the **CORRECT-FACTS**, with the THREATENING against the WITNESS with the TWO-OR-MORE-PERSONS IN the CONSPIRING with the THREATENING of the PERSON/WITNESS within the FEDERAL-POSTAL-STATION-COURT-VENUE-POSITION OR with the TESTIFYING of the MATTER-PENDING within the FEDERAL-POSTAL-STATION-COURT-VENUE-CASE with the WITNESSING-PERSON'S-CONTRACTING, TESTIFYING, OR: CONVINCING of the VERDICT OR: CLAIM with the GRAND-JUROR, in the COURT-VENUE, OR with the DAMAGING of the JUROR with the PERSON-SELF-VALUES of the CLAIM with the VERDICT of the DICISION with the JUROR-DUTY of the TWO-OR-MORE-PERSONS-CONSPIRACY with the OBSTRUCTING of the CORRECT-FACTS with the CORPORATION-CASE WITHIN the PORT-COURT-VENUE.

~47 For the **FEDERAL-POSTAL-JUDGE-WHISTLE-BLOWER: Russell-Jay: Gould's-KNOWLEDGE-AMICUS-CURIAE-CLAIM &: JUDGE'S-KNOWLEDGE** of the FACTS **ARE** with the DUTY-CLAIM of the CORPORATION-DOCUMENT with the C.-S.-S.-C.-P.-S.-G.-PUBLICATION-CLAIMS of the PERSONS, OR: CORPORATIONS'-KNOWLEDGE of the PARSE-SYNTAX-GRAMMAR-WORD-MEANINGS with the DOCUMENT-AUTHORITY of the PEACEFUL-DUTY with the JUDGE, POSTMASTER, BANK-BANKER, and: CLERK as the FIDUCIARY-PERSON.

~48 For the **FRAUDULENT-FACTS** as the **PERJURY ARE** with the MODIFICATION-CLAIMS of the FACTS with the PERSON'S-KNOWLEDGE of the FACTUAL-EVIDENCE with an OATH of the SAFE-GUARD with the DUTY by the FIDUCIARY'S- C.-S.-S.-C.-P.-S.-G.-DOCUMENT-CONTRACT-OATH.

~49 For the **FALSE-SWEARING** of the TIME-LIMITATIONS **ARE** with the RUNNING-TIME-CLAIM by the FIRST-STATEMENT. (3X3X3=27, 3X3X0=0, FACT X FACT = FACT, FACT X LIE = LIE)

~50 For the '**TORT**' of the DOCUMENT-CONTRACT-WRONGS **ARE** with the PERSON'S-CONSPIRACY against the DUTIES, PERSONS, DOCUMENT-CONTRACT OR: CONSTITUTION-STATE with the FIDUCIARY'S-KNOWLEDGE of the WRONGFUL-PARSE-SYNTAX-GRAMMAR-USE with the THREATENING-FEAR OR: COLORING-FEAR of the **TITLE-~18: D.-C.-C.-S.-~871.**

FOR THE COPYCLAIM-COPYRIGHT-DATE: 4-JULY-1775-THROUGH-THIS-NOW-DATE BY THE CLAIMANT-FACTUAL-FEDERAL-POSTAL-JUDGES: David-Wynn: Miller &: POSTMASTER-GENERAL: Russell-Jay: Gould AND CLAIMANTS-HEREIN IS WITH THE DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE OF THE CORPORATION-TREATY.

~51 For the **MOVING-PERSON'S-LARCENY** by the **FRAUD** and: **CHEATING** of the **VASSALEES-CONTRACT** **ARE** with the DAMAGE of the **FALSE-CLAIM-ACT: TITLE-31: D.-C.-C.-S.-~3729-~3733-herein-statements**.
~52 For the FRAUDULENT-TAKING OR: POSSESSION of the PERSON'S-VALUABLES **IS** with the **FRAUDULENT-SYNTAX-GRAMMAR-CLAIM** by the FIDUCIARY OR: CONFIDENTIAL-PERSON.
~53 For the **BREACH** of the COMMISSION, OMISSION, OR: DOCUMENT of the DUTY, AUTHORITY, FIDUCIARY, TERMS, CONDITIONS **ARE** with the CLAIM AS the NEGLIGENT-PERSON.
~54 For the **RACKETEERING** of an ORGANIZATION-CONSPIRACY **ARE** with the COMMITMENT of the CRIMES with the TORT/COERCION and: RAPE of the LIFE, PARTY, PERSON, DOCUMENT OR: CORPORATION BEYOND the POINT of the COVERY with an ENGINEERING of the DAMAGE with the CASE against the PERSONS.
~55 For an **ADJECTIVE** of the COLORFUL-OPINIONS **ARE** with the MODIFICATION of the FACT with the TWO-OR-MORE-FACTS-JOINING of the TWO-SEPARATE-WORDS with the VACANT-USE of the HYPHEN-BETWEEN-THE-WORDS with the LAST-FACT of the FACT-PHRASE with the CHANGING of the FIRST-FACT-WORD INTO an ADJECTIVE-WORD-MEANING and: with the ADJECTIVE-CHANGES of the SECOND-FACT-WORD INTO the PRONOUN-SYNTAX-WORD-MEANING.
~56 For the **TITLE-~18: D.-C.-C.-S.-~242-~1** For the TWO-or-MORE-PERSON of the COMING-TOGETHER with the VOIDING of the CORRECT-DOCUMENT with the FIDUCIARIES of the DOCUMENT-COURT-VENUE with the CASE of the LAW, STATUE, ORDINANCE, REGULATION, and: MARTIAL-LAW-METHODS with the CASE IN the DOCUMENT-STATE-CORPORATION-COURT-VENUE with the TWO-DIFFERENT-PUNISHMENTS, PAINS, PENALTIES OR: TREATMENT ON an [ACCOUNT]LEDGER with the PERSON-BEING-FOREIGN = **VACANT-PUNCTUATION** IN the **DEAD-NAME = FRAUDULENT/FOREIGN**, OR with the CLAIMS of the PERSON'S-COLOR, RACE, FAITH, OR: SEX **ARE** with the CLAIMS by the DOCUMENT-PUNISHMENT.
~57 For the **DURESS**: VACANT-LAW[ILLEGAL]-PURPOSE/THREAT of the PERSON'S-COMPLIANCE **ARE** with the THREAT of the BEATING, VIOLENCE, EMOTIONAL-PAIN OR: LOSS of the FREEDOM with the PRISON of the PERSON/PARTY with the MENTAL OR: FINANCIAL-HARM by the COLLUSION-FORCE: **TITLE-~28: D.-C.-C.-S.-~1359**.
~58 For the **LAWYER OR: ATTORNEY** of the DOCUMENTING-SERVICES **ARE** with the DAMAGE-CLAIM of the **C.-S.-S.-C.-P.-S.-G.-FAILURE**, LOSS OR: DAMAGES with the COMMUNION of THEIR SERVICES.
~59 For the **BIAS**: For the CONCEIVE/OPINION = LEANING-TOWARDS-ONE-SIDE of the CAUSE with the CONVICTION of the CORRECT-FACTS.
~60 For the **[DIS]CRIMINATION = [A]PARTHEI**: For the TREATMENT of the PERSON'S-EQUALITY **ARE** with the DAMAGE-CLAIM of the NEGLECT with the FAVORING of the ONE-PERSON with the APARTHEID of the SECOND-PERSON. :TITLE-~VII of the 1964: DOCUMENT-CIVIL-RIGHTS-ACT.
~61 For the **TITLE-~18: D.-C.-C.-S.-~242** For the PERSON of the FRAUDULENT-COLORING **ARE** with the DOCUMENT-LAW-STATUTES, ORDINANCE OR: REGULATIONS of the DAMAGE-CLAIMS with the DOCUMENT IN the NOW-TENSE with the DOCUMENT BETWEEN the TWO-OR-MORE-PERSON with the MANIFESTATIONS of the DOCUMENT-STATES-COURT-VENUE-CORPORATION.
~62 For the **CLAIMANT'S-KNOWLEDGE &: DAMAGE-PARTY** of THESE HANDYCAPPING-COMMUNICATIONS with the VASSALEE'S-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-EVIDENCE-DOCUMENTS **ARE** with the DAMAGE-CLAIM of the FRAUDULENT-SYNTAX-GRAMMAR-PAPERS with the VACATING of THESE FICTIONAL-PAPERS with the SUMMARY-DICISION-SANCTIONS against the VASSALEES with the THREE-TIMES-DAMAGE-PAYBACK of the PERSONAL-LOSS, LOSS of the FREEDOMS, STANDING IN the COMMUNITY, and: EMOTIONAL-TRAMA with the VASSALES'-ATTORNEY'S-PARSE-SYNTAX-GRAMMAR-SECOND-GRADE-WRITING-LEVEL-FRAUD.
~63 :NOTE: For the "WHY" of the FRAUDULANT-STATEMENT-WRITINGS AND: *UNITED STATES ATTORNEY'S-STATEMENT-WRITING* **ARE** with the SECOND-GRADE-READING-LEVEL and: WRITING-LEVEL and: VACATING-FACTS, OPINIONS, GUESSING, MODIFICATIONS, VIOD-FACTUAL-SYNTAX-GRAMMAR of the FRONTWARDS and: BACKWARDS-CORRECT-SYNTAXING-MODIFICATION-FRAUD of the VOID-WORD-MEANINGS by the VASSALEES against the COLLUSION-CONSPIRACY with the HANDYCAPPING-PARSE-SYNTAX-GRAMMAR-COMMUNICATION-PLEADINGS and: BABBLING-COLUSSION-THREATS against the CLAIMANT &: DAMAGE-PARTY with the DUTY &: KNOWLEDGE by the VASSALEES. :WHISTLE-BLOWER: COMPOUND-FACT = FOR THE FEDERAL-POSTAL-JUDGE'S-KNOWLEDGE OF THIS **TITLE-~42: D.-C.-C.-S.-~1986, TITLE-~28: D.-C.-C.-S.-~636: OPENING-CONSENT &: D.-C.-C.-R.-~40: OPENING-POSTAL-STATION-VENUE-CONTRACT** IS with this CLAIM of the STOPPING &: CORRECTIONS with the FRAUDULENT-PARSE-SYNTAX-GRAMMAR-EVIDENCE-DOCUMENTS of this C.-S.-S.-C.-P.-S.-G.-CONTRACT-TREATY with the CREDENTIALS &: POSTAGE-STAMP-AUTOGRAPHS OF THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-FEDERAL-COURT-VENUE-CONTRACT-TREATY with this BILL OF THIS LADING by this **FEDERAL-POSTAL-JUDGE-WHISTLE-BLOWER: Russell-Jay: Gould's-KNOWLEDGE-AMICUS-CURIAE-CLAIM**.
~64 For this **FEDERAL-POSTAL-JUDGE-WHISTLE-BLOWER: Russell-Jay: Gould's-KNOWLEDGE-AMICUS-CURIAE-CLAIM-CORRECTION** of the VASSALEES-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-PLEADINGS **IS** with the CORRECTION-PARTICIPARTION-CLAIM of this BABBLE-INDICTMENT-EVIDENCE with the FRAUDULENT-SYNTAX-GRAMMAR as the VASSALEES'-EVIDENCE.

FOR THE COPYCLAIM-COPYRIGHT-DATE: 4- JULY- 1775-THROUGH-THIS-NOW-DATE BY THE CLAIMANT-FACTUAL-FEDERAL-POSTAL-JUDGES: David-Wynn: Miller &: POSTMASTER-GENERAL. Russell-Jay: Gould AND CLAIMANTS-HEREIN IS WITH THE DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE OF THE CORPORATION-TREATY

~65 For the "LATE: BENJAMIN-FRANKLIN'S-FEDERAL-POSTAL-COURT-FRAUDULENT-PARSE-SYNTAX-GRAMMER-CHARTER" &: VOID-SEA-PASS &: VOID-SYNTAX-GRAMMAR-OATH of an ATTORNEY &: JUDGE, VOID-DROGUE-LAW-SYNTAX-GRAMMAR, with the FEDERAL-POSTAL-COURT-VENUE-DATE--4-JULY--1775, in the CITY of the PHILADELPHIA--PENSYLVAINIA-STATE-DRYDOCK ARE with the CORRECTION-PARSE-SYNTAX-GRAMMAR-CLAIM of the CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-FEDERAL-POSTAL-COURT-OPENING with these TWO-CORPORATE-FEDERAL-JUDGES'-KNOWLEDGE of the TITLE--28: D.-C.-C.-S.--636: OPENING-VENUE-CONSENT with the CORRECT-SEE-TREATY, CORRECT-SEA-PASS-TREATY, &: CORRECT-DROGUE-LAWS with the DATE--21--DECEMBER--2012, BY THE FEDERAL-JUDGE &: POSTMASTER: David-Wynn: Miller, :POSTMASTER, BANKER, and: FEDERAL-JUDGE, POSTMASTER &: POSTMASTER-GENERAL: Russell-Jay: Gould as these NEW-CORPORATION-FEDERAL-POSTAL-JUDGES of this CORRECT-PARSE-SYNTAX-GRAMMAR-FEDERAL-POSTAL-COURT-VENUE with the CORRECTION-TIME-LINE-CONTINUOUS FROM THE DATE--4--JULY--1775, THROUGH THE CURRENT-NOW-TIME-DATES-CONCLUSIVE with the STOPPING &: CORRECTING-WRONGS: TITLE--42: D.-C.-C.-S.-1986 with the KNOWLEDGE of the QUANTUM-MATH-PARSE-SYNTAX-GRAMMAR-KNOWLEDGE of these TWO-FEDERAL-POSTAL-JUDGES, POSTMASTERS, PLENIPOTENTIARY-JUDGES with the SOVEREIGNTY-NATION-TREATY-DATE--12-AUGUST--1999 with the UNITED-NATIONS:--NEW-YORK-CITY,--NEW-YORK-STATE. :PORTING-TEN-DAY-PORTING with the ONE-YEAR-DROGUE-LAW on this--11-~DECEMBER--2013, CONTACT: DWMLC.COM for the VIEW of the TREATY.

~66 FOR THIS FEDERAL-POSTAL-JUDGE-WHISTLE-BLOWER: Russell-Jay: Gould's-KNOWLEDGE-AMICUS-CURIAE-CLAIM OF THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-FEDERAL-COURT-VENUE IS WITH THIS CLAIM OF THIS CALL WITH THIS BILL OF THIS LADING WITH THE LIABLE-STAND OF THE VASSALEE: *UNITED STATES OF AMERICA*. FOR A FAILURE OF THE TAKE-LIABLE-STAND[WITNESS-STAND] IS WITH THIS CLAIM OF THE VACATE WITH THIS BILL OF THIS LADING WITH THE CLAIMS AGAINST THE BY THE VASSALEE: *UNITED STATES OF AMERICA*.

:DATE--12--DECEMBER--2013.
:CORPORATION-CASE-NUMBER--RE 881 080 238 US.

:SEAL:

:Russell-Jay: Gould.

:Russell-Jay: Gould. FEDERAL-POSTAL-JUDGE, WHISTLE-BLOWER, BANK, BANKER, POSTMASTER, CLAIMANT of the VASSALEES'-FRAUDULENT-PARSE-SYNTAX-GRAMMAR-DOCUMENTS. [~5166--NORTH--83RD-STREET,--MILWAUKEE,--WISCONSIN--53218]

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 SEP 25 AM 10 41

STEPHAN HARRIS, CLERK

UNITED STATES OF AMERICA

v.

MARVIN IVERSON,

CRIMINAL COMPLAINT

CASE NUMBER: 12MJ 175-J

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

From on or about April 9, 2012, and continuing on or about and through September 24, 2012, in the District of Wyoming, the Defendant, MARVIN IVERSON, devised a scheme and artifice:

(a) to defraud Big Horn Federal Savings Bank, a federally insured financial institution,

(b) to obtain moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Big Horn Federal Savings Bank, a federally insured financial institution, by means of materially false or fraudulent pretenses, representations, or promises.

It was part of the scheme and artifice that the Defendant, on or about June 23, 2012, in the District of Wyoming, caused to be delivered to Big Horn Federal Savings Bank, by certified mail, check number 1170 in the amount of $17,698 and check number 1171 in the amount of $9,680. Said checks were drawn on Defendant's First Interstate Bank account which was closed on April 19, 2012. Defendant presented said checks to Big Horn Federal Savings Bank to pay off existing debts owed by Defendant to Big Horn Federal Savings Bank. As a result, Big Horn Federal Savings Bank discharged Defendant's debts. Big Horn Federal Savings Bank presented said checks to First Interstate Bank for payment. Said checks were not honored as they were drawn on a closed account. To date, Defendant has refused to reimburse Big Horn Federal Savings Bank for said checks.

In violation of 18 U.S.C. §1344. I further state that I am a Special Agent and that this Complaint is based on the following facts: ☒ SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ XX Yes ☐ No

Signature of Complainant
Kent C. Smith

Sworn to before me and subscribed in my presence,

September 25, 2012
Date

at Casper, Wyoming
City and State

R. Michael Shickich
U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

SYNTAX-WORD-KEY:
1=ADVERB
2=VERB
3=ADJECTIVE
4=PRONOUN
5=POSITION
6=LODIAL
7=FACT
8=PAST-TIME
9=FUTURE-TIME
0=CONJUNCTION-AND/OR
DPV=DANGLING-PARTICIPLE-VERB
NC=NO-CONTRAC

SYNTAX-WORD-KEY:
1=ADVERB
2=VERB
3=ADJECTIVE
4=PRONOUN
5=POSITION
6=LODIAL
7=FACT
8=PAST-TIME
9=FUTURE-TIME
0=CONJUNCTION-AND/OR
8PV=DANGLING-PARTICIPLE-VERB
:=NO-CONTRACT
·VOID-CONTRACT

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

IN THE UNITED STATES DISTRICT COURT 2012 NOV 14 PM 3 54

FOR THE DISTRICT OF WYOMING STEPHAN HARRIS, CLERK
CASPER

12 CR 245 J

UNITED STATES OF AMERICA,        )   No. _____
                                 )
         Plaintiff,              )   18 U.S.C. § 1344
                                 )   (Bank Fraud)
   v.                            )
                                 )
MARVIN IVERSON,                  )
                                 )
         Defendant.              )

INDICTMENT  ∈:UNDER-SCORE-VACATES-⊕SYMBOLS:

THE GRAND JURY CHARGES THAT: VC

From on or about April 9, 2012, and continuing through on or about September 24, 2012, in the District of Wyoming, the Defendant, MARVIN IVERSON, devised a scheme and artifice: VC

   (a)   to defraud Big Horn Federal Savings Bank, a federally insured financial institution,

   (b)   to obtain moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Big Horn Federal Savings Bank, a federally insured financial institution, by means of materially false or fraudulent pretenses, representations, or promises.

It was part of the scheme and artifice that the Defendant, on or about June 23, 2012, in the District of Wyoming, caused to be delivered to Big Horn Federal Savings Bank by certified mail check number 1170 in the amount of $17,698, and check number 1171 in the amount of $9,680.

Said checks were drawn on the Defendant's First Interstate Bank account, which, as the Defendant then well knew, was closed on April 19, 2012. The Defendant presented said checks to Big Horn Federal Savings Bank to pay off existing debts owed by the Defendant to Big Horn Federal Savings Bank. As a result, Big Horn Federal Savings Bank discharged the Defendant's debts. Big Horn Federal Savings Bank presented said checks to First Interstate Bank for payment. Said checks were not honored as they were drawn on a closed account. To date, the Defendant has refused to reimburse Big Horn Federal Savings Bank for said checks.

In violation of 18 U.S.C. § 1344.

A TRUE BILL:

*[signature]*
FOREPERSON

*[signature]*
CHRISTOPHER A. CROFTS
United States Attorney

:SYNTAX-WORD-KEY:

1=ADVERB

2=VERB

3=ADJECTIVE

4=PRONOUN

5=POSITION

6=LOCIAL

7=FACT

8=PAST-TIME

9=FUTURE-TIME

8=CONJUNCTION-AND/OR

8PV=DANGLING-PARTICIPLE-VERB

NC = NO-CONTRACT

3:12-ms-00009

:POST-ROAD-TREATY:

FOR THIS DUTY-OATH OF THIS FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE AND POSTMASTER OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-VENUE IS WITH THIS CLAIM WITHIN THIS NEVADA-FEDERAL-COURT-TERRITORY.

FOR THIS CORPORATION-CASE-NUMBER OF THIS OATH IS WITH THIS CLAIM OF THIS POSTAL-REGISTRATION-NUMBER: RR 294 568 221 US.

~1 FOR THIS FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE AND POSTMASTER: Russell-Jay: Gould's-KNOWLEDGE OF THIS DUTY-OATH IS WITH THIS CORRECT-SENTENCE-STRUCTURE-PARSE-SYNTAX-GRAMMAR-CLAIMS OF THIS CORRECT-VOLITION WITH THIS SECURITY OF THE CORRECT-SENTENCE-STRUCTURE-PARSE-SYNTAX-GRAMMAR-CONTRACT-COURT-VENUE-TERRITORY WITH THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-VENUE-CORPORATION BY THIS FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE AND: POSTMASTER: Russell-Jay: Gould.

~2 FOR THIS JUDGE'S-KNOWLEDGE OF THESE FACTS IS WITH THIS DOCUMANT-CONTRACT-OATH-CLAIM OF THE CLAIMANT, CLAIMING, WITNESSING, KNOWLEDGE, POSTMASTER, BANK-BANKER, VASSALEE, FACTS, EVIDENCE, NOW-TIME, DROGUE-LAWS, SEA-PASS-TREATY, SEE-TREATY, AND: DIALOGUE-COMMUNICATION-TREATY WITH THIS ORIGINAL-FEDERAL-COURT-JUDGE AND: ORIGINAL-SUPREME-COURT-JUDGE OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-VENUE-DOCUMENT WITH THIS 'BILL OF THIS LADING' WITH THIS CONTRACT-SECURITY BY THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-VENUE. :NOTE: FEDERAL-VENUE-SUPREME-COURT-JUDGE: Russell-Jay: Gould's-DROGUE-LAW-TREATY-DATE-~1-~OCTOBER-~2004 AT THE [UNITED STATES]FEDERAL-VENUE-SUPREME-COURT-BUILDING-~WASHINGTON-~DI-STRICT OF THE COLUMBIA WITH THE BILL-LADE: CORPORATION-CASE-POSTAL-REGISTRATION-NUMBER:708-684-472: U.S. BY THIS FEDERAL-VENUE-SUPREME-COURT-JUDGE: Russell-Jay: Gould.

~3 FOR THE PARSE-SYNTAX-GRAMMAR-COMMUNICATION-CORRECTIONS OF THE PERSON'S-PARSE- SYNTAX-GRAMMAR-COMMUNICATION-WRITTEN-WORDS, AND: SENTENCE-STRUCTURE-WRONGS ARE WITH THE CORRECT-SENTENCE-STRUCTURAL-PARSE-SYNTAX-GRAMMAR-METHOD-CLAIMS OF THE FACTS AS THE FACTS BY THIS FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE AND: POSTMASTER: Russell-Jay: Gould.

~4 FOR THE FRAUD-COMMUNICATION-WORDING-CORRECTIONS, MODIFYING-WORD-OPINIONS, IDENTIFYING-PERJURY-PARSE-SYNTAX-GRAMMAR-COMMUNICATION-WRONGS, FICTIONAL-COMMUNICATIONS-WRONGS, FALSE AND: MISLEADING-STATEMENTS ON THE DOCUMENT-POSTAL-VESSELS ARE WITH THESE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-CLAIMS BY THIS FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE AND: POSTMASTER: Russell-Jay: Gould.

~5 FOR THIS NOW-TIME-COMMUNICATION OF THIS CORRECT-SENTENCE-STRUCTURE-PARSE-SYNTAX-GRAMMAR ARE WITH THE OATH-CLAIMS OF THIS BY THIS FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE AND: POSTMASTER: Russell-Jay: Gould WITH THIS CORPORATION BY THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-VENUE.

/s/ David-Wynn: Miller /s/
:David-Wynn: Miller.

:Russell-Jay: Gould. :SPECIAL-DUTY:

:Russell-Jay: Gould. [~5166-~NORTH-~63rd-~STREET, MILWAUKEE, WISCONSIN]

FOR THIS COPYCLAIM/COPYRIGHT-DATE-~15-~APRIL-~2012 OF THIS WITNESS-CLAIMANT-FEDERAL-JUDGES: David-Wynn: Miller AND: Russell-Jay: Gould WITH THIS CORPORATION BY THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-

FILED
U.S. District Court
District of Kansas

APR 19 2012

Clerk, U.S. District Court
Deputy Clerk

:C.-S.-S.-C.-P.-S.-G.- DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-VENUE-FLAG.

:POST-ROAD-TREATY:

FOR THIS DUTY-OATH OF THIS FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE AND: POSTMASTER OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT IS WITH THIS CLAIM WITHIN THIS KANSAS--FEDERAL-COURT-VENUE-TERRITORY.
FOR THIS CORPORATION-CASE-NUMBER OF THIS OATH IS WITH THIS CLAIM OF THIS POSTAL-REGISTRATION-NUMBER--RR 294 568 221 US.

~1 FOR THIS FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE AND: POSTMASTER: Russell-Jay: Gould's-KNOWLEDGE OF THIS DUTY-OATH IS WITH THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-CLAIMS OF THIS CORRECT-VOLITION WITH THE SECURITY OF THE CORRECT-PARSE-SYNTAX-GRAMMAR-CONTRACT-COURT-VENUE-TERRITORY WITH THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-VENUE-CORPORATION-VESSEL BY THIS FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE AND: POSTMASTER: Russell-Jay: Gould.
~2 FOR THE CLAIMANT-JUDGE'S-KNOWLEDGE OF THESE FACTS ARE WITH THIS DOCUMENT-CONTRACT-OATH-CLAIM OF THE CLAIMANT, CLAIMING, WITNESSING, KNOWLEDGE, POSTMASTER, BANK-BANKER, VASSALEE, FACTS, EVIDENCE, NOW-TIME, DROGUE-LAWS, SEA-PASS-TREATY, SEE-TREATY, AND: DIALOGUE-COMMUNICATION-TREATY WITH THIS ORIGINAL-TERRITORIAL-SUPREME-COURT-VENUE-JUDGE AND: ORIGINAL-TERRITORIAL-FEDERAL-COURT-VENUE-JUDGE OF THIS DOCUMENT-CONTRACT-CORPORATION-POSTAL-VESSEL WITH THIS 'BILL OF THIS LADING' WITH THE CONTRACT-SECURITY BY THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-VENUE-DOCUMENT. :NOTE: FEDERAL-VENUE-SUPREME-COURT-JUDGE: Russell-Jay: Gould's-DROGUE-LAW-TREATY-DATE--1--OCTOBER--2004 AT THE [UNITED STATES]FEDERAL-VENUE-SUPREME-COURT-BUILDING--WASHINGTON--DISTRICT OF THE COLUMBIA WITH THE BILL-LADE: CORPORATION-CASE-POSTAL-REGISTRATION-NUMBER: R.R.~708~684~472: U.S. BY THIS FEDERAL-VENUE-SUPREME-COURT-JUDGE: Russell-Jay: Gould.
~3 FOR THE PARSE-SYNTAX-GRAMMAR-COMMUNICATION-CORRECTIONS OF THE PERSON'S-PARSE-SYNTAX-GRAMMAR-COMMUNICATION-WRITTEN-WORDS AND: SENTENCE-STRUCTURE-WRONGS ARE WITH THESE CORRECT-SENTENCE-STRUCTURAL-PARSE-SYNTAX-GRAMMAR-METHOD-CLAIMS WITH THESE FACTS AS THE FACTS BY THIS FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE AND: POSTMASTER: Russell-Jay: Gould.
~4 FOR THE FRAUD-COMMUNICATION-WORDING-CORRECTIONS, MODIFYING-WORD-OPINIONS, IDENTIFYING-PERJURY-PARSE-SYNTAX-GRAMMAR-COMMUNICATION-WRONGS AND: FICTIONAL-COMMUNICATION-WRONGS, FALSE AND: MISLEADING-STATMENTS ON THE DOCUMENT-POSTAL-VESSELS ARE WITH THESE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-CLAIMS BY THIS FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE AND: POSTMASTER: Russell-Jay: Gould.
~5 FOR THIS NOW-TIME-COMMUNICATION OF THIS CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR IS WITH THIS OATH-CLAIM BY THIS FEDERAL-JUDGE, PLENIPOTENTIARY-JUDGE AND: POSTMASTER: Russell-Jay: Gould's-KNOWLEDGE WITH THE SHIP'S-PAPERS BY THE DOCUMENT-CONTRACT-CORPORATION-POSTAL-VESSEL-COURT-VENUE.

: TERMS-CLAIMS:
: AUTOGRAPH: = FOR AN AUTHOR, AUTHENTIC, ORIGINAL-CREATOR, AUTHORIZATION, AUTHORIZATION.
: OATH = FOR THIS SECURITY OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR IS WITH THE VOLITION-CLAIM OF THE CORRECTIONS WITH THE WRONG-PARSE-SYNTAX-GRAMMAR-COMMUNICATION BY THIS Russell-Jay: Gould's-KNOWLEDGE.
:~RR 294 568 221-US/R.R.~707~684~472: U.S. = FOR THIS UNITED-STATES-POSTAL-SERVICE-REGISTRATION-MAIL.
: CORRECT-VOLITION = FOR THIS SECURITY, FIDELITY, CONSTANCY, FACT, KNOWN, HONESTY, LOYALTY, CANDOR, CONSTANCY, FAITH, FAITHFULNESS, OPENNESS, NEUTRAL, SPECIALTY-WITNESS AND VERIDICALITY.
:STYLES: FOR THE WORLD-TREATY-STANDARDS OF THE WORD-OPERATIONS ARE WITH THESE QUANTUM-PARSE-SYNTAX-GRAMMAR-COMMUNICATIONS BY THE QUANTUM-GLOBAL-STYLES-SENTENCE-STRUCTURE.
:DATE--19--APRIL--2012.

:David-Wynn: Miller: /s/David-Wynn:Miller/s/     :SPECIAL-DUTY:

:Russell-Jay: Gould: Russell-Jay: Gould     :SPECIAL-DUTY:
[~5166--NORTH--63RD-STREET, MILWAUKEE,--WISCONSIN--53218]
UNITED STATES OF AMERICA-PASSPORT-NUMBER: 486979541.

FOR THE COPYCLAIM/COPYRIGHT--19--APRIL--2012 BY THE WITNESS-CLAIMANT-FEDERAL-JUDGES/: JOINT-POSTMASTER-GENERALS: David-Wynn: Miller AND: Russell-Jay: Gould OF THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-VENUE-DOCUMENT.