Stephanie I. Sprecher
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602-5010
307-261-5434

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Criminal No. 12-CR-245-J** |
| | ) | |
| **MARVIN L. IVERSON,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR MENTAL EXAMINATION AND EVALUATION

The United States respectfully moves this court pursuant to 18 U.S.C. §§ 4241, 4242 and 4247 (b) and (c) for an Order that a psychiatric/psychological examination of the Defendant be conducted and that a report be filed with the court pursuant to the provisions of 18 U.S.C. § 4247.  This motion is based upon the grounds that there is reasonable cause to believe the Defendant, due to mental impairment or condition, may not fully understand the nature and consequences of his acts or of the proceedings against him and may be unable to assist properly in his defense or in the entry of a plea in the captioned matter.  Furthermore, the Defendant may have been legally insane at the time of the alleged offense.

**WHEREFORE,** the United States respectfully prays that this court enter an Order providing for a psychiatric/psychological examination of the Defendant in accordance with the provision of 18 U.S.C. §§ 4241 and 4242 *et seq*.

**DATED** this 30th day of January, 2014.

        Respectfully submitted,

        CHRISTOPHER A. CROFTS
        United States Attorney

By:   */s/ Stephanie I. Sprecher*
       STEPHANIE I. SPRECHER
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of January, 2014, I served true and correct copies of the foregoing **Motion for Mental and Examination and Evaluation** upon James H. Barrett via CM/ECF and upon the following by depositing the same, postage prepaid, in the United States mail, addressed to:

**Marvin L. Iverson**
c/o Scotts Bluff County Adult Detention Center
P.O. Box 130
Gering, NE 69341

        */s/ Vickie L. Smith*
        UNITED STATES ATTORNEY'S OFFICE